**Fill in this information to identify your case:**

Debtor 1 ___Mark E. Pearsall_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number ___26-11672_____
(If known)

☐ Check if this is an amended filing

## Official Form 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders     **12/15**

**If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1:** List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**Unsecured claim**

**1**

Liberty Funding, LLC
Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number     Street

6501 Congress Avenue

Boca Raton          FL     33487
City                State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Monies Loaned / Advanced

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim     $_____

$ 402,729.00

**2**

Internal Revenue Service
Creditor's Name

P.O. Box 7346
Number     Street

Philadelphia          PA     19101
City                State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Taxes & Other Government Units

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured): $_____
   Value of security: − $_____
   Unsecured claim     $_____

$ 157,000.00

Debtor 1    Mark E. Pearsall _____    Case number *(if known)* 26-11672 _____
            First Name    Middle Name    Last Name

|  | | **Unsecured claim** |
|---|---|---|

**3** Michael Axelrod
Creditor's Name

6312 Northern Blvd.
Number        Street

_____

East Norwich        NY    11732
City                State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____    $70,314.00

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
❑ Yes. Total claim (secured and unsecured):    $_____
        Value of security:    − $_____
        Unsecured claim    $_____

---

**4** Bluevine Capital Inc.
Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number        Street

30 Montgomery Street, Ste 1400

Jersey City        NJ    07302
City                State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** Monies Loaned / Advanced    $67,228.00

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
❑ Yes. Total claim (secured and unsecured):    $_____
        Value of security:    − $_____
        Unsecured claim    $_____

---

**5** GM Financial
Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number        Street

801 Cherry Street, Suite 3900

Fort Worth        TX    76102
City                State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** Monies Loaned / Advanced    $55,786.00

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
❑ Yes. Total claim (secured and unsecured):    $_____
        Value of security:    − $_____
        Unsecured claim    $_____

---

**6** State of New Jersey, Division of Taxation
Creditor's Name

Compliance and Enforcement Bankruptcy
Number        Street

3 John Fitch Way, 5th Floor, Po box 245

Trenton        NJ    08695
City                State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** Taxes & Other Government Units    $47,416.06

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
❑ Yes. Total claim (secured and unsecured):    $_____
        Value of security:    − $_____
        Unsecured claim    $_____

---

**7** Accem Warehouse, Inc.
Creditor's Name

_____
Number        Street

8 Peach Tree Hill Road

Bayonne        NJ    07002
City                State    ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____    $25,000.00

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
❑ Yes. Total claim (secured and unsecured):    $_____
        Value of security:    − $_____
        Unsecured claim    $_____

---

Debtor 1   Mark E. Pearsall
First Name   Middle Name   Last Name

Case number (*if known*) 26-11672

| | Unsecured claim |
|---|---|

**8** Central Jersey Construction Co. Inc.
Creditor's Name

Attn: Peter Gianetti
Number        Street

1225 Us Highway 206

Bedminster        NJ        07921
City        State        ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  Value of security:   − $_____
  Unsecured claim   $_____

$ 24,696.95

**9** Capital One, N.A.
Creditor's Name

by AIS InfoSource LP as agent
Number        Street

4515 N Santa Fe Ave

Oklahoma City        OK  73118
City        State        ZIP Code

POC No. 4
Contact

877-893-8820
Contact phone

**What is the nature of the claim?** Credit Card Debt

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  Value of security:   − $_____
  Unsecured claim   $_____

$ 11,044.27

**10** Wells Fargo Card Services
Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number        Street

420 Montgomery Street

San Francisco        CA        94104
City        State        ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** Credit Card Debt

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  Value of security:   − $_____
  Unsecured claim   $_____

$ 7,026.00

**11** Capital One
Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number        Street

1680 Capital One Dr

McLean        VA        22102
City        State        ZIP Code

POC No. 5
Contact

877-893-8820
Contact phone

**What is the nature of the claim?** Credit Card Debt

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  Value of security:   − $_____
  Unsecured claim   $_____

$ 6,527.73

**12** JPMorgan Chase Card
Creditor's Name

301 N Walnut St, Floor 09
Number        Street

_____

Wilmington        DE  19801
City        State        ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** Credit Card Debt

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured):   $_____
  Value of security:   − $_____
  Unsecured claim   $_____

$ 5,504.63

Debtor 1    Mark E. Pearsall

First Name      Middle Name      Last Name

Case number (*if known*) 26-11672

**Unsecured claim**

**13**  First Bank & Trust/Mercury Financial
Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number      Street

2220 6th St

Brookings          SD    57006
City                State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Credit Card Debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
          Value of security:        − $_____
          Unsecured claim             $_____

$ 4,853.00

**14**  Capital One
Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number      Street

1680 Capital One Dr

McLean            VA    22102
City                State   ZIP Code

Neiman Marcus Credit Card
Contact

Contact phone

**What is the nature of the claim?** Credit Card Debt

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
          Value of security:        − $_____
          Unsecured claim             $_____

$ 4,587.00

**15**  Rauch-Milliken International, Inc.
Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number      Street

4400 Trenton St.

Metairie          LA    70006
City                State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** Monies Loaned / Advanced

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
          Value of security:        − $_____
          Unsecured claim             $_____

$ 4,569.58

**16**  First Insurance Funding Corp.
Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number      Street

450 Skokie Blvd., Suite 1000

Northbrook          IL    60062
City                State   ZIP Code

indie liability disputed
Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
          Value of security:        − $_____
          Unsecured claim             $_____

$ 4,569.58

**17**  ConServe Continental Service Group, LL
Creditor's Name

200 CrossKeys Office Park
Number      Street

Fairport          NY    14450
City                State   ZIP Code

Contact

Contact phone

**What is the nature of the claim?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
☐ Yes. Total claim (secured and unsecured):    $_____
          Value of security:        − $_____
          Unsecured claim             $_____

$ 4,000.00

Debtor 1    Mark E. Pearsall
_____
First Name     Middle Name     Last Name

Case number (*if known*) 26-11672
_____

| | Unsecured claim |
|---|---|

**18**

Certified Solutions
_____
Creditor's Name

on behalf of Overlook Hospital
_____
Number          Street

PO Box 1750
_____

Whitehouse Station          NJ    08889
_____
City                        State     ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** Overlook Hospital
_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:        − $_____
    Unsecured claim         $_____

$ 1,429.48

**19**

DiFrancesco, Bateman, Kunzman, Davis
_____
Creditor's Name

Attn: V. Anthony Digirolamo
_____
Number          Street

15 Mountain Boulevard
_____

Warren          NJ    07059
_____
City                        State     ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** Legal Services
_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:        − $_____
    Unsecured claim         $_____

$ 1,289.00

**20**

Corporate Debt Advisors, LLC
_____
Creditor's Name

Attn: Pres./CEO/Reg. Agent
_____
Number          Street

1903 S Congress Ave, Suite 150
_____

Boynton Beach          FL    33426
_____
City                        State     ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?** Debt Counseling / Attorneys
_____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Does the creditor have a lien on your property?**
☑ No
☐ Yes. Total claim (secured and unsecured):    $_____
    Value of security:        − $_____
    Unsecured claim         $_____

$ 1,243.68

Debtor 1 ___Mark E. Pearsall_____   Case number *(if known)*__26-11672_____
First Name        Middle Name        Last Name

**Part 2:   Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

✗ _/s/ Mark E. Pearsall_____     ✗ _____

Signature of Debtor 1                              Signature of Debtor 2

Date _03/02/2026_____                            Date _03/02/2026_____
MM /  DD  /  YYYY                                  MM /  DD  /  YYYY

**Fill in this information to identify your case:**

Debtor 1    Mark E. Pearsall
            _____
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  District of New Jersey

Case number    26-11672
               _____
               (If known)

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

| Part 1: | Summarize Your Assets |
|---|---|

|  | **Your assets**<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* | $1,950,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* | $18,501.24 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* | $1,968,501.24 |

| Part 2: | Summarize Your Liabilities |
|---|---|

|  | **Your liabilities**<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* | $278,399.91 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $205,444.78 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | + $708,768.82 |
| **Your total liabilities** | $1,192,613.51 |

| Part 3: | Summarize Your Income and Expenses |
|---|---|

|  |  |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* | $10,797.71 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* | $19,296.14 |

| Debtor 1 | Mark Pearsall | Case number *(if known)* | 26-11672 |
|---|---|---|---|
| | First Name        Middle Name        Last Name | | |

## Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ _____14,551.14

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

|  | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 205,444.78 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 205,444.78 |

**Fill in this information to identify your case and this filing:**

Debtor 1    Mark E. Pearsall
<br>First Name      Middle Name      Last Name

Debtor 2
<br>(Spouse, if filing)   First Name     Middle Name     Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number   26-11672
<br>(if know)

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2
   ☑ Yes. Where is the property?

   1.1

   39 River Farm Lane
   <br>Street address, if available, or other description

   Far Hills NJ    07931
   <br>City     State     ZIP Code

   Somerset County
   <br>County

   **What is the property?** Check all that apply
   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other

   **Who has an interest in the property?** Check one
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☑ At least one of the debtors and another

   **Other information you wish to add about this item, such as local property identification number:**

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $ 1,950,000.00 | $ 1,950,000.00 |

   **Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

   Tenancy by the Entireties

   ☐ **Check if this is community property**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here** ..............➤   $1,950,000.00

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

Debtor 1    Mark E. Pearsall
_____
First Name      Middle Name      Last Name

Case number *(if known)* 26-11672
_____

**3.1** Make: Nissan

Model: Altima

Year: 2009

Approximate mileage: 50,000

Other information:

Condition: Good

**Who has an interest in the property?** Check one

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 3,975.00 | $ 3,975.00 |

**4.** **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

**5.** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................................................➤    $3,975.00

| Part 3: | Describe Your Personal and Household Items |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** |
|---|---|
| | Do not deduct secured claims or exemptions. |

**6.** **Household goods and furnishings**

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe..........    Household items                     $ 2,500.00

**7.** **Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe..........    Electronic Appliances              $ 620.00

**8.** **Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe..........                                       $ 0.00

**9.** **Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☑ No
☐ Yes. Describe..........                                       $ 0.00

**10.** **Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe..........                                       $ 0.00

Debtor 1    Mark E. Pearsall
First Name    Middle Name    Last Name    Case number *(if known)* 26-11672

11. **Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

☑ Yes. Describe..........

Clothes, Shoes & Accessories    $ 1,300.00

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

☑ Yes. Describe..........

Jewelry    $ 1,150.00

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No

☑ Yes. Describe.........

3 Dogs    $ 75.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific information...    $ 0.00

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**.................................................................► $ 5,645.00

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No

☑ Yes...................................................................................................    Cash ..........................    $ 15.00

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes..................    Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Chase Bank - 8825 | $ 0.00 |
| 17.2. Checking account: | Santander - 9283 (Joint) | $ 170.07 |
| 17.3. Checking account: | Chase Bank - 5781 (Joint) | $ 0.00 |
| 17.4. Savings account: | Garden Savings Federal Credit Union - 6200 (Savings Account) | $ 15.19 |
| 17.5. Savings account: | Chase Bank, N.A. - 6885 (Joint) | $ 10.00 |

Debtor 1      Mark E. Pearsall                                                                    Case number *(if known)* 26-11672
              First Name    Middle Name    Last Name

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No

☑ Yes.................    Institution or issuer name:

| | |
|---|---|
| E-Trade - 9201 | $ 29.86 |
| Morgan Stanley At Work Stock Plan Account - unvested | $ 0.00 |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

☑ Yes. Give specific information about them...........

| Name of entity: | % of ownership: | |
|---|---|---|
| N Transit Holding Corp. (No Assets, Not Active) | 100    % | $ 0.00 |
| CCBRM LLC | 100    % | $ 0.00 |
| CCBRM Multimodal Transport Operators Inc. | 100    % | $ 0.00 |
| Salanity Holding Corp. (No Assets, Not Active) | 100    % | $ 0.00 |
| Energyn Ventures LLC (No Assets, Not Active) | 100    % | $ 0.00 |
| MJ Import Export, Inc. (No Assets, Not Active) | 100    % | $ 0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders. Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes. Give specific information about them..........    Issuer name:

$ ____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☑ Yes. List each account separately

| Type of account: | Institution name: | Value: |
|---|---|---|
| 401(k) or similar plan: | Voya Financial 401(k) | $ 7,885.12 |
| Pension plan: | | $ 0.00 |
| IRA: | | $ 0.00 |
| Retirement account: | | $ 0.00 |
| Keogh: | | $ 0.00 |
| Additional account: | | $ 0.00 |
| Additional account: | | $ 0.00 |

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes...

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes.....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes.....................

Debtor 1 ____Mark E. Pearsall_____ Case number*(if known)* 26-11672
First Name   Middle Name   Last Name

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

Federal: $ 0.00
State: $ 0.00
Local: $ 0.00

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information....

Alimony: $ 0.00
Maintenance: $ 0.00
Support: $ 0.00
Divorce settlement: $ 0.00
Property settlement: $ 0.00

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information....

31. **Interests in insurance policies**

☐ No
☑ Yes. Name the insurance company of each policy and list its value....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| State Farm Life Insurance (Term) -6136 | Marlucia Pearsall and Children | $ 0.00 |
| State Farm Life Insurance (Whole) -0732 | Bethany Pearsall | $ 756.00 |

32. **Any interest in property that is due you from someone who has died**

☑ No
☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☑ No
☐ Yes. Give specific information....

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Give specific information....

Debtor 1 _____Mark E. Pearsall_____   Case number *(if known)* 26-11672
    First Name   Middle Name   Last Name

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information...

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................➤    $ 8,881.24

| Part 5: | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe...

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe...

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe...

41. **Inventory**

☑ No
☐ Yes. Describe...

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe...

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information...

45. **Add the dollar value of the portion you own for all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**................................................................................➤    $ 0.00

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** If you own or have an interest in farmland, list it in Part 1. |
|---|---|

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes...

48. **Crops—either growing or harvested**

☑ No
☐ Yes. Give specific information...

Debtor 1   Mark E. Pearsall
First Name   Middle Name   Last Name

Case number *(if known)* 26-11672

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes...

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes...

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information...

52. **Add the dollar value of the portion you own for all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**..........................................................................➤   $ 0.00

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...............................➤   $ 0.00

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55. **Part 1: Total real estate, line 2**....................................................................➤   $ 1,950,000.00

56. **Part 2: Total vehicles, line 5**   $ 3,975.00

57. **Part 3: Total personal and household items, line 15**   $ 5,645.00

58. **Part 4: Total financial assets, line 36**   $ 8,881.24

59. **Part 5: Total business-related property, line 45**   $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**   $ 0.00

61. **Part 7: Total other property not listed, line 54**   + $ 0.00

62. **Total personal property. Add lines 56 through 61** ...................   $ 18,501.24   Copy personal property total➤   +$ 18,501.24

63. **Total of all property on Schedule A/B. Add line 55 + line 62**   $ 1,968,501.24

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Mark E. Pearsall | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  District of New Jersey

Case number  26-11672
(If known)

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 39 River Farm Lane<br><br>Line from *Schedule A/B:*  1.1 | $ 1,950,000.00 | ☑ $ 31,575.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(1) |
| Brief description: 2009 Nissan Altima<br><br>Line from *Schedule A/B:*  3.1 | $ 3,975.00 | ☑ $ 3,975.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(2) |
| Brief description: Household Goods - Household items<br><br>Line from *Schedule A/B:*  6 | $ 2,500.00 | ☑ $ 2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |

3. **Are you claiming a homestead exemption of more than $214,000?**

   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No
       ☐ Yes

Debtor    Mark E. Pearsall
   First Name   Middle Name   Last Name     Case number *(if known)* 26-11672

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from Schedule A/B | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: Electronics - Electronic Appliances<br>Line from *Schedule A/B:* 7 | $620.00 | ☑ $620.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Brief description: Clothing - Clothes, Shoes & Accessories<br>Line from *Schedule A/B:* 11 | $1,300.00 | ☑ $1,300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Brief description: Jewelry - Jewelry<br>Line from *Schedule A/B:* 12 | $1,150.00 | ☑ $1,150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(4) |
| Brief description: Pet(s) - 3 Dogs<br>Line from *Schedule A/B:* 13 | $75.00 | ☑ $75.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(3) |
| Brief description: Cash on hand (Cash on Hand)<br>Line from *Schedule A/B:* 16 | $15.00 | ☑ $15.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: Chase Bank - 8825 (Checking Account)<br>Line from *Schedule A/B:* 17.1 | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: Santander - 9283 (Joint) (Checking Account)<br>Line from *Schedule A/B:* 17.2 | $170.07 | ☑ $170.07<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: Chase Bank - 5781 (Joint) (Checking Account)<br>Line from *Schedule A/B:* 17.3 | $0.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: Garden Savings Federal Credit Union - 6200 (Savings Account) (Savings Account)<br>Line from *Schedule A/B:* 17.4 | $15.19 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: Chase Bank, N.A. - 6885 (Joint) (Savings Account)<br>Line from *Schedule A/B:* 17.5 | $10.00 | ☑ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: E-Trade - 9201<br>Line from *Schedule A/B:* 18 | $29.86 | ☑ $29.86<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(5) |
| Brief description: Voya Financial 401(k)<br>Line from *Schedule A/B:* 21 | $7,885.12 | ☑ $7,885.12<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(12) |

Official Form 106C     **Schedule C: The Property You Claim as Exempt**     page 2 of 3

Debtor   Mark E. Pearsall                                                    Case number *(if known)* 26-11672

    First Name       Middle Name       Last Name

**Part 2:**   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: State Farm Life Insurance (Term) -6136<br>Line from *Schedule A/B:* 31 | $ 0.00 | ☑ $ 0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(7) |
| Brief description: State Farm Life Insurance (Whole) -0732<br>Line from *Schedule A/B:* 31 | $ 756.00 | ☑ $ 756.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 USC § 522(d)(8) |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>Line from *Schedule A/B:* | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**Fill in this information to identify your case:**

Debtor 1        Mark E. Pearsall
                First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  District of New Jersey

Case number   26-11672
(if know)

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

|  | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** | Column C **Unsecured portion** If any |
|---|---|---|---|
| **2.1** Describe the property that secures the claim: | $ 262,863.06 | $ 1,950,000.00 | $ 0.00 |

**2.1**

Alan J. Wienhold
Creditor's Name

1823 Cypress Point Court
Number        Street

Ann Arbor MI      48108
City        State      ZIP Code

Describe the property that secures the claim:

39 River Farm Lane - $1,950,000.00

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☑ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number** DJ-045109-2023

Debtor    Mark E Pearsall
First Name    Middle Name    Last Name

Case 26-11672-CMG    Doc 19    Filed 03/03/26    Entered 03/03/26 09:22:24    Desc Main
Case number (if known) 26-11672
Document    Page 20 of 63

**2.2**

Describe the property that secures the claim:    $ 8,665.00    $ 0.00    $ 8,665.00

Cara M Calzolano
Creditor's Name

900 Autumn Park Blvd
Number    Street

Apt 302

Medford NJ    08055

City    State    ZIP Code

Pursuant to State Judgment Lien - $0.00 J-029116-02

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred  02/05/2002

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**

---

**2.3**

Describe the property that secures the claim:    $ 6,871.85    $ 0.00    $ 6,871.85

Elliot H Gourvitz
Creditor's Name

505 Morris Ave, Suite 102
Number    Street

Springfield NJ    07081

City    State    ZIP Code

Pursuant to State Judgment Lien - $0.00 J-302976-97

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred  05/29/1997

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Last 4 digits of account number**

---

**2.4**

Describe the property that secures the claim:    $ 0.00    $ 1,950,000.00    $ 0.00

Northpointe Bank
Creditor's Name

Attn: President/CEO/Officer of the
Number    Street
Institution

5303 28th Court SE

Grand Rapids MI    49546

City    State    ZIP Code

39 River Farm Lane - $1,950,000.00 Debtor not on underlying Note.

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred  _____

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
In rem claim against property of the Debtor.

**Last 4 digits of account number** 4891

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 278,399.91 |
|---|---|

---

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Case 26-11672-CMG    Doc 19    Filed 03/03/26    Entered 03/03/26 09:22:24    Desc Main
                            Document      Page 21 of 63

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

| | |
|---|---|
| Northpointe Bank | On which line in Part 1 did you enter the creditor? 2.4 |
| Creditor's Name | Last 4 digits of account number _____ |
| Attn: President/CEO/Officer of the Institution | |
| Number   Street | |
| 3333 Deposit Drive NE | |
| | |
| Grand Rapids MI      49546 | |
| City          State   ZIP Code | |
| Reena Forst | On which line in Part 1 did you enter the creditor? 2.1 |
| Creditor's Name | Last 4 digits of account number _____ |
| 345 Union Street | |
| Number   Street | |
| Hackensack NJ      07601 | |
| City          State   ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1    Mark E. Pearsall
         First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)   First Name      Middle Name      Last Name

United States Bankruptcy Court for the: District of New Jersey

Case number   26-11672
(if know)

☐ Check if this is an
amended filing

## Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **List All of Your PRIORITY Unsecured Claims** |

1. **Do any creditors have priority unsecured claims against you?**
   ☐ **No.** Go to Part 2.
   ☑ **Yes.**

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | Internal Revenue Service<br>Priority Creditor's Name<br>P.O. Box 7346<br>Number   Street<br>Philadelphia PA    19101<br>City     State    ZIP Code<br>**Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☑ At least one of the debtors and another<br>☐ **Check if this claim relates to a community debt**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **Last 4 digits of account number** 4081<br>**When was the debt incurred?** 2023-2024<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☑ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☐ Other. Specify | $ 157,000.00 | $ 157,000.00 | $ 0.00 |

Debtor    Mark E. Pearsall
First Name    Middle Name    Last Name

Case 26-11672-CMG    Doc 19    Filed 03/03/26    Entered 03/03/26 09:22:24    Desc Main
Case number (if known) 26-11672
Document    Page 23 of 63

---

**2.2**

NYS Dept. Taxation & Finance
Priority Creditor's Name

Bankruptcy/Special Procedures Section
Number    Street

P.O. Box 5300

Albany NY    12205

City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** 2024

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

$ 1,028.72    $ 945.71    $ 83.01

---

**2.3**

State of New Jersey, Division of Taxation
Priority Creditor's Name

Compliance and Enforcement Bankruptcy Unit
Number    Street

3 John Fitch Way, 5th Floor, Po box 245

Trenton NJ    08695

City    State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** 2023-2024

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

$ 47,416.06    $ 47,416.06    $ 0.00

---

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3. Do any creditors have nonpriority unsecured claims against you?**
- [ ] No. You have nothing else to report in this part. Submit to the court with your other schedules.
- [x] Yes. Fill in all of the information below.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

**4.1** | Accem Warehouse, Inc.
Nonpriority Creditor's Name

8 Peach Tree Hill Road
Number    Street

Bayonne NJ    07002
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 25,000.00

---

**4.2** | Austin Capital Bank
Nonpriority Creditor's Name

Attn: Officer/Registered Agent
Number    Street

512 E Riverside Drive, Ste 100

Austin TX    78704
City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** 04-26-2022

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

$ Unknown

---

**4.3** | Bluevine Capital Inc.
Nonpriority Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number    Street

30 Montgomery Street, Ste 1400

Jersey City NJ    07302
City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Monies Loaned / Advanced

$ 67,228.00

---

---

**4.4**

Capital One
Nonpriority Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number   Street

1680 Capital One Dr

McLean VA   22102
City   State   ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 1205

**When was the debt incurred?** 03-27-2011

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

$ 6,527.73

---

**4.5**

Capital One
Nonpriority Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number   Street

1680 Capital One Dr

McLean VA   22102
City   State   ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 0610

**When was the debt incurred?** 01-02-2016

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

$ 4,587.00

---

**4.6**

Capital One, N.A.
Nonpriority Creditor's Name

by AIS InfoSource LP as agent
Number   Street

4515 N Santa Fe Ave

Oklahoma City OK   73118
City   State   ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 6093

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

$ 11,044.27

---

**4.7**

Central Jersey Construction Co. Inc.
Nonpriority Creditor's Name
Attn: Peter Gianetti
Number    Street
1225 Us Highway 206

Bedminster NJ    07921
City    State    ZIP Code
**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 24,696.95

---

**4.8**

Certified Solutions
Nonpriority Creditor's Name
on behalf of Overlook Hospital
Number    Street
PO Box 1750

Whitehouse Station NJ    08889
City    State    ZIP Code
**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Overlook Hospital

$ 1,429.48

---

**4.9**

ConServe Continental Service Group, LLC
Nonpriority Creditor's Name
200 CrossKeys Office Park
Number    Street
Fairport NY    14450
City    State    ZIP Code
**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  3286
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 4,000.00

---

Debtor    Mark E. Pearsall
        First Name    Middle Name    Last Name

Case 26-11672-CMG    Doc 19    Filed 03/03/26    Entered 03/03/26 09:22:24    Desc Main
                Case number (if known) 26-11672
                Document    Page 27 of 63

| 4.10 | Corporate Debt Advisors, LLC | **Last 4 digits of account number** ___ | $ 1,243.68 |

Corporate Debt Advisors, LLC
Nonpriority Creditor's Name

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

$ 1,243.68

Attn: Pres./CEO/Reg. Agent
Number    Street

1903 S Congress Ave, Suite 150

Boynton Beach FL    33426
City            State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Debt Counseling / Attorneys

**Is the claim subject to offset?**
☑ No
☐ Yes

---

4.11 Credit Corp Solutions
Nonpriority Creditor's Name

**Last 4 digits of account number** 4118
**When was the debt incurred?** 08-21-2025

$ 781.36

121 W Election Rd Ste 20
Number    Street

Draper UT    84020
City        State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**Is the claim subject to offset?**
☑ No
☐ Yes

---

4.12 Credit One Bank, N.A.
Nonpriority Creditor's Name

**Last 4 digits of account number** 4118
**When was the debt incurred?** _____

$ 941.00

Attn: Pres./CEO/Reg. Agent
Number    Street

6801 S. Cimarron Rd

Las Vegas NV    89113
City        State    ZIP Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Mark E. Pearsall

Case 26-11672-CMG    Doc 19    Filed 03/03/26    Entered 03/03/26 09:22:24    Desc Main
First Name    Middle Name    Last Name    Case number (if known) 26-11672

Document    Page 28 of 63

4.13 | Credit One Bank, N.A.

**Nonpriority Creditor's Name**

Attn: Pres./CEO/Reg. Agent

Number    Street

6801 S. Cimarron Rd

Las Vegas NV    89113

City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** 6451

**When was the debt incurred?** 10-20-2021

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  Credit Card Debt

$ 329.00

---

4.14 | DiFrancesco, Bateman, Kunzman, Davis, Leher

**Nonpriority Creditor's Name**

& Flaum, P.C.

Attn: V. Anthony Digirolamo

Number    Street

15 Mountain Boulevard

Warren NJ    07059

City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?** 11/18/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  Legal Services

$ 1,289.00

---

4.15 | Elliott Greenleaf, P.C., Attn: Brian Grady

**Nonpriority Creditor's Name**

Union Meeting Corporate Center V

Number    Street

925 Harvest Drive Suite 300

Blue Bell PA    19422

City    State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  Legal Services not on behalf of individual

$ 0.00

---

| 4.16 | First Bank & Trust/Mercury Financial | | |
|---|---|---|---|

**First Bank & Trust/Mercury Financial**
Nonpriority Creditor's Name
Attn: Pres./CEO/Reg. Agent
Number    Street
2220 6th St

Brookings SD      57006
City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 6967
**When was the debt incurred?** 12-22-2015

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 4,853.00

---

| 4.17 | First Insurance Funding Corp. | | |
|---|---|---|---|

**First Insurance Funding Corp.**
Nonpriority Creditor's Name
Attn: Pres./CEO/Reg. Agent
Number    Street
450 Skokie Blvd., Suite 1000

Northbrook IL      60062
City        State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 4,569.58

---

| 4.18 | GM Financial | | |
|---|---|---|---|

**GM Financial**
Nonpriority Creditor's Name
Attn: Pres./CEO/Reg. Agent
Number    Street
801 Cherry Street, Suite 3900

Fort Worth TX      76102
City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 6260
**When was the debt incurred?** 06-21-2023

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Monies Loaned / Advanced

$ 55,786.00

Debtor Mark E. Pearsall
First Name Middle Name Last Name

Case 26-11672-CMG Doc 19 Filed 03/03/26 Entered 03/03/26 09:22:24 Desc Main
Case number (if known) 26-11672
Document Page 30 of 63

**4.19**

JPMorgan Chase Card
Nonpriority Creditor's Name
301 N Walnut St, Floor 09
Number Street
Wilmington DE 19801
City State ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 9731
**When was the debt incurred?** 01-19-2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Credit Card Debt

$ 5,504.63

---

**4.20**

Kair Harbor Express, LLC
Nonpriority Creditor's Name
c/o Law Offices of Roger C. Hsu
Number Street
175 South Lake Ave, Ste 210

Pasadena CA 91101-2629
City State ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify No Claims against Individual Debtor

$ 0.00

---

**4.21**

Liberty Funding, LLC
Nonpriority Creditor's Name
Attn: Pres./CEO/Reg. Agent
Number Street
6501 Congress Avenue

Boca Raton FL 33487
City State ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify Monies Loaned / Advanced

$ 402,729.00

---

**4.22**

LVNV Funding LLC
Nonpriority Creditor's Name
Attn: Pres./CEO/Reg. Agent
Number    Street
55 Beattie Place

Greenville SC    29601
City          State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 5647
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Purchased from Resurgent; OG CreditOne

$ 1,026.00

---

**4.23**

Michael Axelrod
Nonpriority Creditor's Name
6312 Northern Blvd.
Number    Street
East Norwich NY    11732
City          State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 70,314.00

---

**4.24**

Mundell, Odlum, & Haws, LLP
Nonpriority Creditor's Name
Attn: G. Brent Sims
Number    Street
650 East Hospitality Lane, Suite 470

San Bernardino CA    92408
City          State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Legal srvcs on behalf of entities and individual

$ Unknown

**4.25**

Nolan Transportation Group
Nonpriority Creditor's Name

c/o Allen Matkins et. al., LLP, Attn: K.
Number     Street

865 South Figueroa Street, Ste 2800

Los Angeles CA     90017-2795
City     State     ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  No Claims against Individual Debtor

$ 0.00

---

**4.26**

Optimum Communications, Inc.
Nonpriority Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number     Street

1 Court Square West

Long Island City NY     11101
City     State     ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Telephone / Internet services

$ 997.39

---

**4.27**

PSE&G
Nonpriority Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number     Street

80 Park Plaza

Newark NJ     07102
City     State     ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** ____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Utility Services

$ 318.95

---

| 4.28 | Rauch-Milliken International, Inc. | **Last 4 digits of account number** _____ | $ 4,569.58 |

**4.28**

Rauch-Milliken International, Inc.
*Nonpriority Creditor's Name*
Attn: Pres./CEO/Reg. Agent
*Number    Street*
4400 Trenton St.

Metairie LA    70006
*City         State    ZIP Code*

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Monies Loaned / Advanced

$ 4,569.58

---

**4.29**

Santander Bank, NA
*Nonpriority Creditor's Name*
Attn: Pres./CEO/Reg. Agent
*Number    Street*
75 State St.

Boston MA    02109
*City         State    ZIP Code*

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  0336

**When was the debt incurred?** 06-17-2016

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

$ 1,115.00

---

**4.30**

Verizon Wireless
*Nonpriority Creditor's Name*
500 Technology Dr
*Number    Street*
Ste 599

Saint Charles MO    63304
*City         State    ZIP Code*

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 862.22

**4.31**

| | |
|---|---|
| Wells Fargo Card Services | |
| Nonpriority Creditor's Name | |
| Attn: Pres./CEO/Reg. Agent | |
| Number    Street | |
| 420 Montgomery Street | |
| San Francisco CA    94104 | |
| City    State    ZIP Code | |

**Last 4 digits of account number** 6063

**When was the debt incurred?** 07-09-2024

**$ 7,026.00**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| | |
|---|---|
| Commercial Collections of America, LLC | |
| Creditor's Name | |
| Attn: Pres./CEO/Reg. Agent | |
| Number    Street | |
| 1559 Spinnaker Dr., Ste 205 | |
| Ventura CA    93001 | |
| City    State    ZIP Code | |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.3  of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

**Last 4 digits of account number**

| | |
|---|---|
| Continental Service Group, LLC | |
| Creditor's Name | |
| Attn: Pres./CEO/Reg. Agent | |
| Number    Street | |
| 200 Cross Keys Office Park | |
| Fairport NY    14450 | |
| City    State    ZIP Code | |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 2.1  of (Check one):
☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

| | |
|---|---|
| Elliott Greenleaf, P.C. | |
| Creditor's Name | |
| Union Meeting Corporate Center V | |
| Number    Street | |
| 925 Harvest Drive Suite 300 | |
| Blue Bell PA    19422 | |
| City    State    ZIP Code | |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.24  of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

| | |
|---|---|
| Empire Recovery Solutions, LLC | |
| Creditor's Name | |
| Attn: Pres./CEO/Reg. Agent | |
| Number    Street | |
| 10 W 37th St, Room 602 | |
| New York NY    10018-7473 | |
| City    State    ZIP Code | |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.21  of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

| LVNV Funding LLC |
|---|
| Creditor's Name |
| by Resurgent Capital Services |
| Number    Street |
| PO Box 10587 |
| |
| Greenville SC    29603-0587 |
| City    State    ZIP Code |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.22 of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number** 5647

| Law Office of Steven Zakharyayev |
|---|
| Creditor's Name |
| Attn: Steven Zakharyayev, Esq |
| Number    Street |
| 10 W 37th Street, RM 602 |
| |
| New York NY    10018 |
| City    State    ZIP Code |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.21 of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number** MID-

| Liberty Funding LLC |
|---|
| Creditor's Name |
| Attn: Pres./CEO/Reg. Agent |
| Number    Street |
| 700 ROCKAWAY TPKE 210 |
| |
| Lawrence NY    11559 |
| City    State    ZIP Code |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.21 of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

| MRS BPO, LLC |
|---|
| Creditor's Name |
| Attn: Pres./CEO/Reg. Agent |
| Number    Street |
| 402 Lippincott Drive |
| |
| Marlton NJ    08053 |
| City    State    ZIP Code |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.19 of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

| Michael Axelrod & Affiliated Companies |
|---|
| Creditor's Name |
| Attn: Michael Axelrod |
| Number    Street |
| 400 Post Avenue, Suite 303 |
| |
| Westbury NY    11590 |
| City    State    ZIP Code |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.23 of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

| Midland Credit Management |
|---|
| Creditor's Name |
| Attn: Pres./CEO/Reg. Agent |
| Number    Street |
| 350 Camino De Le Reine, Suite 100 |
| |
| San Diego CA    92108 |
| City    State    ZIP Code |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.5 of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

| Minnesota Department of Commerce |
|---|
| Creditor's Name |
| 85 7th Place E. # 280 |
| Number    Street |
| Saint Paul MN    55101 |
| City    State    ZIP Code |

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.28 of *(Check one):*    ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

Rauch-Milliken International, Inc.
Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number    Street

4400 Trenton St.

Metairie LA    70006
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.17 of *(Check one)*:  ☐ Part 1: Creditors with Priority Unsecured Claims

☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
| --- | --- |

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
| --- | --- | --- | --- |
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 205,444.78 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 205,444.78 |

|  |  |  | Total claim |
| --- | --- | --- | --- |
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 708,768.82 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 708,768.82 |

**Fill in this information to identify your case:**

Debtor 1    Mark E. Pearsall
_____
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name      Middle Name        Last Name

United States Bankruptcy Court for the:  District of New Jersey

Case number    26-11672
(if know)

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease  State what the contract or lease is for**

**Fill in this information to identify your case:**

Debtor 1    Mark E. Pearsall
_____
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing) _____
First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  District of New Jersey

Case number ___ 26-11672
(if know)

☐ Check if this is an
amended filing

Official Form 106H

# Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| **3.1** <br> Marlucia Rodrigues Pearsall <br> Name <br> 39 River Farm Lane <br> Street <br> Far Hills    NJ    07931 <br> City    State    ZIP Code | ☐ Schedule D, line ____ <br> ☑ Schedule E/F, line 2.3 <br> ☐ Schedule G, line ____ |
| **3.2** <br> Marlucia Rodrigues Pearsall <br> Name <br> 39 River Farm Lane <br> Street <br> Far Hills    NJ    07931 <br> City    State    ZIP Code | ☐ Schedule D, line ____ <br> ☑ Schedule E/F, line 2.2 <br> ☐ Schedule G, line ____ |
| **3.3** <br> Marlucia Rodrigues Pearsall <br> Name <br> 39 River Farm Lane <br> Street <br> Far Hills    NJ    07931 <br> City    State    ZIP Code | ☐ Schedule D, line ____ <br> ☑ Schedule E/F, line 2.1 <br> ☐ Schedule G, line ____ |

Debtor   Mark E. Pearsall
First Name   Middle Name   Last Name

Case 26-11672-CMG   Doc 19   Filed 03/03/26   Entered 03/03/26 09:22:24   Desc Main
Case number (if known)   26-11672
Document   Page 39 of 63

**3.4**

N Transit Holding Corp.
Name

Attn: Pres./CEO/Reg. Agent P.O. Box 1500

Street
New York                          NY      10028

City                              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.23
☐ Schedule G, line _____

**3.5**

CCBRM LLC
Name

Attn: Pres/CEO/Reg. Agent 188 Jeffersons Street, No. 111

Street
Newark                            NJ      07105

City                              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.3
☐ Schedule G, line _____

**3.6**

N Transit Holding Corp.
Name

Attn: Pres./CEO/Reg. Agent P.O. Box 1500

Street
New York                          NY      10028

City                              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.9
☐ Schedule G, line _____

**3.7**

CCBRM LLC
Name

Attn: Pres/CEO/Reg. Agent 188 Jefferson Street, No. 111

Street
Newark                            NJ      07105

City                              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.21
☐ Schedule G, line _____

**3.8**

Vincent Napolitano
Name

2438 Foster Court

Street
Bellmore                          NY      11710

City                              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.23
☐ Schedule G, line _____

**3.9**

Stephanie Napolitano
Name

2438 Foster Court

Street
Bellmore                          NY      11710

City                              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.23
☐ Schedule G, line _____

**3.10**

Marlucia Rodrigues Pearsall
Name

39 River Farm Lane

Street
Far Hills                         NJ      07931

City                              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.27
☐ Schedule G, line _____

**3.11**

CCBRM Multimodal Transport Operators Inc.
Name

Attn: Pres./CEO/Reg. Agent 188 Jefferson St, No. 111

Street
Newark                            NJ      07105

City                              State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line  4.17
☐ Schedule G, line _____

Official Form 106H          **Schedule H: Your Codebtors**          page 2 of 3

| 3.12 | CCBRM Multimodal Transport Operators Inc. | ☐ Schedule D, line ____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.24 |
| | Attn: Pres./CEO/Reg. Agent 188 Jeffersons Street, No. 111 | ☐ Schedule G, line ____ |
| | Street | |
| | Newark                          NJ        07105 | |
| | City                    State    ZIP Code | |

| 3.13 | Marlucia Rodrigues Pearsall | ☑ Schedule D, line 2.4 |
|---|---|---|
| | Name | ☐ Schedule E/F, line ____ |
| | 39 River Farm Lane | ☐ Schedule G, line ____ |
| | Street | |
| | Far Hills                        NJ        07931 | |
| | City                    State    ZIP Code | |

| 3.14 | CCBRM, LLC | ☐ Schedule D, line ____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.1 |
| | Attn: Pres/CEO/Reg. Agent 188 Jefferson Street, No. 111 | ☐ Schedule G, line ____ |
| | Street | |
| | Newark                          NJ        07105 | |
| | City                    State    ZIP Code | |

| 3.15 | CCBRM Multimodal Transport Operators Inc. | ☐ Schedule D, line ____ |
|---|---|---|
| | Name | ☑ Schedule E/F, line 4.28 |
| | Attn: President/CEO/Reg. Agent 188 Jefferson Street, No. 111 | ☐ Schedule G, line ____ |
| | Street | |
| | Newark                          NJ        07105 | |
| | City                    State    ZIP Code | |

Official Form 106H                    **Schedule H: Your Codebtors**                    page 3 of 3

**Fill in this information to identify your case:**

Debtor 1 ___Mark E. Pearsall_____
First Name          Middle Name          Last Name

Debtor 2 _____
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the: _ District of New Jersey

Case number ___26-11672_____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | Business Development | Office Administrative |
| **Employer's name** | Waste Connections US, Inc. | Allports Logistics Cargo Warehouse Inter |
| **Employer's address** | 3 Waterway Square Place<br>Number   Street<br>Suite 110 | 1319 N. Broad Street<br>Number     Street |
| | Spring, TX 77380<br>City          State    ZIP Code | Hillside, NJ 07205<br>City            State   ZIP Code |
| **How long employed there?** | 1.5 years | 1 year |

## Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 8,301.14 | $ 6,500.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ 0.00 | + $ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 8,301.14 | $ 6,500.00 |

Debtor 1 _____Mark E. Pearsall_____   Case number (if known)_____26-11672_____

First Name        Middle Name        Last Name

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** ........................................................ ➔ 4. | | $ 8,301.14 | $ 6,500.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 1,723.79 | $ 1,111.59 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 415.06 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 489.73 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: __HSA_____ | 5h. + | $ 263.26 | + $ 0.00 |
| _____ | | $ _____ | $ _____ |
| _____ | | $ _____ | $ _____ |
| _____ | | $ _____ | $ _____ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 2,891.84 | $ 1,111.59 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 5,409.30 | $ 5,388.41 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 0.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. + | $ 0.00 | + $ 0.00 |
| 9. **Add all other income**. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ 0.00 |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 5,409.30 + | $ 5,388.41 = $ 10,797.71 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____     11. **+** $ _____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.

Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies     12.     $ 10,797.71

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.     Debtor will receive a commission of $110,000 on or about April 17 of 2026.

☑ Yes. Explain:

Mark E. Pearsall

Debtor 1 _____     Case number (*if known*)_____

First Name        Middle Name        Last Name

**<u>Continuation Sheet for Official Form 106I</u>**

1. Describe Employment:

Debtor: Mark E. Pearsall

Occupation: Business Operator

Name of Employer: CCBRM Multimodal Transport Operators Inc.

Employer's Address: 188 Jefferson Street, Newark, NJ 07105

Length of Employment: 1 year

-------

Debtor: Mark E. Pearsall

Occupation: Business Operator

Name of Employer: CCBRM LLC

Employer's Address: 188 Jefferson Street, Newark, NJ 07105

Length of Employment:

-------

Official Form 106I                    **Schedule I: Your Income**

**Fill in this information to identify your case:**

Debtor 1   Mark E. Pearsall
_____
First Name          Middle Name          Last Name

Debtor 2   _____
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   District of New Jersey
(State)

Case number   26-11672
(If known)   _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No

   ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No

   ☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 13 | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No

   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 14,491.58 |
| If not included in line 4: | | |
| 4a.  Real estate taxes | 4a. | $ 0.00 |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | $ 212.00 |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | $ 25.00 |
| 4d.  Homeowner's association or condominium dues | 4d. | $ 500.00 |

Debtor 1    Mark E. Pearsall                                        Case number *(if known)* 26-11672

First Name      Middle Name      Last Name

|  |  | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $ 0.00 |
| 6. **Utilities:** |  |  |
| 6a.   Electricity, heat, natural gas | 6a. | $ 360.00 |
| 6b.   Water, sewer, garbage collection | 6b. | $ 50.00 |
| 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 325.00 |
| 6d.   Other. Specify: _____ | 6d. | $ 0.00 |
| 7. **Food and housekeeping supplies** | 7. | $ 1,000.00 |
| 8. **Childcare and children's education costs** | 8. | $ 600.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 150.00 |
| 10. **Personal care products and services** | 10. | $ 150.00 |
| 11. **Medical and dental expenses** | 11. | $ 25.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 500.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 350.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. |  |  |
| 15a.   Life insurance | 15a. | $ 271.56 |
| 15b.   Health insurance | 15b. | $ 0.00 |
| 15c.   Vehicle insurance | 15c. | $ 268.00 |
| 15d.   Other insurance. Specify:_____ | 15d. | $ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. **Installment or lease payments:** |  |  |
| 17a.   Car payments for Vehicle 1 | 17a. | $ 0.00 |
| 17b.   Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c.   Other. Specify:_USPS PO Box_____ | 17c. | $ 18.00 |
| 17d.   Other. Specify:_____ | 17d. | $ 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify:_____ | 19. | $ 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** |  |  |
| 20a.   Mortgages on other property | 20a. | $ 0.00 |
| 20b.   Real estate taxes | 20b. | $ 0.00 |
| 20c.   Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d.   Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e.   Homeowner's association or condominium dues | 20e. | $ 0.00 |

Debtor 1    Mark E. Pearsall
First Name    Middle Name    Last Name

Case number (*if known*)_____26-11672_____

---

21. **Other**. Specify:_____

_____

_____

21.  **+**$_____0.00____

**+**$_____

**+**$_____

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.

22a.   $_____19,296.14____

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a

22b.   $_____

and 22b. The result is your monthly expenses.

22c.   $_____19,296.14____

23. **Calculate your monthly net income.**

23a.   Copy line 12 (*your combined monthly income*) from *Schedule I.*

23a.   $_____10,797.71____

23b.   Copy your monthly expenses from line 22c above.

23b.   **–** $_____19,296.14____

23c.   Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.

23c.   $_____-8,498.43____

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here:

---

**Fill in this information to identify your case:**

Debtor 1          Mark E. Pearsall
                  First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name          Last Name

United States Bankruptcy Court for the  District of New Jersey

Case number   26-11672
(If known)

☐ Check if this is an
    amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✖  /s/ Mark E. Pearsall                              ✖ _____
Signature of Debtor 1                                   Signature of Debtor 2

Date  03/02/2026                                        Date _____
      MM / DD  / YYYY                                        MM / DD  / YYYY

Official Form 106Dec                    **Declaration About an Individual Debtor's Schedules**

**Fill in this information to identify your case:**

Debtor 1    Mark E. Pearsall
_____
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name      Middle Name      Last Name

United States Bankruptcy Court for the:  District of New Jersey

Case number    26-11672
(if know)

☐ Check if this is an amended filing

## Official Form 107
# Statement of Financial Affairs for Individuals Filing for Bankruptcy
**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ **Married**
☐ **Not married**

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| 74 Vesey Street | From 02/01/2020 To 03/01/2025 | | From _____ To _____ |
| Number    Street<br>Newark NJ    07105 | | Number    Street | |
| City    State    ZIP Code | | City    State    ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H)

## Part 2:    Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ **No**
☑ **Yes. Fill in the details.**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | $ 29,122.00 | ☐ Wages, commissions, bonuses, tips | $ _____ |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor ___Mark E. Pearsall_____   Case number*(if known)* 26-11672
First Name   Middle Name   Last Name

| | | |
|---|---|---|
| **For last calendar year:**<br><br>(January 1 to December 31, 2025) | ☑ Wages, commissions, bonuses, tips  $ 172,918.67<br>☐ Operating a business | ☐ Wages, commissions, bonuses, tips  $ ____<br>☐ Operating a business |
| **For the calendar year before that:**<br><br>(January 1 to December 31, 2024) | ☑ Wages, commissions, bonuses, tips  $ 89,340.00<br>☑ Operating a business | ☐ Wages, commissions, bonuses, tips  $ ____<br>☐ Operating a business |

**5. Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ | $ _____ | _____ | _____ |
| **For last calendar year:**<br><br>(January 1 to December 31, 2025) | _____ | $ _____ | _____ | _____ |
| **For the calendar year before that:**<br><br>(January 1 to December 31, 2024) | CCBRM, LLC | $ 517,111.00 | _____ | _____ |

---

**Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy**

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|
| | | | |

Debtor   __Mark E. Pearsall_____   Case number *(if known)* 26-11672
   First Name   Middle Name   Last Name

| | | | |
|---|---|---|---|
| **Elliott Greenleaf, P.C., Attn:** | 11/18/2025 | $ 848.55 | $ 0.00 |
| Creditor's Name | 01/28/2026 | | |
| **Brian Grady** | | | |
| | | | |
| **Union Meeting Corporate** | | | |
| Number   Street | | | |
| **Center V** | | | |
| | | | |
| **925 Harvest Drive Suite 300** | | | |
| | | | |
| **Blue Bell PA   19422** | | | |
| City   State   ZIP Code | | | |

☐ **Mortgage**
☐ **Car**
☐ **Credit card**
☐ **Loan repayment**
☐ **Suppliers or vendors**
☑ **Other**
**Legal Services not on behalf of individual**

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?** *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No.
☐ Yes. List all payments to an insider.

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No.
☐ Yes. List all payments that benefited an insider.

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Case title:<br>Liberty Funding, LLC vs Ccbrm Limited Liability<br>Case number:<br>MID-L-008287-25 | ; Date filed: 11/21/2025 | Superior Court of New Jersey - Middlesex<br>Court Name<br>County<br><br>56 Paterson Street, 3rd Floor<br>Number   Street<br>New Brunswick NJ   08903<br>City   State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| Case title:<br>Weinhold Vs Pearsall<br>Case number: DJ-045109-23 | ; Date filed: 05/25/2023 | Superior Court of New Jersey - Essex County<br>Court Name<br>50 W Market Street<br>Number   Street<br>Newark NJ   07102<br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| Case title:<br>Motivational Marketing, LLC -v - CCBRM Multimodal Transport Operators Inc. et al<br>Case number: CIVSB2326495 | Breach of Contract/Warranty Unlimited; Date filed: 11/01/2023 | Superior Court of California, County of San<br>Court Name<br>Bernardino<br><br>655 W 2nd Street<br>Number   Street<br>San Bernardino CA   92415<br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

Debtor    Mark E. Pearsall    Case number*(if known)* 26-11672
_____
First Name    Middle Name    Last Name

Case title:
Inxeption Corporation -v-
CCBRM Multimodal Transport
Operators Inc et al
Case number: CIVSB2401524

☑ Pending
☐ On appeal
☐ Concluded

Superior Court of California, County of San
Court Name
Bernardino

655 W 2nd Street
Number    Street
San Bernardino CA    92415

City    State    ZIP Code

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| GM Financial<br>Creditor's Name<br>Attn: Pres./CEO/Reg. Agent<br><br>Number    Street<br>801 Cherry Street, Suite 3900<br><br>Fort Worth TX    76102<br>City    State    ZIP Code | 2023 Chevrolet Suburban High Country SUV repossessed.<br><br>**Explain what happened**<br>☑ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | 03/2025 | $ 62,385.00 |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Gateway Church<br>Charity's Name<br>200 Basscome Ave<br>Number    Street<br>Staten Island NY    10309<br>City    State    ZIP Code | Total 2025 Donation/Tithing | 12/31/2025 | $ 3,000.00 |

| Part 6: | List Certain Losses |
|---|---|

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

Debtor    Mark E. Pearsall
          First Name    Middle Name    Last Name
                                                                              Case number *(if known)* 26-11672

---

**Part 7:    List Certain Payments or Transfers**

**16.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

|  | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
|  |  |  | $ 0.00 |
| Corporate Debt Advisors, LLC | | | $ ___ |
| Person Who Was Paid | | | |
| Attn: Pres./CEO/Reg. Agent | | | |
| Number    Street | | | |
| 1903 S Congress Ave, Suite 150 | | | |
| Boynton Beach FL    33426 | | | |
| City           State    ZIP Code | | | |
| www.corporatedebtadvisors.com | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17.** Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18.** Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19.** Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

Debtor  Mark E. Pearsall
_____
First Name  Middle Name  Last Name

Case number(*if known*) 26-11672
_____

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20.Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

☑ No
☐ Yes. Fill in the details.

**21.Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

**22.Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

☐ No
☑ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Extra Space Management<br>Name of Storage Facility<br>1239 Broad Street<br>Number    Street<br>Newark NJ    07114<br>City    State    ZIP Code | <br>Name<br><br>Number    Street<br><br>**City    State    ZIP Code** | Seasonal Clothing unit 2363 | ☑ No<br>☐ Yes |

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

**23.Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Bethany Pearsall [child]<br>Owner's Name<br>39 River Farm Lane<br>Number    Street<br>Far Hills NJ    07931<br>City    State    ZIP Code | <br>JPMorgan Chase Bank -9655, 270 Park<br>Number    Street<br>Avenue<br><br>New York NY    10017<br>City    State    ZIP Code | Bethany College Account; Mark Pearsall NYUTMA | $ 1.04 |

**Statement of Financial Affairs for Individuals Filing for Bankruptcy**

Debtor _____Mark E. Pearsall_____   Case number *(if known)* 26-11672
First Name    Middle Name    Last Name

---

| Part 10: | Give Details About Environmental Information |
|---|---|

**For the purpose of Part 10, the following definitions apply:**

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

---

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☑ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.
☑ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| CCBRM Multimodal Transport Operators Inc. <br> Business Name <br> Attn: President/CEO/Reg. Agent <br> Number    Street <br> 188 Jefferson Street, No. 111 <br><br> Newark NJ    07105 <br> City    State    ZIP Code | Trucking; July 2024 insurance & bond ended & company became nonoperational. <br><br> **Name of accountant or bookkeeper** | EIN: __ __ __ – __ __ __ __ __ __ __ __ __ <br> **Dates business existed** <br><br> From 06/19/2019 To 07/01/2024 |
| CCBRM LLC <br> Business Name <br> Attn: Pres/CEO/Reg. Agent <br> Number    Street <br> 188 Jeffersons Street, No. 111 <br><br> Newark NJ    07105 <br> City    State    ZIP Code | Freight broker; July 2024; Lost insurance & bond & became nonoperational. <br><br> **Name of accountant or bookkeeper** | EIN: __ __ __ – __ __ __ __ __ __ __ __ __ <br> **Dates business existed** <br><br> From 04/20/2013 To 07/01/2024 |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

---

Debtor   Mark E. Pearsall
     First Name    Middle Name    Last Name

Case number *(if known)* 26-11672

---

| Part 12: | Sign Below |
|---|---|

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

✖ /s/ Mark E. Pearsall
    Signature of Debtor 1

✖ _____
    Signature of Debtor 2

Date 03/02/2026

Date _____

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____   Attach the Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Mark E. Pearsall | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of New Jersey

Case number    26-11672
(If known)

☐ Check if this is an amended filing

## Official Form 122B

# Chapter 11 Statement of Your Current Monthly Income

**12/21**

**You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).**

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☑ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

   **Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 8,301.14 | $ 6,250.00 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 12.50 | $ 0.00 | |
| Ordinary and necessary operating expenses | − $ 775.00 | − $ 0.00 | |
| Net monthly income from a business, profession, or farm | $ -762.50 | $ 0.00 | Copy here ➡ |

Column A Debtor 1: $ -762.50    Column B Debtor 2: $ 0.00

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | $ 0.00 | |
| Ordinary and necessary operating expenses | − $ 0.00 | − $ 0.00 | |
| Net monthly income from rental or other real property | $ 0.00 | $ 0.00 | Copy here ➡ |

Column A Debtor 1: $ 0.00    Column B Debtor 2: $ 0.00

Debtor 1   Mark E. Pearsall

First Name        Middle Name        Last Name

Case number (*if known*) 26-11672

|  | Column A Debtor 1 | Column B Debtor 2 |
|---|---|---|

7. **Interest, dividends, and royalties** — Column A: $ 0.00   Column B: $ 0.00

8. **Unemployment compensation** — Column A: $ 0.00   Column B: $ 0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ............................... ↓

For you ............................................................... $_____

For your spouse ............................................... $_____

9. Pension or retirement income. Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. — Column A: $ 0.00   Column B: $ 0.00

10. **Income from all other sources not listed above**. Specify the source and amount. Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

Column A: $ 0.00   Column B: $ 0.00
Column A: $ 0.00   Column B: $ 0.00
Column A: + $ 0.00   Column B: + $ 0.00

Total amounts from separate pages, if any.

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$ 7,538.64   **+**   $ 6,250.00   **=**   $ 13,788.64

**Total current monthly income**

---

| Part 2: | Sign Below |
|---|---|

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

✗ /s/ Mark E. Pearsall
_____
Signature of Debtor 1

✗ _____
Signature of Debtor 2

Date 03/02/2026
MM / DD / YYYY

Date 03/02/2026
MM / DD / YYYY

Accem Warehouse, Inc.
8 Peach Tree Hill Road
Bayonne, NJ 07002

Alan J. Wienhold
1823 Cypress Point Court
Ann Arbor, MI 48108

Austin Capital Bank
Attn: Officer/Registered Agent
512 E Riverside Drive, Ste 100
Austin, TX 78704

Bluevine Capital Inc.
Attn: Pres./CEO/Reg. Agent
30 Montgomery Street, Ste 1400
Jersey City, NJ 07302

Capital One
Attn: Pres./CEO/Reg. Agent
1680 Capital One Dr
McLean, VA 22102

Capital One, N.A.
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Cara M Calzolano
900 Autumn Park Blvd
Apt 302
Medford, NJ 08055

CCBRM LLC
Attn: Pres/CEO/Reg. Agent
188 Jeffersons Street, No. 111
Newark, NJ 07105

CCBRM LLC
Attn: Pres/CEO/Reg. Agent
188 Jefferson Street, No. 111
Newark, NJ 07105

CCBRM Multimodal Transport Operators Inc.
Attn: Pres./CEO/Reg. Agent
188 Jefferson St, No. 111
Newark, NJ 07105

CCBRM Multimodal Transport Operators Inc.
Attn: Pres./CEO/Reg. Agent
188 Jeffersons Street, No. 111
Newark, NJ 07105

CCBRM Multimodal Transport Operators Inc.
Attn: President/CEO/Reg. Agent
188 Jefferson Street, No. 111
Newark, NJ 07105

Central Jersey Construction Co. Inc.
Attn: Peter Gianetti
1225 Us Highway 206
Bedminster, NJ 07921

Certified Solutions
on behalf of Overlook Hospital
PO Box 1750
Whitehouse Station, NJ 08889

Commercial Collections of America, LLC
Attn: Pres./CEO/Reg. Agent
1559 Spinnaker Dr., Ste 205
Ventura, CA 93001

ConServe Continental Service Group, LLC
200 CrossKeys Office Park
Fairport, NY 14450

Continental Service Group, LLC
Attn: Pres./CEO/Reg. Agent
200 Cross Keys Office Park
Fairport, NY 14450

Corporate Debt Advisors, LLC
Attn: Pres./CEO/Reg. Agent
1903 S Congress Ave, Suite 150
Boynton Beach, FL 33426

Credit Corp Solutions
121 W Election Rd Ste 20
Draper, UT 84020

Credit One Bank, N.A.
Attn: Pres./CEO/Reg. Agent
6801 S. Cimarron Rd
Las Vegas, NV 89113

DiFrancesco, Bateman, Kunzman, Davis, Leher &
Attn: V. Anthony Digirolamo
15 Mountain Boulevard
Warren, NJ 07059

Elliot H Gourvitz
505 Morris Ave, Suite 102
Springfield, NJ 07081

Elliott Greenleaf, P.C.
Union Meeting Corporate Center V
925 Harvest Drive Suite 300
Blue Bell, PA 19422

Elliott Greenleaf, P.C., Attn: Brian Grady
Union Meeting Corporate Center V
925 Harvest Drive Suite 300
Blue Bell, PA 19422

Empire Recovery Solutions, LLC
Attn: Pres./CEO/Reg. Agent
10 W 37th St, Room 602
New York, NY 10018-7473

First Bank & Trust/Mercury Financial
Attn: Pres./CEO/Reg. Agent
2220 6th St
Brookings, SD 57006

First Insurance Funding Corp.
Attn: Pres./CEO/Reg. Agent
450 Skokie Blvd., Suite 1000
Northbrook, IL 60062

GM Financial
Attn: Pres./CEO/Reg. Agent
801 Cherry Street, Suite 3900
Fort Worth, TX 76102

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

JPMorgan Chase Card
301 N Walnut St, Floor 09
Wilmington, DE 19801

Kair Harbor Express, LLC
c/o Law Offices of Roger C. Hsu
175 South Lake Ave, Ste 210
Pasadena, CA 91101-2629

Law Office of Steven Zakharyayev
Attn: Steven Zakharyayev, Esq
10 W 37th Street, RM 602
New York, NY 10018

Liberty Funding LLC
Attn: Pres./CEO/Reg. Agent
700 ROCKAWAY TPKE 210
Lawrence, NY 11559

Liberty Funding, LLC
Attn: Pres./CEO/Reg. Agent
6501 Congress Avenue
Boca Raton, FL 33487

LVNV Funding LLC
Attn: Pres./CEO/Reg. Agent
55 Beattie Place
Greenville, SC 29601

LVNV Funding LLC
by Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Marlucia Rodrigues Pearsall
39 River Farm Lane
Far Hills, NJ 07931

Michael Axelrod
6312 Northern Blvd.
East Norwich, NY 11732

Michael Axelrod & Affiliated Companies
Attn: Michael Axelrod
400 Post Avenue, Suite 303
Westbury, NY 11590

Midland Credit Management
Attn: Pres./CEO/Reg. Agent
350 Camino De Le Reine, Suite 100
San Diego, CA 92108

Minnesota Department of Commerce
85 7th Place E. # 280
Saint Paul, MN 55101

MRS BPO, LLC
Attn: Pres./CEO/Reg. Agent
402 Lippincott Drive
Marlton, NJ 08053

Mundell, Odlum, & Haws, LLP
Attn: G. Brent Sims
650 East Hospitality Lane, Suite 470
San Bernardino, CA 92408

N Transit Holding Corp.
Attn: Pres./CEO/Reg. Agent
P.O. Box 1500
New York, NY 10028

Nolan Transportation Group
c/o Allen Matkins et. al., LLP, Attn: K.
865 South Figueroa Street, Ste 2800
Los Angeles, CA 90017-2795

Northpointe Bank
Attn: President/CEO/Officer of the Insti
5303 28th Court SE
Grand Rapids, MI 49546

Northpointe Bank
Attn: President/CEO/Officer of the Insti
3333 Deposit Drive NE
Grand Rapids, MI 49546

NYS Dept. Taxation & Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205

Optimum Communications, Inc.
Attn: Pres./CEO/Reg. Agent
1 Court Square West
Long Island City, NY 11101

PSE&G
Attn: Pres./CEO/Reg. Agent
80 Park Plaza
Newark, NJ 07102

Rauch-Milliken International, Inc.
Attn: Pres./CEO/Reg. Agent
4400 Trenton St.
Metairie, LA 70006

Reena Forst
345 Union Street
Hackensack, NJ 07601

Santander Bank, NA
Attn: Pres./CEO/Reg. Agent
75 State St.
Boston, MA 02109

State of New Jersey, Division of Taxation
Compliance and Enforcement Bankruptcy U
3 John Fitch Way, 5th Floor, Po box 245
Trenton, NJ 08695

Stephanie Napolitano
2438 Foster Court
Bellmore, NY 11710

Verizon Wireless
500 Technology Dr
Ste 599
Saint Charles, MO 63304

Vincent Napolitano
2438 Foster Court
Bellmore, NY 11710

Wells Fargo Card Services
Attn: Pres./CEO/Reg. Agent
420 Montgomery Street
San Francisco, CA 94104

United States Bankruptcy Court

District of New Jersey

In re:   Mark E. Pearsall

Case No.   26-11672

Chapter   11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   03/02/2026

/s/ Mark E. Pearsall

Signature of Debtor

Signature of Joint Debtor

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

New Jersey_____ District Of _New Jersey_____

**In re** Mark E. Pearsall

Case No. __26-11672_____

**Debtor**

Chapter _11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR   [Modified]

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept a retainer of. . . . . . . . . . . . . . . . . . . . . . $ 6,500.00_____

    Prior to the filing of this statement I have received a retainer of. . . . . . . . . . . . . . . $ 6,500.00_____

    Balance Due as of filing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 0.00_____

    The undersigned shall bill for representation at an hourly rate of . . . . . . . . . . . . . . .   Legal Assistants: $150
    Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the     Paralegal support: $195
    amount of the retainer.                                                              Law Clerks: $275
                                                                                         Associates: $395+
                                                                                         Partners: $575

2.  The source of the compensation paid to me was:

    [✔] Debtor        [ ] Other (specify)

3.  The source of compensation to be paid to me is:

    [✔] Debtor        [ ] Other (specify)

4.      [✔] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

        [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/25)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [List other services that counsel has agreed to provide]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

03/02/2026

*Date*

/s/ Diana Woody, 486812024

*Signature of Attorney*

Scura Wigfield, Heyer, Stevens & Cammarota I

*Name of law firm*

1599 Hamburg Turnpike
Wayne, NJ 07470