| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Reena Forst, Esq.<br>Law Office of Reena Forst<br>345 Union Street<br>Hackensack, New Jersey 07601<br>Telephone No.: 201-568-5689<br>Fax No.: 201-568-4479<br>E-mail: rforst@rflawfirm.com<br>Attorney(s) for Alan J. Wienhold | CASE NO. 26-11672 CMG<br><br><br><br>CHAPTER 11<br><br><br><br>Judge: Christine M. Gravelle |
| In Re:<br>Mark E. Pearsall a/k/a Mark Edward Pearsall<br><br><br>                Debtor(s) | |

NOTICE OF APPEARANCE

        Please take notice that in accordance with Fed R. Bankr. P. 9010(b), the undersigned enters an appearance in this case on behalf of Alan J. Wienhold.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

345 Union Street
Hackensack, New Jersey 07601

DOCUMENTS:
    ☒  All notices pursuant to Fed. R. Bankr. P. 2002
    ☒  All documents and pleadings of any natures

                                                    *Reena Forst*
                                                    Reena Forst, Esq.
                                                    Law Office of Reena Forst
                                                    345 Union Street
                                                    Hackensack, New Jersey
                                                    201-568-5889
                                                    FAX No. 201-568-4479
                                                    Attorney for Creditor