UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1 Harmon Meadow Blvd Ste 201,
Secaucus, NJ 07094
Tel.: 973-696-8391
Diana M. Woody, Esq.
Email: dwoody@scura.com
Proposed Counsel for Debtor, Mark E. Pearsall

**Order Filed on March 18, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Mark E. Pearsall,

Debtor.

Case No.: _____26-11672_____

Chapter: _____11_____

Judge: _____CMG_____

## ORDER AUTHORIZING RETENTION OF

Scura, Wigfield, Heyer, Stevens & Cammarota LLP

The relief set forth on the following page is **ORDERED**.

**DATED: March 18, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Scura, et al., LLP_____

as _____Counsel for Debtor_____, it is hereby ORDERED:

1.      The applicant is authorized to retain the above party in the professional capacity noted.

      The professional's address is:   Scura et al., LLP

                  1 Harmon Meadow Blvd Ste 201,

                  Secaucus, NJ 07094

2.      Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.      If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

      ☐  Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

      ☐  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.      The effective date of retention is the petition date.

*rev.8/1/15*

2