UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                    Bankr. Case No. 26-11672-CMG

Mark E. Pearsall                                                                          Chapter 11
        Debtor(s)


**REQUEST FOR NOTICE**


   Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

          Americredit Financial Services, Inc. dba GM Financial
          PO Box 183853
          Arlington, TX  76096


                                              By  /s/  Mandy Youngblood


                                                  Mandy Youngblood
                                                  PO Box 183853
                                                  Arlington, TX  76096
                                                  877-203-5538
                                                  877-259-6417
                                                  Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                          Bankr. Case No. 26-11672-CMG

Mark E. Pearsall                                                                    Chapter 11
     Debtor(s)


**Certificate of Service**

This Request for Notice was served electronically on the following individuals on March 9, 2026 :


Diana M Woody                                   US Trustee
1 Harmon Meadow Blvd                            U.S. Trustee
Ste 201                                         US Dept of Justice
Secaucus, NJ 07094                              Office of the US Trustee
                                                One Newark Center Ste 2100
                                                Newark, NJ 07102


By  /s/ Mandy Youngblood
       Mandy Youngblood

xxxxx36260 / 1128334