AMENDED

**Fill in this information to identify your case:**

Debtor 1   Mark E. Pearsall

First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  District of New Jersey

Case number   26-11672
(If known)

☑ Check if this is an
amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information   **12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

| Part 1: | Summarize Your Assets |
| --- | --- |

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* ......................................................  $1,950,000.00

   1b. Copy line 62, Total personal property, from *Schedule A/B* .............................................  $18,501.24

   1c. Copy line 63, Total of all property on *Schedule A/B* ......................................................  $1,968,501.24

| Part 2: | Summarize Your Liabilities |
| --- | --- |

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............  $278,399.91

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* .........................................  $205,444.78

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*...................................  + $708,768.82

   **Your total liabilities**   $1,192,613.51

| Part 3: | Summarize Your Income and Expenses |
| --- | --- |

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* .......................................  $10,797.71

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ...............................................  $19,296.14

AMENDED

Debtor 1  Mark Pearsall

First Name   Middle Name   Last Name

Case number (*if known*) 26-11672

## Part 4:   Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $ ___14,551.14___

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

|  | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 205,444.78 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 205,444.78 |

**Fill in this information to identify your case and this filing:**

Debtor 1      Mark E. Pearsall
              _____
              First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  District of New
Jersey

Case number   26-11672
(if know)

☑ Check if this is an
  amended filing

Official Form 106A/B
# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In |

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   ☐ No. Go to Part 2
   ☑ Yes. Where is the property?

1.1

39 River Farm Lane
_____
Street address, if available, or other description

Far Hills     NJ     07931
_____
City          State   ZIP Code

Somerset County
_____
County

**What is the property?** Check all that apply
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other_____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

22.95 of 24.45 acres qualified for farm-assessment for 2026 - approved by Township of Bernards

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $ 1,950,000.00 | $ 1,950,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

Tenancy by the Entireties
_____

☐ **Check if this is community property**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**..................................................................➤  | $ 1,950,000.00 |

| Part 2: | Describe Your Vehicles |

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   ☐ No
   ☑ Yes

Debtor 1 _____Mark E. Pearsall_____                                        Case number*(if known)* 26-11672 _____
      First Name     Middle Name     Last Name

---

3.1 Make: Nissan

Model: Altima

Year: 2009

Approximate mileage: 50,000

Other information:

Condition: Good

**Who has an interest in the property?** Check one

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

| **Current value of the entire property?** | **Current value of the portion you own?** |
|---|---|
| $ 3,975.00 | $ 3,975.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................➤   $3,975.00

| Part 3: | **Describe Your Personal and Household Items** |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** |
|---|---|

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe..........     Household items         Do not deduct secured claims or exemptions.

   $ 2,500.00

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe..........     Electronic Appliances

   $ 620.00

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe..........

   $ 0.00

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe..........

   $ 0.00

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe..........

    $ 0.00

Debtor 1     Mark E. Pearsall                                    Case number *(if known)* 26-11672
             First Name   Middle Name   Last Name

11. **Clothes**

   *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

   ☐ No
   ☑ Yes. Describe..........

   | Clothes, Shoes & Accessories |

   $ 1,300.00

12. **Jewelry**

   *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

   ☐ No
   ☑ Yes. Describe..........

   | Jewelry |

   $ 1,150.00

13. **Non-farm animals**

   *Examples:* Dogs, cats, birds, horses

   ☐ No
   ☑ Yes. Describe.........

   | 3 Dogs |

   $ 75.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**

   ☑ No
   ☐ Yes. Give specific information...

   $ 0.00

15. **Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here**............................................................➤   $ 5,645.00

| Part 4: | **Describe Your Financial Assets** |

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

16. **Cash**

   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☐ No
   ☑ Yes...................................................................................................   Cash ........................   $ 15.00

17. **Deposits of money**

   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ☑ Yes.................          Institution name:

   | | Institution name | Value |
   |---|---|---|
   | 17.1. Checking account: | Chase Bank - 8825 | $ 0.00 |
   | 17.2. Checking account: | Santander - 9283 (Joint) | $ 170.07 |
   | 17.3. Checking account: | Chase Bank - 5781 (Joint) | $ 0.00 |
   | 17.4. Savings account: | Garden Savings Federal Credit Union - 6200 (Savings Account) | $ 15.19 |
   | 17.5. Savings account: | Chase Bank, N.A. - 6885 (Joint) | $ 10.00 |

Debtor 1    Mark E. Pearsall
_____First Name_____Middle Name_____Last Name_____    Case number *(if known)* 26-11672

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes.................    Institution or issuer name:

|  |  |
|---|---|
| E-Trade - 9201 | $ 29.86 |
| Morgan Stanley At Work Stock Plan Account - unvested | $ 0.00 |

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them...........

| Name of entity: | % of ownership: | |
|---|---|---|
| N Transit Holding Corp. (No Assets, Not Active) | 100 % | $ 0.00 |
| CCBRM LLC | 100 % | $ 0.00 |
| CCBRM Multimodal Transport Operators Inc. | 100 % | $ 0.00 |
| Salanity Holding Corp. (No Assets, Not Active) | 100 % | $ 0.00 |
| Energyn Ventures LLC (No Assets, Not Active) | 100 % | $ 0.00 |
| MJ Import Export, Inc. (No Assets, Not Active) | 100 % | $ 0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........    Issuer name:

$ _____

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately

| Type of account: | Institution name: | Value: |
|---|---|---|
| 401(k) or similar plan: | Voya Financial 401(k) | $ 7,885.12 |
| Pension plan: | | $ 0.00 |
| IRA: | | $ 0.00 |
| Retirement account: | | $ 0.00 |
| Keogh: | | $ 0.00 |
| Additional account: | | $ 0.00 |
| Additional account: | | $ 0.00 |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes...

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

Debtor 1     Mark E. Pearsall     Case number *(if known)* 26-11672
     First Name    Middle Name    Last Name

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

Federal: $ 0.00
State: $ 0.00
Local: $ 0.00

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information....

Alimony: $ 0.00
Maintenance: $ 0.00
Support: $ 0.00
Divorce settlement: $ 0.00
Property settlement: $ 0.00

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information....

31. **Interests in insurance policies**

☐ No
☑ Yes. Name the insurance company of each policy and list its value....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| State Farm Life Insurance (Term) -6136 | Marlucia Pearsall and Children | $ 0.00 |
| State Farm Life Insurance (Whole) -0732 | Bethany Pearsall | $ 756.00 |

32. **Any interest in property that is due you from someone who has died**

☑ No
☐ Yes. Give specific information....

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☑ No
☐ Yes. Give specific information....

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Give specific information....

Debtor 1  ___Mark___ _E._ ___Pearsall___        Case number *(if known)* 26-11672
          First Name   Middle Name   Last Name

35. **Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information...

36. **Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**..................................................................➤  | $ 8,881.24

| Part 5: | **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.** |

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe...

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe...

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe...

41. **Inventory**

☑ No
☐ Yes. Describe...

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe...

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.**Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information...

45. **Add the dollar value of the portion you own for all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**..................................................................➤  | $ 0.00

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes...

48. **Crops—either growing or harvested**

☑ No
☐ Yes. Give specific information...

Debtor 1   Mark E. Pearsall
First Name   Middle Name   Last Name

Case number *(if known)* 26-11672

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes...

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes...

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific information...

52. **Add the dollar value of the portion you own for all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**................................................................................➤ | $ 0.00

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information...

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...............................................➤ | $ 0.00

| Part 8: | **List the Totals of Each Part of this Form** |

55. **Part 1: Total real estate, line 2**................................................................................................➤ | $ 1,950,000.00

56. **Part 2: Total vehicles, line 5** | $ 3,975.00

57. **Part 3: Total personal and household items, line 15** | $ 5,645.00

58. **Part 4: Total financial assets, line 36** | $ 8,881.24

59. **Part 5: Total business-related property, line 45** | $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52** | $ 0.00

61. **Part 7: Total other property not listed, line 54** | + $ 0.00

62. **Total personal property. Add lines 56 through 61** ................... | $ 18,501.24 | Copy personal property total ➤ | + $ 18,501.24

63. **Total of all property on Schedule A/B. Add line 55 + line 62** | $ 1,968,501.24

page 7 of 7

**Fill in this information to identify your case:**

Debtor 1    Mark E. Pearsall
_____
             First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  District of New Jersey

Case number   26-11672
(if know)

☑ Check if this is an
amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).**

| Part 1: | List All of Your PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims against you?**

☐ **No. Go to Part 2.**
☑ **Yes.**

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
| --- | --- | --- | --- | --- |
| 2.1 Internal Revenue Service<br>Priority Creditor's Name<br><br>P.O. Box 7346<br>Number    Street<br>Philadelphia PA    19101<br><br>City    State    ZIP Code<br>**Who owes the debt?** Check one.<br>☐ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☑ At least one of the debtors and another<br>☐ **Check if this claim relates to a community debt**<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **Last 4 digits of account number**  4081<br>**When was the debt incurred?** 2023-2024<br><br>**As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Type of PRIORITY unsecured claim:**<br>☐ Domestic support obligations<br>☑ Taxes and certain other debts you owe the government<br>☐ Claims for death or personal injury while you were intoxicated<br>☐ Other. Specify | $ 157,000.00 | $ 157,000.00 | $ 0.00 |

Debtor    Mark E. Pearsall      Case 26-11672-CMG    Doc 33    Filed 03/20/26    Entered 03/20/26 17:35:10   Desc Main
First Name   Middle Name   Last Name              Case number (if known)   26-11672    AMENDED

Document     Page 11 of 29

## 2.2

NYS Dept. Taxation & Finance
Priority Creditor's Name

Bankruptcy/Special Procedures Section
Number    Street

P.O. Box 5300

Albany NY    12205
City     State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?** 2024

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

$ 1,028.72    $ 945.71    $ 83.01

## 2.3

State of New Jersey, Division of Taxation
Priority Creditor's Name

Compliance and Enforcement Bankruptcy Unit
Number    Street

3 John Fitch Way, 5th Floor, Po box 245

Trenton NJ    08695
City     State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?** 2023-2024

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

$ 47,416.06    $ 47,416.06    $ 0.00

## 2.4

Township of Bernards, Tax Collector
Priority Creditor's Name

Attn: Kevin Sant'Angelo
Number    Street

Administration Building One Collyer Lane

Basking Ridge NJ    07920
City     State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of PRIORITY unsecured claim:**
- [ ] Domestic support obligations
- [x] Taxes and certain other debts you owe the government
- [ ] Claims for death or personal injury while you were intoxicated
- [ ] Other. Specify

$ Unknown    $ Unknown    $ Unknown

---

**Part 2:**    **List All of Your NONPRIORITY Unsecured Claims**

3. **Do any creditors have nonpriority unsecured claims against you?**
- [ ] **No. You have nothing else to report in this part. Submit to the court with your other schedules.**
- [x] **Yes. Fill in all of the information below.**

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one

---

Debtor  Mark E. Pearsall
First Name  Middle Name  Last Name

Case 26-11672-CMG  Doc 33  Filed 03/20/26  Entered 03/20/26 17:35:10  Desc Main
Document  Page 12 of 29

Case number (if known) 26-11672

AMENDED

nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

### 4.1

Accem Warehouse, Inc.
Nonpriority Creditor's Name

8 Peach Tree Hill Road
Number    Street

Bayonne NJ    07002
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

$ 25,000.00

### 4.2

Austin Capital Bank
Nonpriority Creditor's Name

Attn: Denae Reeves
Number    Street

8100 Shoal Creek Blvd, Suite 100

Austin TX    78757-8041
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** 04-26-2022

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card Debt

$ Unknown

### 4.3

Bluevine Capital Inc.
Nonpriority Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number    Street

401 Warren St

Redwood City CA    94063-1536
City    State    ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Monies Loaned / Advanced

$ 67,228.00

| 4.4 | Capital One | Last 4 digits of account number  1205 | $ 6,527.73 |
|---|---|---|---|

**Capital One**
Nonpriority Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number    Street

1680 Capital One Dr

McLean VA    22102
City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number  1205**

**When was the debt incurred?**  03-27-2011

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  Credit Card Debt

---

| 4.5 | Capital One | Last 4 digits of account number  0610 | $ 4,587.00 |
|---|---|---|---|

**Capital One**
Nonpriority Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number    Street

1680 Capital One Dr

McLean VA    22102
City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number  0610**

**When was the debt incurred?**  01-02-2016

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  Credit Card Debt

---

| 4.6 | Capital One, N.A. | Last 4 digits of account number  6093 | $ 11,044.27 |
|---|---|---|---|

**Capital One, N.A.**
Nonpriority Creditor's Name

by AIS InfoSource LP as agent
Number    Street

4515 N Santa Fe Ave

Oklahoma City OK    73118
City    State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number  6093**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  Credit Card Debt

| 4.7 | Central Jersey Construction Co. Inc. | **Last 4 digits of account number** _____ | $ 24,696.95 |
| | Nonpriority Creditor's Name | **When was the debt incurred?** _____ | |

Attn: Peter Gianetti

Number   Street

1225 Us Highway 206

Bedminster NJ    07921

City          State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

---

| 4.8 | Certified Solutions | **Last 4 digits of account number** _____ | $ 1,429.48 |
| | Nonpriority Creditor's Name | **When was the debt incurred?** _____ | |

on behalf of Overlook Hospital

Number   Street

PO Box 1750

Whitehouse Station NJ    08889

City          State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Overlook Hospital

---

| 4.9 | ConServe Continental Service Group, LLC | **Last 4 digits of account number** 3286 | $ 4,000.00 |
| | Nonpriority Creditor's Name | **When was the debt incurred?** _____ | |

200 CrossKeys Office Park

Number   Street

Fairport NY    14450

City          State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

**4.10** | Corporate Debt Advisors, LLC
Nonpriority Creditor's Name
Attn: Pres./CEO/Reg. Agent
Number    Street
1903 S Congress Ave, Suite 150

Boynton Beach FL    33426
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Debt Counseling / Attorneys

$ 1,243.68

---

**4.11** | Credit Corp Solutions
Nonpriority Creditor's Name
121 W Election Rd Ste 20
Number    Street
Draper UT    84020
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  4118
**When was the debt incurred?** 08-21-2025

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 781.36

---

**4.12** | Credit One Bank, N.A.
Nonpriority Creditor's Name
Attn: Pres./CEO/Reg. Agent
Number    Street
6801 S. Cimarron Rd

Las Vegas NV    89113
City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**  6451
**When was the debt incurred?** 10-20-2021

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 329.00

---

**4.13**

Credit One Bank, N.A.
Nonpriority Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number    Street

6801 S. Cimarron Rd

Las Vegas NV        89113
City        State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**  4118

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

$ 941.00

---

**4.14**

DiFrancesco, Bateman, Kunzman, Davis, Leher
Nonpriority Creditor's Name

& Flaum, P.C.

Attn: V. Anthony Digirolamo
Number    Street

15 Mountain Boulevard

Warren NJ        07059
City        State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?** 11/18/2020

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Legal Services

$ 1,289.00

---

**4.15**

Elliott Greenleaf, P.C., Attn: Brian Grady
Nonpriority Creditor's Name

Union Meeting Corporate Center V
Number    Street

925 Harvest Drive Suite 300

Blue Bell PA        19422
City        State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Legal Services not on behalf of individual

$ 0.00

---

Debtor    Mark E. Pearsall
          _____
          First Name   Middle Name   Last Name

Case number (if known) 26-11672        **AMENDED**

---

**4.16**

First Bank & Trust/Mercury Financial
_____
Nonpriority Creditor's Name

Attn: Pres./CEO/Reg. Agent
_____
Number    Street

2220 6th St
_____

Brookings SD     57006
_____
City        State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 6967

**When was the debt incurred?** 12-22-2015

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

$ 4,853.00

---

**4.17**

First Insurance Funding Corp.
_____
Nonpriority Creditor's Name

Attn: Pres./CEO/Reg. Agent
_____
Number    Street

450 Skokie Blvd., Suite 1000
_____

Northbrook IL     60062
_____
City        State    ZIP Code

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 4,569.58

---

**4.18**

GM Financial
_____
Nonpriority Creditor's Name

Attn: Pres./CEO/Reg. Agent
_____
Number    Street

801 Cherry Street, Suite 3900
_____

Fort Worth TX     76102
_____
City        State    ZIP Code

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 6260

**When was the debt incurred?** 06-21-2023

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Monies Loaned / Advanced

$ 55,786.00

---

Debtor  Mark E. Pearsall
First Name   Middle Name   Last Name

Case 26-11672-CMG   Doc 33   Filed 03/20/26   Entered 03/20/26 17:35:10   Desc Main
Case number (if known) 26-11672

AMENDED

Document   Page 18 of 29

| 4.19 | JPMorgan Chase Card | | | |
|---|---|---|---|---|

**4.19**

JPMorgan Chase Card
Nonpriority Creditor's Name

301 N Walnut St, Floor 09
Number   Street

Wilmington DE   19801
City   State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 9731
**When was the debt incurred?** 01-19-2016

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 5,504.63

---

**4.20**

Kair Harbor Express, LLC
Nonpriority Creditor's Name

c/o Law Offices of Roger C. Hsu
Number   Street

175 South Lake Ave, Ste 210

Pasadena CA   91101-2629
City   State   ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  No Claims against Individual Debtor

$ 0.00

---

**4.21**

Liberty Funding, LLC
Nonpriority Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number   Street

6501 Congress Avenue

Boca Raton FL   33487
City   State   ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Monies Loaned / Advanced

$ 402,729.00

**4.22**

LVNV Funding LLC
_Nonpriority Creditor's Name_

Attn: Pres./CEO/Reg. Agent
_Number    Street_

55 Beattie Place

Greenville SC    29601
_City        State    ZIP Code_

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** 5647

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Purchased from Resurgent; OG CreditOne

$ 1,026.00

---

**4.23**

Michael Axelrod
_Nonpriority Creditor's Name_

6312 Northern Blvd.
_Number    Street_

East Norwich NY    11732
_City        State    ZIP Code_

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

$ 70,314.00

---

**4.24**

Mundell, Odlum, & Haws, LLP
_Nonpriority Creditor's Name_

Attn: G. Brent Sims
_Number    Street_

650 East Hospitality Lane, Suite 470

San Bernardino CA    92408
_City        State    ZIP Code_

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Legal srvcs on behalf of entities and individual

$ Unknown

---

| 4.25 | Nolan Transportation Group | Last 4 digits of account number ___ ___ ___ ___ | $ 0.00 |

**Nonpriority Creditor's Name**

c/o Allen Matkins et. al., LLP, Attn: K.
Number    Street

865 South Figueroa Street, Ste 2800

Los Angeles CA    90017-2795
City    State    ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  No Claims against Individual Debtor

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| 4.26 | Optimum Communications, Inc. | Last 4 digits of account number ___ ___ ___ ___ | $ 997.39 |

**Nonpriority Creditor's Name**

Attn: Pres./CEO/Reg. Agent
Number    Street

1 Court Square West

Long Island City NY    11101
City    State    ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Telephone / Internet services

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| 4.27 | PSE&G | Last 4 digits of account number ___ ___ ___ ___ | $ 318.95 |

**Nonpriority Creditor's Name**

Attn: Pres./CEO/Reg. Agent
Number    Street

80 Park Plaza

Newark NJ    07102
City    State    ZIP Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Utility Services

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**4.28**

Rauch-Milliken International, Inc.
Nonpriority Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number    Street

4400 Trenton St.

Metairie LA    70006
City        State    ZIP Code

**Who owes the debt?** Check one.

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Monies Loaned / Advanced

$ 4,569.58

---

**4.29**

Santander Bank, NA
Nonpriority Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number    Street

75 State St.

Boston MA    02109
City        State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**  0336

**When was the debt incurred?** 06-17-2016

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 1,115.00

---

**4.30**

Verizon Wireless
Nonpriority Creditor's Name

500 Technology Dr
Number    Street

Ste 599

Saint Charles MO    63304
City        State    ZIP Code

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 862.22

---

**4.31**

Wells Fargo Card Services
_Nonpriority Creditor's Name_

Attn: Pres./CEO/Reg. Agent
_Number    Street_

420 Montgomery Street

San Francisco CA    94104
_City            State    ZIP Code_

**Who owes the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** 6063

**When was the debt incurred?** 07-09-2024

**As of the date you file, the claim is:** Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 7,026.00

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Commercial Collections of America, LLC
_Creditor's Name_

Attn: Pres./CEO/Reg. Agent
_Number    Street_

1559 Spinnaker Dr., Ste 205

Ventura CA    93001
_City        State    ZIP Code_

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.3 of (Check one):

- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured

**Last 4 digits of account number**

---

Continental Service Group, LLC
_Creditor's Name_

Attn: Pres./CEO/Reg. Agent
_Number    Street_

200 Cross Keys Office Park

Fairport NY    14450
_City        State    ZIP Code_

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 2.1 of (Check one):

- [x] Part 1: Creditors with Priority Unsecured Claims
- [ ] Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

---

Elliott Greenleaf, P.C.
_Creditor's Name_

Union Meeting Corporate Center V
_Number    Street_

925 Harvest Drive Suite 300

Blue Bell PA    19422
_City        State    ZIP Code_

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.24 of (Check one):

- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

---

Empire Recovery Solutions, LLC
_Creditor's Name_

Attn: Pres./CEO/Reg. Agent
_Number    Street_

10 W 37th St, Room 602

New York NY    10018-7473
_City        State    ZIP Code_

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.21 of (Check one):

- [ ] Part 1: Creditors with Priority Unsecured Claims
- [x] Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

LVNV Funding LLC
Creditor's Name

by Resurgent Capital Services
Number    Street

PO Box 10587

Greenville SC    29603-0587
City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.22 of *(Check one)*:    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number** 5647

---

Law Office of Steven Zakharyayev
Creditor's Name

Attn: Steven Zakharyayev, Esq
Number    Street

10 W 37th Street, RM 602

New York NY    10018
City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.21 of *(Check one)*:    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number** MID-

---

Liberty Funding LLC
Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number    Street

700 ROCKAWAY TPKE 210

Lawrence NY    11559
City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.21 of *(Check one)*:    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

---

MRS BPO, LLC
Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number    Street

402 Lippincott Drive

Marlton NJ    08053
City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.19 of *(Check one)*:    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

---

Michael Axelrod & Affiliated Companies
Creditor's Name

Attn: Michael Axelrod
Number    Street

400 Post Avenue, Suite 303

Westbury NY    11590
City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.23 of *(Check one)*:    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

---

Midland Credit Management
Creditor's Name

Attn: Pres./CEO/Reg. Agent
Number    Street

350 Camino De Le Reine, Suite 100

San Diego CA    92108
City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.5 of *(Check one)*:    ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

---

Minnesota Department of Commerce
Creditor's Name

85 7th Place E. # 280
Number    Street

Saint Paul MN    55101
City        State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** 4.28 of *(Check one)*:    ☐ Part 1: Creditors with Priority Unsecured Claims
                                   ☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number**

---

Rauch-Milliken International, Inc.
_____
Creditor's Name

Attn: Pres./CEO/Reg. Agent
_____
Number    Street

4400 Trenton St.
_____

Metairie LA    70006
_____
City    State    ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

**Line** <u>4.17</u> of *(Check one)*:    ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured

Claims

**Last 4 digits of account number** ____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ 0.00 |
|  | 6b. **Taxes and certain other debts you owe the government** | 6b. $ 205,444.78 |
|  | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
|  | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ 0.00 |
|  | 6e. **Total.** Add lines 6a through 6d. | 6e. $ 205,444.78 |

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ 0.00 |
|  | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
|  | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
|  | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ 708,768.82 |
|  | 6j. **Total.** Add lines 6f through 6i. | 6j. $ 708,768.82 |

AMENDED

**Fill in this information to identify your case:**

Debtor 1     Mark E. Pearsall
             _____
             First Name              Middle Name              Last Name

Debtor 2     _____
(Spouse, if filing)  First Name       Middle Name              Last Name

United States Bankruptcy Court for the  District of New Jersey

Case number   26-11672_____
(If known)

☑ Check if this is an
  amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

|  | Sign Below |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.   Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and*
         *Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✖ /s/ Mark E. Pearsall                          ✖ _____
Signature of Debtor 1                              Signature of Debtor 2

Date 03/20/2026_____                          Date _____
    MM / DD  /  YYYY                                  MM / DD  /  YYYY

Official Form 106Dec                **Declaration About an Individual Debtor's Schedules**

Accem Warehouse, Inc.
8 Peach Tree Hill Road
Bayonne, NJ 07002

Alan J. Wienhold
1823 Cypress Point Court
Ann Arbor, MI 48108

Austin Capital Bank
Attn: Denae Reeves
8100 Shoal Creek Blvd, Suite 100
Austin, TX 78757-8041

Bluevine Capital Inc.
Attn: Pres./CEO/Reg. Agent
401 Warren St
Redwood City, CA 94063-1536

Capital One
Attn: Pres./CEO/Reg. Agent
1680 Capital One Dr
McLean, VA 22102

Capital One, N.A.
by AIS InfoSource LP as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118

Cara M Calzolano
900 Autumn Park Blvd
Apt 302
Medford, NJ 08055

CCBRM LLC
Attn: Pres/CEO/Reg. Agent
188 Jeffersons Street, No. 111
Newark, NJ 07105

CCBRM LLC
Attn: Pres/CEO/Reg. Agent
188 Jefferson Street, No. 111
Newark, NJ 07105

CCBRM Multimodal Transport Operators Inc.
Attn: Pres./CEO/Reg. Agent
188 Jefferson St, No. 111
Newark, NJ 07105

CCBRM Multimodal Transport Operators Inc.
Attn: Pres./CEO/Reg. Agent
188 Jeffersons Street, No. 111
Newark, NJ 07105

CCBRM Multimodal Transport Operators Inc.
Attn: President/CEO/Reg. Agent
188 Jefferson Street, No. 111
Newark, NJ 07105

Central Jersey Construction Co. Inc.
Attn: Peter Gianetti
1225 Us Highway 206
Bedminster, NJ 07921

Certified Solutions
on behalf of Overlook Hospital
PO Box 1750
Whitehouse Station, NJ 08889

Commercial Collections of America, LLC
Attn: Pres./CEO/Reg. Agent
1559 Spinnaker Dr., Ste 205
Ventura, CA 93001

ConServe Continental Service Group, LLC
200 CrossKeys Office Park
Fairport, NY 14450

Continental Service Group, LLC
Attn: Pres./CEO/Reg. Agent
200 Cross Keys Office Park
Fairport, NY 14450

Corporate Debt Advisors, LLC
Attn: Pres./CEO/Reg. Agent
1903 S Congress Ave, Suite 150
Boynton Beach, FL 33426

Credit Corp Solutions
121 W Election Rd Ste 20
Draper, UT 84020

Credit One Bank, N.A.
Attn: Pres./CEO/Reg. Agent
6801 S. Cimarron Rd
Las Vegas, NV 89113

DiFrancesco, Bateman, Kunzman, Davis, Leher &
Attn: V. Anthony Digirolamo
15 Mountain Boulevard
Warren, NJ 07059

Elliot H Gourvitz
505 Morris Ave, Suite 102
Springfield, NJ 07081

Elliott Greenleaf, P.C.
Union Meeting Corporate Center V
925 Harvest Drive Suite 300
Blue Bell, PA 19422

Elliott Greenleaf, P.C., Attn: Brian Grady
Union Meeting Corporate Center V
925 Harvest Drive Suite 300
Blue Bell, PA 19422

Empire Recovery Solutions, LLC
Attn: Pres./CEO/Reg. Agent
10 W 37th St, Room 602
New York, NY 10018-7473

First Bank & Trust/Mercury Financial
Attn: Pres./CEO/Reg. Agent
2220 6th St
Brookings, SD 57006

First Insurance Funding Corp.
Attn: Pres./CEO/Reg. Agent
450 Skokie Blvd., Suite 1000
Northbrook, IL 60062

GM Financial
Attn: Pres./CEO/Reg. Agent
801 Cherry Street, Suite 3900
Fort Worth, TX 76102

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

JPMorgan Chase Card
301 N Walnut St, Floor 09
Wilmington, DE 19801

Kair Harbor Express, LLC
c/o Law Offices of Roger C. Hsu
175 South Lake Ave, Ste 210
Pasadena, CA 91101-2629

Law Office of Steven Zakharyayev
Attn: Steven Zakharyayev, Esq
10 W 37th Street, RM 602
New York, NY 10018

Liberty Funding LLC
Attn: Pres./CEO/Reg. Agent
700 ROCKAWAY TPKE 210
Lawrence, NY 11559

Liberty Funding, LLC
Attn: Pres./CEO/Reg. Agent
6501 Congress Avenue
Boca Raton, FL 33487

LVNV Funding LLC
Attn: Pres./CEO/Reg. Agent
55 Beattie Place
Greenville, SC 29601

LVNV Funding LLC
by Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Marlucia Rodrigues Pearsall
39 River Farm Lane
Far Hills, NJ 07931

Michael Axelrod
6312 Northern Blvd.
East Norwich, NY 11732

Michael Axelrod & Affiliated Companies
Attn: Michael Axelrod
400 Post Avenue, Suite 303
Westbury, NY 11590

Midland Credit Management
Attn: Pres./CEO/Reg. Agent
350 Camino De Le Reine, Suite 100
San Diego, CA 92108

Minnesota Department of Commerce
85 7th Place E. # 280
Saint Paul, MN 55101

MRS BPO, LLC
Attn: Pres./CEO/Reg. Agent
402 Lippincott Drive
Marlton, NJ 08053

Mundell, Odlum, & Haws, LLP
Attn: G. Brent Sims
650 East Hospitality Lane, Suite 470
San Bernardino, CA 92408

N Transit Holding Corp.
Attn: Pres./CEO/Reg. Agent
P.O. Box 1500
New York, NY 10028

Nolan Transportation Group
c/o Allen Matkins et. al., LLP, Attn: K.
865 South Figueroa Street, Ste 2800
Los Angeles, CA 90017-2795

Northpointe Bank
Attn: President/CEO/Officer of the Insti
5303 28th Court SE
Grand Rapids, MI 49546

Northpointe Bank
Attn: President/CEO/Officer of the Insti
3333 Deposit Drive NE
Grand Rapids, MI 49546

NYS Dept. Taxation & Finance
Bankruptcy/Special Procedures Section
P.O. Box 5300
Albany, NY 12205

Optimum Communications, Inc.
Attn: Pres./CEO/Reg. Agent
1 Court Square West
Long Island City, NY 11101

PSE&G
Attn: Pres./CEO/Reg. Agent
80 Park Plaza
Newark, NJ 07102

Rauch-Milliken International, Inc.
Attn: Pres./CEO/Reg. Agent
4400 Trenton St.
Metairie, LA 70006

Reena Forst
345 Union Street
Hackensack, NJ 07601

Santander Bank, NA
Attn: Pres./CEO/Reg. Agent
75 State St.
Boston, MA 02109

State of New Jersey, Division of Taxation
Compliance and Enforcement Bankruptcy U
3 John Fitch Way, 5th Floor, Po box 245
Trenton, NJ 08695

Stephanie Napolitano
2438 Foster Court
Bellmore, NY 11710

Township of Bernards, Tax Collector
Attn: Kevin Sant'Angelo
Administration Building One Collyer Lane
Basking Ridge, NJ 07920

Verizon Wireless
500 Technology Dr
Ste 599
Saint Charles, MO 63304

Vincent Napolitano
2438 Foster Court
Bellmore, NY 11710

Wells Fargo Card Services
Attn: Pres./CEO/Reg. Agent
420 Montgomery Street
San Francisco, CA 94104

United States Bankruptcy Court

District of New Jersey

In re:   Mark E. Pearsall

Case No.  26-11672

Chapter   11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  _____03/20/2026_____

/s/ Mark E. Pearsall
_____
Signature of Debtor

_____
Signature of Joint Debtor