Township of Bernards, Tax Collector
Attn: Kevin Sant'Angelo
Administration Building One Collyer Lane
Basking Ridge, NJ 07920