UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1 Harmon Meadow Blvd Ste 201,
Secaucus, NJ 07094
Tel.: 973-696-8391
Diana M. Woody, Esq.
Email: dwoody@scura.com
Proposed Counsel for Debtor, Mark E. Pearsall

Order Filed on March 18, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | | Case No.: | 26-11672 |
|--------|--|-----------|----------|
| Mark E. Pearsall, | | Chapter: | 11 |
| | Debtor. | Judge: | CMG |

## ORDER AUTHORIZING RETENTION OF

Scura, Wigfield, Heyer, Stevens & Cammarota LLP

The relief set forth on the following page is **ORDERED**.

**DATED: March 18, 2026**

_Christine M. Gravelle_

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____ Scura, et al., LLP _____

as _____ Counsel for Debtor _____ , it is hereby ORDERED:

1.   The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is: Scura et al., LLP _____

   1 Harmon Meadow Blvd Ste 201, _____

   Secaucus, NJ 07094 _____

2.   Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3.   If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐  Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐  Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4.   The effective date of retention is the petition date.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                    Case No. 26-11672-CMG

Mark E. Pearsall                                                                                          Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 18, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2026:**

**Recip ID**            **Recipient Name and Address**
db               + Mark E. Pearsall, 39 River Farm Lane, Far Hills, NJ 07931-5508

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2026              Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Stevens | on behalf of Debtor Mark E. Pearsall dstevens@scura.com<br>dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;ralrehaili@scura.com;MOuesla |
| Denise E. Carlon | on behalf of Creditor Northpointe Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Diana M Woody | on behalf of Debtor Mark E. Pearsall dwoody@scura.com<br>ecfbkfilings@scuramealey.com;dstevens@scura.com;jromero@scura.com;dhock@scura.com;pevangelista@scura.com;asoto@scura.com;spereyra@scura.com;vmajano@scura.com;ralrehaili@scura.com;amurphy@scura.com |
| Rachel Wolf | on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov |
| Reena Forst | |

District/off: 0312-3           User: admin           Page 2 of 2

Date Rcvd: Mar 18, 2026        Form ID: pdf903        Total Noticed: 1

on behalf of Creditor Alan J Wienhold rforst@rflawfirm.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6