UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP.
1 Harmon Meadow Blvd Ste 201
Secaucus, NJ 07094
Tel.: 973-696-8391
Diana M. Woody, Esq.
Email: dwoody@scura.com
Counsel for Debtor, Mark E. Pearsall

| In Re:<br><br>Mark E. Pearsall,<br><br><div align=right>Debtor.</div> | Case No.: _____26-11672_____<br><br>Chapter: _____11_____<br><br>Hearing Date: _____<br><br>Judge: _____CMG_____ |
|---|---|

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: Dkt. No. 35 – 03/20/2026 Application For Retention of Professional Gino

Mallamaci, CPA as Tax Preparer

Date: March 25, 2026          /s/ Diana M. Woody
                              Signature Diana M. Woody, Esq.

*rev.8/1/15*