UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP.
1 Harmon Meadow Blvd Ste 201
Secaucus, NJ 07094
Tel.: 973-696-8391
Diana M. Woody, Esq.
Email: dwoody@scura.com
Counsel for Debtor, Mark E. Pearsall

In Re:

Mark E. Pearsall,

Debtor.

Case No.: _____26-11672_____

Chapter: _____11_____

Adv. No.: _____

Hearing Date: _____

Judge: _____CMG_____

## CERTIFICATION OF SERVICE

1.  I, _____Alexander Soto_____ :

☐  represent _____ in this matter.

☒  am the secretary/paralegal for _____Scura, et al., LLP_____, who represents

_____Debtor_____ in this matter.

☐  am the _____ in this case and am representing myself.

2.  On _____March 25, 2026_____, I sent a copy of the following pleadings and/or documents to

the parties listed in the chart below.

- Dkt. No. 33 - 03.20.2026 Amended Schedule(s)
- Dkt. No. 34 - 03.20.2026 Amendment to List of Creditors
- Dkt. No. 37 - 03.23.2026 Order Respecting Amendment to Schedule E/F & List of Creditors
- Dkt. No. 40 - 03.25.2026 Application for Retention of Professional Gino Mallamaci, CPA

3.  I certify under penalty of perjury that the above documents were sent using the mode of service

indicated.

Date:  _____March 25, 2026_____

/s/ Alexander Soto
_____
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Dist Dir of IRS<br>Insolvency Function<br>PO Box 724<br>Springfield, NJ 07081-0724 | Notice | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| U.S. Attorney<br>970 Broad St. Room 502<br>Rodino Federal Bldg.<br>Newark, NJ 07102-2534 | Notice | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| United States Trustee<br>Office of the United States Trustee<br>1085 Raymond Blvd.<br>One Newark Center Suite 2100<br>Newark, NJ 07102-5235 | Notice | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Accem Warehouse, Inc.<br>Attn: Pres./CEO/Reg. Agent<br>8 Peach Tree Hill Road<br>Livingston, NJ 07039 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Alan J. Wienhold<br>1823 Cypress Point Court<br>Ann Arbor, MI 48108-8543 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Rachel Wolf, Esq.<br>United States Department of Justice,<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | Counsel for US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Austin Capital Bank<br>Attn: Denae Reeves<br>8100 Shoal Creek Blvd, Suite 100<br>Austin, TX 78757-8041 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Americredit Financial Services, Inc.<br>dba GM Financial<br>Attn: Pres./CEO/Reg. Agent<br>PO Box 183853<br>Arlington, TX 76096 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Bluevine Capital Inc.<br>Attn: Pres./CEO/Reg. Agent<br>401 Warren Street<br>Redwood City, CA 94063-1536 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| CCBRM LLC<br>Attn: Pres/CEO/Reg. Agent<br>188 Jefferson Street, No. 111<br>Newark, NJ 07105 | Codebtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| CCBRM Multimodal Transport Operators Inc.<br>Attn: Pres./CEO/Reg. Agent<br>188 Jefferson St, No. 111<br>Newark, NJ 07105 | Codebtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Capital One<br>Attn: Pres./CEO/Officer of Institution<br>1680 Capital One Dr<br>McLean, VA 22102-3407 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Capital One, N.A.<br>by AIS InfoSource LP as agent<br>Attn: Pres./CEO/Officer of Institution<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| Cara M Calzolano<br>900 Autumn Park Blvd<br>Apt 302<br>Medford, NJ 08055-3031 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| Central Jersey Construction Co. Inc.<br>Attn: Peter Gianetti<br>1225 Us Highway 206<br>Bedminster, NJ 07921-2695 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |
| Certified Solutions<br>on behalf of Overlook Hospital<br>Attn: Pres./CEO/Reg. Agent<br>PO Box 1750<br>Whitehouse Station, NJ 08889-1750 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>    (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Commercial Collections of America, LLC<br>Attn: Pres./CEO/Reg. Agent<br>1559 Spinnaker Dr., Ste 205<br>Ventura, CA 93001-5303 | Notice | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Continental Service Group, LLC<br>Attn: Pres./CEO/Reg. Agent<br>200 Cross Keys Office Park<br>Fairport, NY 14450-3510 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Corporate Debt Advisors, LLC<br>Attn: Pres./CEO/Reg. Agent<br>1903 S Congress Ave, Suite 150<br>Boynton Beach, FL 33426-6571 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Credit Corp Solutions Inc<br>Attn: Pres./CEO/Reg. Agent<br>121 W Election Rd<br>Sandy, UT 84020-7766 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Credit One Bank, N.A.<br>Attn: Pres./CEO/Officer of Institution<br>6801 S. Cimarron Rd<br>Las Vegas, NV 89113-2273 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| DiFrancesco, Bateman, Kunzman, Davis, Leher<br>Attn: V. Anthony Digirolamo<br>15 Mountain Boulevard<br>Warren, NJ 07059-5611 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Elliot H Gourvitz<br>505 Morris Ave, Suite 102<br>Springfield, NJ 07081-1032 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Elliott Greenleaf, P.C.<br>Attn: Brian Grady<br>Union Meeting Corporate Center V<br>925 Harvest Drive Suite 300<br>Blue Bell, PA 19422 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Empire Recovery Solutions, LLC<br>Attn: Pres./CEO/Reg. Agent<br>10 W 37th St, Room 602<br>New York, NY 10018-7473 | Notice | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| First Bank & Trust/Mercury Financial<br>Attn: Pres./CEO/Reg. Agent<br>2220 6th St<br>Brookings, SD 57006-2403 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| First Insurance Funding<br>Attn: Pres./CEO/Reg. Agent<br>450 Skokie Blvd, Suite 1000<br>Northbrook, IL 60062-7917 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| GM Financial<br>Attn: Pres./CEO/Reg. Agent<br>801 Cherry Street, Suite 3900<br>Fort Worth, TX 76102-6839 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Internal Revenue Service<br>Attn: CEO/Officer of Agency<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| JPMorgan Chase Card<br>Attn: Pres./CEO/Reg. Agent<br>301 N Walnut St, Floor 09<br>Wilmington, DE 19801-3971 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Kair Harbor Express, LLC<br>c/o Law Offices of Roger C. Hsu<br>Attn: Pres./CEO/Reg. Agent<br>175 South Lake Ave, Ste 210<br>Pasadena, CA 91101-2629 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Resurgent Capital Services<br>Attn: Pres./CEO/Reg. Agent<br>PO Box 10587<br>Greenville, SC 29603-0587 | Notice | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| LVNV Funding LLC<br>Attn: Pres./CEO/Reg. Agent<br>55 Beattie Place<br>Greenville, SC 29601-2165 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Law Office of Steven Zakharyayev<br>Attn: Steven Zakharyayev, Esq<br>10 W 37th Street, RM 602<br>New York, NY 10018-7473 | Notice | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Liberty Funding LLC<br>Attn: Pres./CEO/Reg. Agent<br>700 ROCKAWAY,TPKE 210<br>Lawrence, NY 11559-1014 | Notice | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Liberty Funding, LLC<br>Attn: Pres./CEO/Reg. Agent<br>6501 Congress Avenue<br>Boca Raton, FL 33487-2840 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| MRS BPO, LLC<br>Attn: Pres./CEO/Reg. Agent<br>402 Lippincott Drive<br>Marlton, NJ 08053-4112 | Notice | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marlucia Rodrigues Pearsall<br>39 River Farm Lane<br>Far Hills, NJ 07931-5508 | Codebtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Michael Axelrod<br>6312 Northern Blvd.<br>East Norwich, NY 11732-1629 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Michael Axelrod & Affiliated Companies<br>Attn: Michael Axelrod<br>400 Post Avenue, Suite 303<br>Westbury, NY 11590-2226 | Notice | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Midland Credit Management<br>Attn: Pres./CEO/Reg. Agent<br>350 Camino De Le Reine, Suite 100<br>San Diego, CA 92108-3007 | Notice | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Minnesota Department of Commerce<br>Attn: Pres./CEO/Reg. Agent<br>85 7th Place E., Suite 280<br>Saint Paul, MN 55101-2143 | Notice | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Mundell, Odlum, & Haws, LLP<br>Attn: G. Brent Sims<br>650 East Hospitality Lane, Suite 470<br>San Bernardino, CA 92408-3595 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| N Transit Holding Corp.<br>Attn: Pres./CEO/Reg. Agent<br>P.O. Box 1500<br>New York, NY 10028-0049 | Codebtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| NYS Dept. Taxation & Finance<br>Bankruptcy/Special Procedures Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Nolan Transportation Group<br>c/o Allen Matkins et. al., LLP<br>Attn: Kevin Lloyd<br>865 South Figueroa Street, Ste 2800<br>Los Angeles, CA 90017-2795 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Northpointe Bank<br>Attn: Pres./CEO/Officer of Institution<br>3333 Deposit Drive NE<br>Grand Rapids, MI 49546-1467 | Notice | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Northpointe Bank<br>Attn: Pres./CEO/Officer of Institution<br>5303 28th Court SE<br>Grand Rapids, MI 49512 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Optimum Communications, Inc.<br>Attn: Pres./CEO/Reg. Agent<br>1 Court Square West<br>Long Island City, NY 11101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| PSE&G<br>Attn: Pres./CEO/Reg. Agent<br>80 Park Plaza<br>Newark, NJ 07102-4194 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Penske Truck Leasing Co., L.P.<br>Attn: Pres./CEO/Reg. Agent<br>PO Box 563<br>Reading, PA 19603-0563 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Rauch-Milliken International, Inc.<br>Attn: Pres./CEO/Reg. Agent<br>4400 Trenton St.<br>Metairie, LA 70006-6550 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Law Office of Reena Forst<br>Attn: Reena Forst, Esq.<br>345 Union Street<br>Hackensack, New Jersey | Counsel for Alan J. Wienhold | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Santander Bank, NA<br>Attn: Pres./CEO/Officer of Institution<br>75 State St.<br>Boston, MA 02109-1827 | Creditor | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| State of New Jersey, Division of Taxation<br>Compliance and Enforcement<br>Attn: Bankruptcy Unit<br>3 John Fitch Way, 5th Floor<br>PO Box 245<br>Trenton, NJ 08695 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Stephanie Napolitano<br>2438 Foster Court<br>Bellmore, NY 11710-2734 | Codebtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Vincent Napolitano<br>2438 Foster Court<br>Bellmore, NY 11710-2734 | Codebtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Verizon Wireless<br>Attn: Pres./CEO/Reg. Agent<br>500 Technology Dr<br>Ste 599<br>Saint Charles, MO 63304-2225 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Wells Fargo Card Services<br>Attn: Pres./CEO/Reg. Agent<br>420 Montgomery Street<br>San Francisco, CA 94104-1298 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Mark E. Pearsall<br>39 River Farm Lane<br>Far Hills, NJ 07931-5508 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Robertson, Anschutz, Schneid, Crane & Partners, PLLC<br>Attn: Pres./CEO/Reg. Agent<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Quantum3 Group LLC as agent for Credit Corp Solutions Inc<br>Attn: Pres./CEO/Reg. Agent<br>PO Box 788<br>Kirkland WA 98083-0788 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Midland Credit Management, Inc<br>Attn: Pres./CEO/Reg. Agent<br>Po Box 2037<br>Warren, MI 48090 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Elliott Greenleaf, P.C.<br>Attn: Deirdre M. Richards<br>1105 N. Market Street<br>Wilmington, DE 19801-1216 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Township of Bernards, Tax Collector Attn: Kevin Sant'Angelo Administration Building One Collyer Lane Basking Ridge, NJ 07920 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| KML Law Group, P.C. Attn: Matthew Fissel, Esq 701 Market Street, Suite 5000 Philadelphia, PA 19106 | Counsel for Northpointe Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Joseph H. Lemkin Esq. STARK & STARK P.O. Box 5315 Princeton NJ 08543-5315 | Counsel for Kair Harbor Express, LLC | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |