Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26–11672–CMG
Chapter:  11
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mark E. Pearsall
aka Mark Edward Pearsall
39 River Farm Lane
Far Hills, NJ 07931

Social Security No.:
  xxx–xx–4081

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on April 2, 2026, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 43 – 40
Order Granting Application to Employ Professional Gino Mallamaci, CPA as Tax Preparer (Related Doc # 40). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/2/2026. (rms)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 2, 2026
JAN: rms

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 26-11672-CMG |
| Mark E. Pearsall | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 02, 2026 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

**Recip ID              Recipient Name and Address**
op                        + Gino Mallamaci, 50 Route 9 North, Suite 306, Morganville, NJ 07751-1558

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID      Bypass Reason   Name and Address**
acc               *+                      Gino Mallamaci, 50 Route 9 North, Suite 306, Morganville, NJ 07751-1558

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David L. Stevens | |
| | on behalf of Debtor Mark E. Pearsall dstevens@scura.com |
| | dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;amohamed@scura.com;ralrehail |
| Diana M Woody | |
| | on behalf of Debtor Mark E. Pearsall dwoody@scura.com |
| | ecfbkfilings@scuramealey.com;dstevens@scura.com;jromero@scura.com;dhock@scura.com;pevangelista@scura.com;asoto@scura.com;spereyra@scura.com;vmajano@scura.com;amohamed@scura.com;ralrehaili@scura.com;amurphy |
| Joseph H. Lemkin | |
| | on behalf of Creditor Kair Harbor Express  LLC jlemkin@stark-stark.com |
| Matthew K. Fissel | |

District/off: 0312-3                                User: admin                                         Page 2 of 2

Date Rcvd: Apr 02, 2026                         Form ID: orderntc                               Total Noticed: 1

on behalf of Creditor Northpointe Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Rachel Wolf

on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov

Reena Forst

on behalf of Creditor Alan J Wienhold rforst@rflawfirm.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7