UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Scura, Wigfield, Heyer,
Stevens & Cammarota, LLP
1 Harmon Meadow Blvd Ste 201,
Secaucus, NJ 07094
Tel.: 973-696-8391
Diana M. Woody, Esq.
Email: dwoody@scura.com
Proposed Counsel for Debtor, Mark E. Pearsall

Order Filed on April 2, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Mark E. Pearsall,

                              Debtor.

Case No.: _____26-11672_____

Chapter: _____11_____

Judge: _____CMG_____

## ORDER AUTHORIZING RETENTION OF

_____Gino Mallamaci, CPA_____

The relief set forth on the following page is **ORDERED**.

**DATED: April 2, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Gino Mallamaci_____

as _____Tax Preparer_____, it is hereby ORDERED:

1.   The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is:   50 Route 9 North_____

   Suite 306_____

   Morganville, NJ 07751_____

2.   Compensation will be paid in such amounts as may be allowed by the Court on proper
   application(s).

3.   If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter
   13 case. Payment to the professional may only be made after satisfactory completion of
   services.

4.   The effective date of retention is the petition date.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 26-11672-CMG

Mark E. Pearsall                                                                      Chapter 11

         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                     User: admin                                        Page 1 of 2

Date Rcvd: Apr 02, 2026               Form ID: pdf903                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

**Recip ID              Recipient Name and Address**
db                    + Mark E. Pearsall, 39 River Farm Lane, Far Hills, NJ 07931-5508

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026                        Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| David L. Stevens | on behalf of Debtor Mark E. Pearsall dstevens@scura.com dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;dwoody@scura.com;asoto@scura.com;amohamed@scura.com;ralrehail |
| Diana M Woody | on behalf of Debtor Mark E. Pearsall dwoody@scura.com ecfbkfilings@scuramealey.com;dstevens@scura.com;jromero@scura.com;dhock@scura.com;pevangelista@scura.com;asoto@scura.com;spereyra@scura.com;vmajano@scura.com;amohamed@scura.com;ralrehaili@scura.com;amurphy |
| Joseph H. Lemkin | on behalf of Creditor Kair Harbor Express  LLC jlemkin@stark-stark.com |
| Matthew K. Fissel | on behalf of Creditor Northpointe Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| Rachel Wolf | on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov |

District/off: 0312-3                          User: admin                                    Page 2 of 2
Date Rcvd: Apr 02, 2026                   Form ID: pdf903                          Total Noticed: 1

Reena Forst

      on behalf of Creditor Alan J Wienhold rforst@rflawfirm.com

U.S. Trustee

      USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7