Form tsntc

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  26–11672–CMG
Chapter:  11
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mark E. Pearsall
aka Mark Edward Pearsall
39 River Farm Lane
Far Hills, NJ 07931

Social Security No.:
    xxx–xx–4081

Employer's Tax I.D. No.:

### Notice That a Transcript Has Been Filed

You are Noticed that a Transcript has been filed on 4/29/26. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor–age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty–one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty–one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: April 29, 2026
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 26-11672-CMG

Mark E. Pearsall                                                                    Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                      Page 1 of 2

Date Rcvd: Apr 29, 2026                  Form ID: tsntc                                Total Noticed: 5

The following symbols are used throughout this certificate:

**Symbol      Definition**

+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                       regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark E. Pearsall, 39 River Farm Lane, Far Hills, NJ 07931-5508 |
| cr | + | Alan J Wienhold, 1823 Cypress Point Court, Ann Arbor, MI 48108-8543 |
| op | + | Gino Mallamaci, 50 Route 9 North, Suite 306, Morganville, NJ 07751-1558 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 29 2026 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 29 2026 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| acc | *+ | Gino Mallamaci, 50 Route 9 North, Suite 306, Morganville, NJ 07751-1558 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2026                              Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2026 at the address(es) listed below:**

**Name**                              **Email Address**

District/off: 0312-3                                          User: admin                                          Page 2 of 2

Date Rcvd: Apr 29, 2026                                       Form ID: tsntc                                      Total Noticed: 5

David L. Stevens
 on behalf of Debtor Mark E. Pearsall dstevens@scura.com
 dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromer
 o@scura.com;spereyra@scura.com;dwoody@scura.com;ralrehaili@scura.com;moueslati@scura.com

Diana M Woody
 on behalf of Debtor Mark E. Pearsall dwoody@scura.com
 ecfbkfilings@scuramealey.com;dstevens@scura.com;jromero@scura.com;dhock@scura.com;pevangelista@scura.com;asoto@sc
 ura.com;spereyra@scura.com;vmajano@scura.com;amohamed@scura.com;ralrehaili@scura.com;amurphy

Joseph H. Lemkin
 on behalf of Creditor Kair Harbor Express  LLC jlemkin@stark-stark.com

Matthew K. Fissel
 on behalf of Creditor Northpointe Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Rachel Wolf
 on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov

Reena Forst
 on behalf of Creditor Alan J Wienhold rforst@rflawfirm.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7