UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Diana Woody
dwoody@scura.com
Counsel for Debtor Mark E. Pearsall

In Re:


Mark E. Pearsall,

                    Debtor.

Case No.:        26-11672-CMG

Chapter:              11

Judge:        Christine M. Gravelle


## NOTICE OF SUBSTITUTION OF ATTORNEY

Under D.N.J. LBR 9010-2, the undersigned notifies the Court that _____Aiden Murphy_____

will be substituted as attorney of record for ____Mark E. Pearsall____, ____Debtor____ in this

case. [1]

Date: May 7, 2026 _____

_____
Signature of Former Attorney
Diana M. Woody, Esq.

Date: May 7, 2026 _____

_____
Signature of Substituted Attorney[2]
Aiden Murphy, Esq.

*rev.8/1/16*

---

[1] The client's name and role in the case must be clearly stated. For example, ABC Company, creditor, or John Smith, debtor.

[2] Under D.N.J. LBR 9010-2(b), unless another attorney is substituted, an attorney may not withdraw an appearance except by motion.