UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KML Law Group, P.C.
Matthew Fissel, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawlgroup.com
Attorneys for Secured Creditor:
Northpointe Bank

In Re:
Mark E. Pearsall aka Mark Edward Pearsall
Debtor

**Order Filed on July 14, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  26-11672 CMG

Chapter:  11

Hearing Date: 7/14/2026 @ 10am

Judge:  Christine M. Gravelle

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED.**

**DATED: July 14, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Mark E. Pearsall aka Mark Edward Pearsall
Case No:  26-11672 CMG
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY

_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Northpointe Bank, Matthew Fissel appearing, upon a motion to vacate the automatic stay as to real property located at 39 River Farm Ln, Far Hills, NJ, 07931, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and David L. Stevens, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of July 2, 2026, Debtor is in arrears outside of the Chapter 11 Plan to Secured Creditor for payments due March 2026 through July 2026 for a total post-petition default of $104,044.07 (5 @ $23,883.93; less suspense $15,375.58)

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $104,044.07 shall be added to the affidavit of amount due and paid through Debtors' Chapter 11 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor is to file Plan within 30 days of this order being entered; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor is to include the full pre-petition arrears due in the amount of $188,568.92 in Chapter 11 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume August 1, 2026, directly to Secured Creditor, (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 11 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $500.00 for attorneys' fees and $199.00 for filing fees, totaling $699.00, which is to be paid through Debtors' Chapter 11 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.