UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

KML Law Group, P.C.
Matthew Fissel, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawlgroup.com
Attorneys for Secured Creditor:
Northpointe Bank

**Order Filed on July 14, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Mark E. Pearsall aka Mark Edward Pearsall
Debtor

Case No.: 26-11672 CMG

Chapter: 11

Hearing Date: 7/14/2026 @ 10am

Judge: Christine M. Gravelle

## ORDER CURING POST-PETITION ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: July 14, 2026**

Honorable Christine M. Gravelle, Chief Judge
United States Bankruptcy Judge

**(Page 2)**

Debtor:  Mark E. Pearsall aka Mark Edward Pearsall

Case No:  26-11672 CMG

Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING MOTION FOR RELIEF FROM STAY

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Northpointe Bank, Matthew Fissel appearing, upon a motion to vacate the automatic stay as to real property located at 39 River Farm Ln, Far Hills, NJ, 07931, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and David L. Stevens, Esquire, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of July 2, 2026, Debtor is in arrears outside of the Chapter 11 Plan to Secured Creditor for payments due March 2026 through July 2026 for a total post-petition default of $104,044.07 (5 @ $23,883.93; less suspense $15,375.58)

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $104,044.07 shall be added to the affidavit of amount due and paid through Debtors' Chapter 11 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor is to file Plan within 30 days of this order being entered; and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor is to include the full pre-petition arrears due in the amount of $188,568.92 in Chapter 11 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume August 1, 2026, directly to Secured Creditor, (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 11 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $500.00 for attorneys' fees and $199.00 for filing fees, totaling $699.00, which is to be paid through Debtors' Chapter 11 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 26-11672-CMG

Mark E. Pearsall                                                                            Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 14, 2026 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 16, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mark E. Pearsall, 39 River Farm Lane, Far Hills, NJ 07931-5508 |
| aty | | Aiden M. Murphy, 1HarmonMeadowBlvd, Ste201, Secaucus, NJ 07094, UNITED STATES |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2026                        Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 14, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aiden Murphy | on behalf of Debtor Mark E. Pearsall amurphy@scura.com
ecfbkfilings@scuramealey.com;14799@notices.nextchapterbk.com;dstevens@scura.com;vmajano@scura.com;spereyra@scura.com;jromero@scura.com;pevangelista@scura.com;MOueslati@scura.com |
| David L. Stevens | on behalf of Debtor Mark E. Pearsall dstevens@clearpath.law
dstevens@scura.com;ecfbkfilings@scuramealey.com;pevangelista@scura.com;amurphy@scura.com;vmajano@scura.com;jromero@scura.com;spereyra@scura.com;ralrehaili@scura.com;moueslati@scura.com;dhock@scura.com |
| J. Eric Kishbaugh | on behalf of Creditor Northpointe Bank jkishbaugh@udren.com |
| Joseph H. Lemkin | on behalf of Plaintiff Kair Harbor Express  LLC jlemkin@stark-stark.com |
| Joseph H. Lemkin | |

District/off: 0312-3                          User: admin                                          Page 2 of 2

Date Rcvd: Jul 14, 2026                      Form ID: pdf903                              Total Noticed: 2

on behalf of Creditor Kair Harbor Express  LLC jlemkin@stark-stark.com

Joseph H. Lemkin

on behalf of Counter-Defendant Kair Harbor Express  LLC jlemkin@stark-stark.com

Matthew K. Fissel

on behalf of Creditor Northpointe Bank bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

Rachel Wolf

on behalf of U.S. Trustee U.S. Trustee rachel.wolf@usdoj.gov

Rebecca Schore

on behalf of Counter-Claimant Mark E. Pearsall rschore@scura.com
peggy@jurowandschore.com;vmajano@scura.com;ecfbkfilings@scuramealey.com;Spereyra@scura.com

Reena Forst

on behalf of Creditor Alan J Wienhold rforst@rflawfirm.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11