UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Clear All Fields
Save

In Re. Mark Pearsall §
§
§
Debtor(s) §

Case No. 26-11672

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 03/31/2026

Petition Date: 02/14/2026

Months Pending: 2

Industry Classification: 0 0 0 0

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☐ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

Signature of Responsible Party

08/05/2026
Date

Rebecca Schore
Printed Name of Responsible Party

1 Harmon Meadow Blvd., Ste 201, Secaucus, NJ 07094
Address

Click "Generate PDF" to Remove Watermark

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Mark Pearsall Save Case No. 26-11672

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $15 | |
| b. | Total receipts (net of transfers between accounts) | $7,058 | $7,058 |
| c. | Total disbursements (net of transfers between accounts) | $6,892 | $7,087 |
| d. | Cash balance end of month (a+b-c) | $181 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $6,892 | $7,087 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $15 |
| e. | Total assets | $993,261 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $278,400 |
| l. | Prepetition priority debt | $205,445 |
| m. | Prepetition unsecured debt | $708,769 |
| n. | Total liabilities (debt) (j+k+l+m) | $1,192,614 |
| o. | Ending equity/net worth (e-n) | $-199,352 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

Click "Generate PDF" to Remove Watermark

Debtor's Name Mark Pearsall  Save  Case No. 26-11672

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| Add | | Firm Name | Role | | | | |
| Delete | i | Scura | Lead Counsel | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| Add | | Firm Name | Role | | | | |
| Delete | i | Vestcorp LLC | Financial Professional | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt? (if yes, see Instructions) Yes ○ No ◉

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) Yes ○ No ◉

c. Were any payments made to or on behalf of insiders? Yes ○ No ◉

d. Are you current on postpetition tax return filings? Yes ◉ No ○

e. Are you current on postpetition estimated tax payments? Yes ◉ No ○

f. Were all trust fund taxes remitted on a current basis? Yes ◉ No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) Yes ○ No ◉

h. Were all payments made to or on behalf of professionals approved by the court? Yes ○ No ○ N/A ◉

i. Do you have: Worker's compensation insurance? Yes ○ No ◉

If yes, are your premiums current? Yes ○ No ○ N/A ◉ (if no, see Instructions)

Casualty/property insurance? Yes ○ No ◉

If yes, are your premiums current? Yes ○ No ○ N/A ◉ (if no, see Instructions)

General liability insurance? Yes ○ No ◉

If yes, are your premiums current? Yes ○ No ○ N/A ◉ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? Yes ○ No ◉

k. Has a disclosure statement been filed with the court? Yes ○ No ◉

Click "Generate PDF" to Remove Watermark

Debtor's Name Mark Pearsall  Save  Case No. 26-11672

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? Yes ◉ No ○

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

Click "Generate PDF"

| | |
|---|---|
| | Mark Pearsall |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Debtor | 07/29/2026 |
| Title | Date |

to Remove Watermark

Save  Generate PDF for Court Filing and Remove Watermark

**TD Bank**
America's Most Convenient Bank®

E STATEMENT OF ACCOUNT

MARK E PEARSALL
DIP CASE 26-11672 DIST NJ
39 RIVER FARM LN
FAR HILLS NJ 07931

Page: 1 of 5
Statement Period: Mar 01 2026-Mar 31 2026
Cust Ref #: [redacted]039-E-***
Primary Account #: [redacted]64

## Chapter 11 Checking

MARK E PEARSALL
DIP CASE 26-11672 DIST NJ

Account # 446-4847264

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 15.19 | Average Collected Balance | 669.72 |
| Deposits | 22.37 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 7,035.96 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 4,892.04 | Days in Period | 31 |
| Other Withdrawals | 2,000.00 | | |
| Ending Balance | 181.48 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/09 | DEPOSIT | 22.37 |
| | Subtotal: | 22.37 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/04 | ACH DEPOSIT, WASTE CONNECTION PAYROLL ***[redacted]LVD | 2,304.58 |
| 03/09 | ATM CHECK DEPOSIT, *****[redacted]26<br>AUT 030926 ATM CHECK DEPOSI<br>469 7TH AVENUE NEW YORK * NY | 1.59 |
| 03/13 | ATM CASH DEPOSIT, ****[redacted]326<br>AUT 031326 ATM CASH DEPOSIT<br>469 7TH AVENUE NEW YORK * NY | 20.00 |
| 03/16 | ACH RETURNED ITEM, HARLAND CLARKE CHK ORDERS *HI***[redacted]0 | 45.60 |
| 03/17 | ATM CASH DEPOSIT, *****[redacted]326<br>AUT 031626 ATM CASH DEPOSIT<br>154 LIBERTY CORNER RD WARREN * NJ | 40.00 |
| 03/18 | ACH DEPOSIT, WASTE CONNECTION PAYROLL ****[redacted]LVD | 4,524.19 |
| 03/31 | ATM CHECK DEPOSIT, *****[redacted]326<br>AUT 033126 ATM CHECK DEPOSI<br>FIVE PENN PLAZA NEW YORK * NY | 100.00 |
| | Subtotal: | 7,035.96 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account



**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| 1 | Ending Balance | 181.48 |
| 2 | Total Deposits | + |
| 3 | Sub Total | |
| 4 | Total Withdrawals | - |
| 5 | Adjusted Balance | |

2

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | 2 |

4

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | 4 |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARK E PEARSALL
DIP CASE 26-11672 DIST NJ

Page: 3 of 5
Statement Period: Mar 01 2026-Mar 31 2026
Cust Ref #: [redacted]
Primary Account #: [redacted]

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/03 | DBCRD PUR AP, ****[redacted]DDA PUR AP<br>NYCDOT PARKING METERS LONG ISLAND C * NY | 5.00 |
| Household 03/05 | TD ATM DEBIT AP, [redacted]DDA WITHDRAW AP<br>154 LIBERTY CORN[redacted] | 1,000.00 |
| Household 03/05 | TD ATM DEBIT AP, **[redacted]DDA WITHDRAW AP<br>154 LIBERTY CORNE[redacted] | 200.00 |
| 03/05 | DBCRD PUR AP, ****[redacted]ISA DDA PUR AP<br>NYCDOT PARKING METERS LONG ISLAND C * NY | 6.00 |
| 03/09 | DBCRD PUR AP, *****[redacted]VISA DDA PUR AP<br>PETRO HOME SER[redacted] | 1,000.00 |
| 03/09 | DEBIT POS AP, ****[redacted]DDA PURCHASE AP<br>SHOPRITE STIRLING S[redacted] | 26.47 |
| 03/09 | DBCRD PUR AP, *****[redacted]SA DDA PUR AP<br>NYCDOT PARKING METERS LONG ISLAND C * NY | 13.25 |
| 03/09 | DBCRD PUR AP, **[redacted]ISA DDA PUR AP<br>NYCDOT PARKING METERS LONG ISLAND C * NY | 13.25 |
| 03/09 | DBCRD PUR AP, **[redacted]ISA DDA PUR AP<br>NYCDOT PARKING METERS LONG ISLAND C * NY | 3.00 |
| 03/10 | DBCRD PUR AP, *****[redacted]ISA DDA PUR AP<br>NYCDOT PARKING METERS LONG ISLAND C * NY | 10.00 |
| 03/10 | DEBIT POS AP, ***[redacted]DDA PURCHASE AP<br>WALGREENS STORE[redacted] | 3.40 |
| 03/10 | DBCRD PUR AP, ****[redacted]ISA DDA PUR AP<br>MTA NYCT PAYGO [redacted] | 3.00 |
| 03/11 | DBCRD PUR AP, ****[redacted]ISA DDA PUR AP<br>NYCDOT PARKING METERS LONG ISLAND C * NY | 13.25 |
| 03/11 | DBCRD PUR AP, ****[redacted]ISA DDA PUR AP<br>NYCDOT PARKING METERS LONG ISLAND C * NY | 7.00 |
| 03/11 | DBCRD PUR AP, ****[redacted]VISA DDA PUR AP<br>NEWARK 01340009 NEWARK * NJ | 6.15 |
| 03/11 | DBCRD PUR AP, ****[redacted]VISA DDA PUR AP<br>NYCDOT PARKING M[redacted] NY | 4.00 |
| 03/11 | DBCRD PUR AP, *****[redacted]SA DDA PUR AP<br>MTA NYCT PAYGO [redacted] | 3.00 |
| 03/11 | DBCRD PUR AP, ****[redacted]ISA DDA PUR AP<br>MTA NYCT PAYGO [redacted] | 3.00 |
| 03/11 | DBCRD PUR AP, ***[redacted]ISA DDA PUR AP<br>MTA NYCT PAYGO [redacted] | 3.00 |
| 03/12 | DBCRD PUR AP, ***[redacted]26 VISA DDA PUR AP<br>NYCDOT PARKING M[redacted]C * NY | 10.00 |
| 03/12 | DBCRD PUR AP, *****[redacted]ISA DDA PUR AP<br>MTA NYCT PAYGO NEW YORK * NY | 3.00 |
| 03/12 | DBCRD PUR AP, ****[redacted]ISA DDA PUR AP<br>MTA NYCT PAYGO NEW YORK * NY | 3.00 |
| 03/13 | ACH DEBIT, HARLAND CLARKE CHK ORDERS *HI***840374100 | 45.60 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARK E PEARSALL
DIP CASE 26-11672 DIST NJ


Statement Period: Mar 01 2026-Mar 31 2026
Cust Ref #: [redacted]-E-***
Primary Account #: [redacted]4

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| | POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | 03/13 | DBCRD PUR AP, *****[redacted]26 VISA DDA PUR AP<br>NYCDOT PARKING METERS LONG ISLAND C * NY | 3.00 |
| | 03/16 | DBCRD PUR AP, ****[redacted]31326 VISA DDA PUR AP<br>NYCDOT PARKING M[redacted]ND C * NY | 13.25 |
| Household | 03/19 | TD ATM DEBIT AP, ****[redacted]031926 DDA WITHDRAW AP<br>418 428 MARKET STREET NEWARK * NJ | 500.00 |
| | 03/19 | DEBIT POS AP, ***[redacted] DDA PURCHASE AP<br>AG TRAVEL PLAZA FORKED RIVER * NJ | 21.31 |
| | 03/20 | DBCRD PUR AP, *****[redacted]UT 031926 VISA DDA PUR AP<br>STATE FARM INSURANCE 800 956 6310 * IL | 719.90 |
| household | 03/20 | TD ATM DEBIT AP, ****[redacted]AUT 032026 DDA WITHDRAW AP<br>154 LIBERTY CORNER RD WARREN * NJ | 200.00 |
| | 03/20 | ACH DEBIT, HARLAND CLARKE RETRY PYMT *HI***840374100 | 45.60 |
| | 03/23 | DEBIT POS AP, ****[redacted]AUT 032126 DDA PURCHASE AP<br>SHOPRITE STIRLING S1 STIRLING * NJ | 127.00 |
| | 03/23 | NONTD ATM DB AP, *****[redacted] AUT 032126 DDA WITHDRAW AP<br>VESUVIOS M 697302 MILLSTONE TOW * NJ | 103.50 |
| | 03/23 | DBCRD PUR AP, ***[redacted]AUT 032026 VISA DDA PUR AP<br>DOF PARKINGANDCAMERA TIX 212 639 9675 * NY | 65.00 |
| | 03/23 | DBCRD PUR AP, **[redacted]AUT 031926 VISA DDA PUR AP<br>CHICK FIL A 02709 UNION * NJ | 27.44 |
| | 03/23 | DBCRD PUR AP, ****[redacted]AUT 032026 VISA DDA PUR AP<br>EMPORIUM112 SUPERMARKET NEWARK * NJ | 11.93 |
| | 03/23 | DBCRD PUR AP, *****[redacted]UT 032026 VISA DDA PUR AP<br>NEWARK 01360007 NEWARK * NJ | 6.15 |
| | 03/23 | DBCRD PUR AP, **[redacted]UT 032026 VISA DDA PUR AP<br>NY PENN STA 01120005 NEW YORK * NY | 6.15 |
| | 03/23 | DBCRD PUR AP, ***[redacted]UT 032026 VISA DDA PUR AP<br>PRKNG CAMERATIX SERVFEE 212 639 9675 * NY | 1.30 |
| | 03/24 | DBCRD PUR AP, ****[redacted]AUT 032326 VISA DDA PUR AP<br>NY PENN STA 01090000 NEW YORK * NY | 6.15 |
| | 03/25 | NONTD ATM DB AP, *****[redacted]T 032526 DDA WITHDRAW AP<br>CHASE NEWARK * NJ | 104.00 |
| | 03/25 | NONTD ATM DB AP, ****[redacted]032526 DDA WITHDRAW AP<br>CHASE NEWARK * NJ | 104.00 |
| | 03/25 | DEBIT POS AP, *****[redacted]AUT 032426 DDA PURCHASE AP<br>SHOPRITE STIRLING S1 STIRLING * NJ | 33.40 |
| | 03/25 | DBCRD PUR AP[redacted]AUT 032426 VISA DDA PUR AP<br>JERSEY MIKES 1159 SPRINGFIELD * NJ | 28.57 |
| | 03/25 | DBCRD PUR AP, ***[redacted]AUT 032426 VISA DDA PUR AP<br>NYCDOT PARKING[redacted]ISLAND C * NY | 8.00 |
| | 03/25 | DBCRD PUR AP, **[redacted]T 032326 VISA DDA PUR AP<br>MTA NYCT PAYGO[redacted] * NY | 3.00 |
| | 03/27 | DBCRD PUR AP, ****[redacted]ISA DDA PUR AP<br>NYCDOT PARKING METERS LONG ISLAND C * NY | 9.50 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARK E PEARSALL
DIP CASE 26-11672 DIST NJ

| | |
|---|---|
| Page: | 5 of 5 |
| Statement Period: | Mar 01 2026-Mar 31 2026 |
| Cust Ref #: | 4464847264-039-E-*** |
| Primary Account #: | 446-4847264 |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/27 | DEBIT POS AP, ****[redacted]UT 032726 DDA PURCHASE AP<br>WALGREENS STO[redacted]LLSIDE * NJ | 5.76 |
| 03/30 | DBCRD PUR AP, **[redacted]AUT 032826 VISA DDA PUR AP<br>WEGMAN S 96 BRIDGEWATER * NJ | 161.44 |
| 03/30 | DBCRD PUR AP, *****[redacted]AUT 032726 VISA DDA PUR AP<br>SQ L INDUSTRIE PIZZERIA NEW YORK * NY | 51.81 |
| 03/30 | DEBIT POS AP, ***[redacted]AUT 032926 DDA PURCHASE AP<br>TARGET T 2006 STATEN ISLAND * NY | 40.73 |
| 03/30 | DBCRD PUR AP, ***[redacted]A DDA PUR AP<br>CHICK FIL A 04148 EDISON * NJ | 32.76 |
| 03/30 | DBCRD PUR AP, *****3[redacted]32626 VISA DDA PUR AP<br>BREAD OF LIFE CAFE 973 9912991 * NJ | 30.24 |
| 03/30 | DBCRD PUR AP, *[redacted]UT 032626 VISA DDA PUR AP<br>JERSEY MIKES 105[redacted] * NJ | 24.78 |
| 03/30 | DBCRD PUR AP, ***[redacted]UT 032726 VISA DDA PUR AP<br>NYCDOT PARKING METERS LONG ISLAND C * NY | 7.50 |
| 03/30 | DBCRD PUR AP, ***[redacted]AUT 032726 VISA DDA PUR AP<br>NYCDOT PARKING METERS LONG ISLAND C * NY | 4.50 |
| | Subtotal: | 4,892.04 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/19 | DEBIT | 2,000.00 |
| | Subtotal: | 2,000.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/28 | 15.19 | 03/17 | 48.71 |
| 03/03 | 10.19 | 03/18 | 4,572.90 |
| 03/04 | 2,314.77 | 03/19 | 2,051.59 |
| 03/05 | 1,108.77 | 03/20 | 1,086.09 |
| 03/09 | 76.76 | 03/23 | 737.62 |
| 03/10 | 60.36 | 03/24 | 731.47 |
| 03/11 | 20.96 | 03/25 | 450.50 |
| 03/12 | 4.96 | 03/27 | 435.24 |
| 03/13 | -23.64 | 03/30 | 81.48 |
| 03/16 | 8.71 | 03/31 | 181.48 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

Pearsoll
Case # 26-11672
Receipts - Disbursements

| Date | Description | Debit / Withdrawl | Credit / Deposit | Amount | Category |
|---|---|---|---|---|---|
| 03/03/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $5.00 | | ($5.00) | Parking/Transit |
| 03/04/2026 | ACH DEPOSIT, WASTE CONNECTION PAYROLL ****40182346LVD | | $2,304.58 | $2,304.58 | Payroll Income |
| 03/05/2026 | TD ATM DEBIT, 154 Liberty Corner Rd, Warren NJ (household) | $1,000.00 | | ($1,000.00) | Household |
| 03/05/2026 | TD ATM DEBIT, 154 Liberty Corner Rd, Warren NJ (household) | $200.00 | | ($200.00) | Household |
| 03/05/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $6.00 | | ($6.00) | Parking/Transit |
| 03/09/2026 | DEPOSIT | | $22.37 | $22.37 | Other Deposit |
| 03/09/2026 | ATM CHECK DEPOSIT, 469 7th Avenue, New York NY | | $1.59 | $1.59 | Other Deposit |
| 03/09/2026 | DBCRD PUR, PETRO HOME SERVICES | $1,000.00 | | ($1,000.00) | Home Services |
| 03/09/2026 | DEBIT POS, SHOPRITE STIRLING S1, Stirling NJ | $26.47 | | ($26.47) | Groceries |
| 03/09/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $13.25 | | ($13.25) | Parking/Transit |
| 03/09/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $13.25 | | ($13.25) | Parking/Transit |
| 03/09/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $3.00 | | ($3.00) | Parking/Transit |
| 03/10/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $10.00 | | ($10.00) | Parking/Transit |
| 03/10/2026 | DEBIT POS, WALGREENS STORE 61 FERRY, Newark NJ | $3.40 | | ($3.40) | Retail/Shopping |
| 03/10/2026 | DBCRD PUR, MTA NYCT PAYGO, New York NY | $3.00 | | ($3.00) | Parking/Transit |
| 03/11/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $13.25 | | ($13.25) | Parking/Transit |
| 03/11/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $7.00 | | ($7.00) | Parking/Transit |
| 03/11/2026 | DBCRD PUR, Newark NJ 01340009 | $6.15 | | ($6.15) | Parking/Transit |
| 03/11/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $4.00 | | ($4.00) | Parking/Transit |
| 03/11/2026 | DBCRD PUR, MTA NYCT PAYGO, New York NY | $3.00 | | ($3.00) | Parking/Transit |
| 03/11/2026 | DBCRD PUR, MTA NYCT PAYGO, New York NY | $3.00 | | ($3.00) | Parking/Transit |
| 03/12/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $10.00 | | ($10.00) | Parking/Transit |
| 03/12/2026 | DBCRD PUR, MTA NYCT PAYGO, New York NY | $3.00 | | ($3.00) | Parking/Transit |
| 03/13/2026 | ATM CASH DEPOSIT, 469 7th Avenue, New York NY | | $20.00 | $20.00 | ATM Cash Deposit |
| 03/13/2026 | ACH DEBIT, HARLAND CLARKE CHK ORDERS | $45.60 | | ($45.60) | Bank Fees/Checks |
| 03/13/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $3.00 | | ($3.00) | Parking/Transit |
| 03/16/2026 | ACH RETURNED ITEM, HARLAND CLARKE CHK ORDERS | | $45.60 | $45.60 | Other Deposit |
| 03/16/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $13.25 | | ($13.25) | Parking/Transit |
| 03/17/2026 | ATM CASH DEPOSIT, 154 Liberty Corner Rd, Warren NJ | | $40.00 | $40.00 | ATM Cash Deposit |
| 03/18/2026 | ACH DEPOSIT, WASTE CONNECTION PAYROLL ****41790462LVD | | $4,524.19 | $4,524.19 | Payroll Income |

Pearsoll
Case # 26-11672
Receipts - Disbursements

| Date | Description | Debit / Withdrawl | Credit / Deposit | Amount | Category |
|---|---|---|---|---|---|
| 03/19/2026 | TD ATM DEBIT, 418-428 Market Street, Newark NJ (household) | $500.00 | | ($500.00) | Household |
| 03/19/2026 | DEBIT POS, AG TRAVEL PLAZA, Forked River NJ | $21.31 | | ($21.31) | Gas/Travel |
| 03/19/2026 | DEBIT (Other Withdrawal) | $2,000.00 | | ($2,000.00) | Home Mortgage |
| 03/20/2026 | DBCRD PUR, STATE FARM INSURANCE | $719.90 | | ($719.90) | Insurance |
| 03/20/2026 | TD ATM DEBIT, 154 Liberty Corner Rd, Warren NJ (household) | $200.00 | | ($200.00) | Household |
| 03/20/2026 | ACH DEBIT, HARLAND CLARKE RETRY PYMT | $45.60 | | ($45.60) | Bank Fees/Checks |
| 03/23/2026 | DEBIT POS, SHOPRITE STIRLING S1, Stirling NJ | $127.00 | | ($127.00) | Groceries |
| 03/23/2026 | NONTD ATM DB, VESUVIOS M697302, Millstone Twp NJ | $103.50 | | ($103.50) | ATM Cash Withdrawal |
| 03/23/2026 | DBCRD PUR, DOF PARKINGANDCAMERA TIX, New York NY | $65.00 | | ($65.00) | Parking/Transit |
| 03/23/2026 | DBCRD PUR, CHICK FIL A 02709, Union NJ | $27.44 | | ($27.44) | Dining/Restaurant |
| 03/23/2026 | DBCRD PUR, EMPORIUM112 SUPERMARKET, Newark NJ | $11.93 | | ($11.93) | Groceries |
| 03/23/2026 | DBCRD PUR, Newark NJ 01360007 | $6.15 | | ($6.15) | Parking/Transit |
| 03/23/2026 | DBCRD PUR, NY Penn Sta 01120005, New York NY | $6.15 | | ($6.15) | Parking/Transit |
| 03/23/2026 | DBCRD PUR, PRKNG CAMERATIX SERVFEE, New York NY | $1.30 | | ($1.30) | Parking/Transit |
| 03/24/2026 | DBCRD PUR, NY Penn Sta 01090000, New York NY | $6.15 | | ($6.15) | Parking/Transit |
| 03/25/2026 | NONTD ATM DB, CHASE, Newark NJ | $104.00 | | ($104.00) | ATM Cash Withdrawal |
| 03/25/2026 | NONTD ATM DB, CHASE, Newark NJ | $104.00 | | ($104.00) | ATM Cash Withdrawal |
| 03/25/2026 | DEBIT POS, SHOPRITE STIRLING S1, Stirling NJ | $33.40 | | ($33.40) | Groceries |
| 03/25/2026 | DBCRD PUR, JERSEY MIKES 1159, Springfield NJ | $28.57 | | ($28.57) | Dining/Restaurant |
| 03/25/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $8.00 | | ($8.00) | Parking/Transit |
| 03/25/2026 | DBCRD PUR, MTA NYCT PAYGO, New York NY | $3.00 | | ($3.00) | Parking/Transit |
| 03/27/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $9.50 | | ($9.50) | Parking/Transit |
| 03/27/2026 | DEBIT POS, WALGREENS STORE 36 HILLS, Hillside NJ | $5.76 | | ($5.76) | Retail/Shopping |
| 03/30/2026 | DBCRD PUR, WEGMAN S 96, Bridgewater NJ | $161.44 | | ($161.44) | Groceries |
| 03/30/2026 | DBCRD PUR, SQ L INDUSTRIE PIZZERIA, New York NY | $51.81 | | ($51.81) | Dining/Restaurant |
| 03/30/2026 | DEBIT POS, TARGET T 2006, Staten Island NY | $40.73 | | ($40.73) | Retail/Shopping |
| 03/30/2026 | DBCRD PUR, CHICK FIL A 04148, Edison NJ | $32.76 | | ($32.76) | Dining/Restaurant |
| 03/30/2026 | DBCRD PUR, BREAD OF LIFE CAFE, NJ | $30.24 | | ($30.24) | Dining/Restaurant |
| 03/30/2026 | DBCRD PUR, JERSEY MIKES 1055, Warren NJ | $24.78 | | ($24.78) | Dining/Restaurant |
| 03/30/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $7.50 | | ($7.50) | Parking/Transit |
| 03/30/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $4.50 | | ($4.50) | Parking/Transit |
| 03/31/2026 | ATM CHECK DEPOSIT, Five Penn Plaza, New York NY | | $100.00 | $100.00 | Other Deposit |
| | **TOTAL** | **$6,892.04** | **$7,058.33** | **$172.29** | |

PETRO HOME SERVICES
15 Richboynton Ave
Dover NJ 07801
800-645-4328
www.petro.com

Michael Barker HVACR Lic # 19HC00442000; John Higgins 36BI00938300.Lic. No. NJ13VH03882400.

## STATEMENT SUMMARY

| | | | |
|---|---|---|---|
| Statement Date | 02/25/2026 | Account Number | [redacted] |
| Payment Due Date | Upon Receipt | Amount Due | $1,061.33 |

**Want more control of your account? You got it!**

Now you can schedule your own appointments and deliveries, manage billing quickly and easily, and so much more — all online with MyAccount.

**petro.com/em2/myaccount**



## Important Message

**Your payment is overdue.**

Our records indicate that we will not be able to make your next scheduled delivery. Unfortunately, we will be unable to make this delivery until payment of your balance is received. If you have already made payment arrangements with us, thank you, and we ask you to kindly disregard this notice. Please mail payment immediately. We accept checks and major credit cards (at no cost to you).

**Please remit today so we can continue to service you.**

Your Delivery/Service Address: 39 RIVER FARM LANE FAR HILLS,NJ 07931

## ACTIVITY SINCE LAST STATEMENT

| DATE | REF # | DESCRIPTION | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|
| | | **Previous Balance:** | | | $2,075.83 |
| 02/24/2026 | 22426 | DEBIT CARD PAYMENT-THANK YOU | | $-1,075.83 | |
| 02/25/2026 | 6092048 | LATE FEE | $61.33 | | |
| | | **Ending Balance:** | | | $1,061.33 |

paid. on 03/06/26.

## PAYMENT SUMMARY

| PREVIOUS BALANCE | - PAYMENTS/CREDITS | + CURRENT CHARGES | = | PLEASE PAY THIS AMOUNT |
|---|---|---|---|---|
| $2,075.83 | - $1,075.83 | + $61.33 | = | $1,061.33 |

Staten Island - 718-701-6205
2900 Veterans Rd W
Staten Island, New York 10309-2500
03/29/2026 12:39 PM

| | | |
|---|---|---|
| GROCERY | | |
| 055021873 BUBS | TF | $2.99 |
| HEALTH AND BEAUTY | | |
| 094086982 VITAL PROTNS | NF | $19.99 |
| 063040854 scunci | T | $4.99 |
| KITCHEN | | |
| 231180007 MP CF FILTER | T | $1.99 |
| LAUNDRY CLEANING AND CLOSET | | |
| 253055199 up & up | T | $3.59 |
| 253017339 up&up | T | $5.49 |
| SUBTOTAL | | $39.04 |
| T = NY TAX 8.87500 on $19.05 | | $1.69 |
| TOTAL | | $40.73 |
| *0326 DEBIT TOTAL PAYMENT | | $40.73 |

AID: A0000000980840
US DEBIT
AUTH CODE: 013908

WHEN YOU RETURN ANY ITEM, YOUR RETURN CREDIT WILL NOT INCLUDE ANY PROMOTIONAL DISCOUNT OR COUPON APPLIED TO THE ORIGINAL ORDER.

REC#2-6088-2006-0174-9109-7

Help make your Target Run better.
Take a 2 minute survey about today's trip

informtarget.com
User ID: 7391 1799 4982
Password: 508 903

CUENTENOS EN ESPAÑOL

Please take this survey within 7 days.

---

Wegmans
Every day you get our best!

724 RT. 202 SOUTH
BRIDGEWATER, NJ 08807
(908) 243-9600

03/28/26 OP# 470928

| | |
|---|---|
| MARTINELLI APL JC | 6.99 F |
| CHOC CHIP GRAN BAR | 4.49 B |
| BONO ORG SICI EVOO | 17.99 F |
| BOUNTY PAPER TOWEL | 7.79 |
| 2 @ 1.99 | |
| POL SPRING WTR 3L | 3.98 F |
| WB BNLS CHKN BRST | 15.23 F |
| SQUISH GMMI BALL | 4.19 T |
| CAPYBARA TOY | 2.49 T |
| HUG WIPES NAT CARE | 6.79 |
| ATL SALMON PKG | 8.11 F |
| ATL SALMON PKG | 6.72 F |
| ATL SALMON PKG | 24.90 F |
| CARROT CAKE SLICE | 6.50 F |
| WEG LEMONADE 59 OZ | 6.00 B |
| CILANTRO BUNCH | 0.99 F |
| COCONUTS BROWN | 6.99 F |
| PARSLEY ITALIAN | 1.49 F |
| 4.05 lb @ 0.49 /lb | |
| WT CABBAGE GREEN | 1.98 F |
| 2 @ 1.69 | |
| 23 WHITE GRAPEFRUI | 3.38 F |
| 1.89 lb @ 2.99 /lb | |
| WT APL HONEY CRISP | 5.65 F |
| MELON HONEYDEW | 4.99 F |
| 3.95 lb @ 0.99 /lb | |
| WT YAMS/SWEET POTATO | 3.91 F |
| 1.84 lb @ 0.49 /lb | |
| WT BANANAS | 0.90 F |
| 3 @ 1.29 | |
| CARA CARA NAVELS | 3.87 F |
| STRAWBERRIES 1LB | 2.99 F |
| ONIONS 2LB | 1.99 F |
| TAX | 1.14 |
| **** BALANCE | 161.44 |

VISA PURCHASE
CARD NUMBER: ***********0326 H
VISA DEBIT 07
AUTH: 093926 RCPT: 8109
CODE: 0000 Approved
AID: A0000000031010

CREDIT CARD 161.44
CHANGE 0.00

[redacted]

save $500+ every year
with digital coupons
download the app today

CUSTOMER COPY

---

TRANSACTION RECORD
Customer Copy

VESUVIO'S PIZZA
TERMINAL # = P697302
SEQUENCE # = 1834
AUTH. # = 001834 99
DATE & TIME = 03/21/2026 19:51:01
BUSINESS DATE = 03/21/2026
CARD NUMBER = ************0326
US DEBIT = A0000000980840
TRANSACTION = WITHDRAWAL
ACCOUNT = CHECKING

| | | |
|---|---|---|
| DISPENSED AMOUNT | = | $100.00 |
| REQUESTED AMOUNT | = | $100.00 |
| ATM FEE | = | $3.50 |
| TOTAL AMOUNT | = | $103.50 |
| AVAILABLE BALANCE | = | $737.82 |

ATM FEE PAID TO:
OCEAN ATM
TSI = 6800
TC = 78EC08787431F577
TVR = 8080048000

APPROVED

THANK YOU

SEQ.#: 1834 JNL.#: 4625

---

TD Bank
America's Most Convenient Bank®
03/31/26 12:55 TW04C480
[redacted]326

FIVE PENN PLAZA
NEW YORK, NY USA

Application ID [redacted]40
US DEBIT

| | |
|---|---|
| RECORD NO. | 5163 |
| DEPOSIT | $100.0 |
| TO Checking | XXXXXX64 |
| AVAIL BAL: | $162.48 |
| Checks Deposited: 1 of 1 | $100.00 |
| Total Check Deposit: | $100.00 |
| Total Deposit Amount: | $100.00 |

Page 1 of 1

Thank you for banking with TD

---

TD Bank
America's Most Convenient Bank®
03/20/26 06:09 TW04B144
[redacted]6

154 LIBERTY CORNER RD
WARREN, NJ USA

Application ID [redacted]40
US DEBIT

| | |
|---|---|
| RECORD NO. | 9215 |
| WITHDRAWAL | $200.00 |
| FROM Checking | XXXXXX64 |
| AVAIL BAL: | $1,058.65 |

Page 1 of 1

Thank you for banking with TD

---

TD Bank
America's Most Convenient Bank®
03/05/26 16:41 TW04B144
[redacted]26

154 LIBERTY CORNER RD
WARREN, NJ USA

Application [redacted]40
US DEBIT

| | |
|---|---|
| RECORD NO. | 8435 |
| WITHDRAWAL | $200.00 |
| FROM Checking | XXXXXX64 |
| AVAIL BAL: | $1,108.76 |

Page 1 of 1

Thank you for banking with us.

---

TD Bank
America's Most Convenient Bank®
03/19/26 10:05 TW04C4
[redacted]26

418-428 MARKET STREET
NEWARK, NJ USA

Application ID [redacted]
US DEBIT

| | |
|---|---|
| RECORD NO. | |
| WITHDRAWAL | $50.00 |
| FROM Checking | XXXXXX64 |
| AVAIL BAL: | $1,3 |

Page 1 of 1

Thank you for banking with TD.

---

TD Bank
America's Most Convenient Bank®
03/05/26 16:40 TW04B144
[redacted]

154 LIBERTY CORNER RD
WARREN, NJ USA

Application ID A0000000980840
US DEBIT

RECORD NO.

ShopRite

we are here.

ShopRite of STIRLING
VALLEY RD.
(908) 604-2129

[redacted]

*********************************
* Regular Items *
*********************************

| | | |
|---|---|---|
| | POPPI PRBT STR LM | 7.99 B |
| | SRPBB LIQ DSH SP L | 2.99 T |
| | REY NON STK ALUM F | 14.49 T |
| | BNTY 6-22 TRPL PL | 21.99 |
| | TIDE LQ ORIG 60OZ | 11.99 T |
| | ESSENTIA WATER PC | 11.99 F |
| On Sale You Saved 1.00 | | |
| SC | Essentia Water 6-P | 2.00-F |
| | RON THN SPAGHETTI PC | 1.59 F |
| SC | Ronzoni Pasta | 0.60-F |
| | D GREEN ONIONS 48 | 1.99 F |
| 2 @ 2.99 | | |
| | SQUASH BABY CV | 5.98 F |
| | TS SNBRST BLND NIB | 3.99 F |
| | SRBB WHL WHT MUSHR | 2.99 F |
| 2 @ 1.19 | | |
| | AVO HASS PC | 2.38 F |
| 2 @ 0.20 | | |
| SC | Hass Avocados | 0.40-F |
| 0.46 lb @ 1.99 /lb | | |
| WT | RED ONION | 0.92 F |
| | YOCR VAN CKIE DGH | 4.29 F |
| | HOR ORG LCT FR 2% PC | 6.99 F |
| On Sale You Saved 0.50 | | |
| SC | Horizon Lactose Fr | 1.00-F |
| | VTL FARMS ORG 18CT | 14.99 F |
| | SRBB HVD MILK QUAR | 1.79 F |
| | BIC CANDLE LIGHTER | 5.99 T |
| | MS STRW CHOCOLATE | 2.79 F |
| | Valued Customer | 47113661887 |
| | TAX | 2.88 |
| | **** BALANCE | 127.00 |

*********************************
ShopRite Debit Receipt

---

ShopRite

we are here.

ShopRite of STIRLING
VALLEY RD.
(908) 604-2129

[redacted]

*********************************
* Regular Items *
*********************************

| | | |
|---|---|---|
| | F A ARUGULA 5 OZ | 2.99 F |
| | CRT MICROWVABL 12 | 2.99 F |
| | ROMAINE HRT | 3.99 F |
| 2 @ 1.69 | | |
| | PEPPER RED IMPORTE | 3.38 F |
| On Sale You Saved 0.20 | | |
| 0.46 lb @ 1.99 /lb | | |
| WT | RED ONION | 0.92 F |
| 1.86 lb @ 3.29 /lb | | |
| WT | GRP GREEN SDLS 19 PC | 6.12 F |
| On Sale You Saved 1.30 | | |
| 1.86 lb @ 0.30 /lb | | |
| SC | Green Seedless Gra | 0.56-F |
| 1.90 lb @ 3.99 /lb | | |
| WT | APL HONYCRSP 72/88 | 7.58 F |
| | HONEYDEW 6CT* | 6.99 F |
| | Valued Customer | 47113661887 |
| | TAX | 0.00 |
| | **** BALANCE | 33.40 |

*********************************
ShopRite Debit Receipt
Store # 443 of STIRLING , NJ
Terminal: 4 Operator: 443848 Trans: 15
Date: 03/24/26 Time: 08:52pm

Purchase: $ 33.40
Acct#: ************0326 CHIP

Response : APPROVED
Approval : 095250
Reference: 175260837517087099

*********************************

| | |
|---|---|
| DEBIT | 33.40 |
| CHANGE | 0.00 |
| TOTAL NUMBER OF ITEMS SOLD = | 9 |

---

Walgreens

#16260 36 HILLSIDE AVE
HILLSIDE, NJ 07205
908-372-0466

992 7421 0071 03/27/2026 8:57 AM

| | | |
|---|---|---|
| T/T WET ONES SENSITY WIPE 20SH | | |
| 07682604863 | OTC A | 3.29 |
| RETURN VALUE 3.29 | | |
| DENTYNE ICE PEPPERMINT S/F | 16S | |
| 07339005503 | A | 2.29 |
| RETURN VALUE 2.29 | | |
| SUBTOTAL | | 5.58 |
| SALES TAX A=3.3125% | | 0.18 |
| TOTAL | | 5.76 |
| DEBIT CARD | | 5.76 |
| AUTH CODE | | 075716 |
| CHANGE | | .00 |

Sale
AID A0000000980840.
US DEBIT
Tapped
PIN Verified

THANK YOU FOR SHOPPING AT WALGREENS

YOU COULD HAVE EARNED AN ADDITIONAL WALGREENS CASH REWARDS BY USING YOUR MYWALGREENS MEMBERSHIP TODAY. RESTRICTIONS APPLY. FOR TERMS AND CONDITIONS, VISIT MYWALGREENS.COM.

NOT A MEMBER? JOIN NOW AT ANY REGISTER, OR GO TO MYWALGREENS.COM. ENROLLING IS QUICK, EASY AND FREE! REDEEM WALGREENS CASH REWARDS OFF FUTURE PURCHASES.

RFN# 1626-0717-4214-2603-2703

myW

Walgreens 16260
ACCT 0326
SEQUENCE 6260710870
PAYMENT FROM PRIMARY

HUNDREDS OF PHARMACY PLANS STILL COVER COVID-19 OTC TEST KITS. ASK THE PHARMACY IF YOUR PLAN COVERS TODAY!

*********************************

How did we do today?
Share your feedback at
WWW.WALGREENSLISTENS.COM

within 3 days for a chance to win a
$500 Walgreens
Gift Card!

---

L'industrie Pizzeria - West
104 Christopher St
New York, NY
10014-4201
(212) 256-0648
https://www.lindustriebk.com/

Ticket: Park
Receipt: 5qT/
Authorization: 032424

US DEBIT
AID A0 00 00 00 98 08 40

(FOR HERE)

| | |
|---|---|
| Sausage Pesto | $6.50 |
| White ... | $4.25 |
| Burrata Slice × 2 ($8.75 each) | $... 50 |
| Margherita Slice | $4.25 |
| Tartufo Slice | $5.75 |
| New Yorker Slice | $6.25 |
| Fig Jam and Bacon Slice | $6.25 |
| BOX - Slice | $1.00 |
| Subtotal | $45.75 |
| Sales Tax (8.875%) | $4.06 |
| Tip | $2.00 |
| Total | $51.81 |
| Visa 0326 (Contactless) | $51.81 |

Please check your order before leaving the shop. All sales are final.

---

Dine In

Jersey Mike's Subs 1150
261 Route 22
Springfield, New Jersey 07081-3123
Phone: 862-206-1884

Ticket: 01 003463-01-031075
Server: Victor 03/24/26 8:20 PM
Giant #8 10.05 T
Giant Park 4.45 T

| | |
|---|---|
| Sub Total | $24.50 |
| Taxable | $24.50 |
| Tax | $1.62 |
| | $26.12 |
| Amount | $2.45 |
| Paid Visa | $28.57 |

Items sold

DUPLICATE

---

SAVESMART
269 Ferry Street
Newark, NJ 07105
973-589-0397

Ticket # 6301511 User: 1004
03/25/2026 4:53 pm Station: 9

| Item # Description | Qty | Price | Total |
|---|---|---|---|
| 96941 50 PACK XL TRAINING PAD | 1EACH | 29.98 | 29.98 |

| | |
|---|---|
| Subtotal | 29.98 |
| Cash Adjustments | -0.02 |
| Sales Tax | 0.99 |
| Total | 30.95 |
| Cash Adjustments | -0.02 |
| Payments | |
| Cash | 40.00 |
| Cash (Change) | -9.05 |

* No returns on seasonal items
* No returns on LCD TV's
Factory warranty only
Return Policy:
All returns in 20 Days with RECEIPT only
All returns must be in original package.

55AM 03/19/26 *7264 CK WDRL $2,000.00 4575

Household
mortgage

Download our
mobile app.

Bank
merica's Most Convenient Bank®
888-751-9000 | td.com

Member FDIC, ©2025, TD Bank, N.A. and/or its affiliates. All rights reserved. Loans subject to credit approval. | Equal Housing Lender.
50-0178 (04/25)

Notes to Monthly Operating Report

1. The values used in Part 2 are based on the Amended Schedules filed on March 20, 2026 (Docket No. 22). For the value of the Debtor's real estate at 39 River Farm Lane (the "Property"), the value listed is 50% of the $1,950,000 scheduled value of the property because the Debtor holds title to the property with his wife through a tenancy by the entireties. The Property is scheduled without a secured claim because the Debtor is not liable for the promissory note that is secured by a mortgage against the property. Northpointe Bank filed a motion for relief from the automatic stay on June 16, 2026, and asserted that the unpaid amount due on the Note was $2,016,958.25. (Docket No. 53-2).

2. On the petition date, the Debtor had bank accounts with a value of $195 that were jointly held with his non-filing spouse. After the filing, the Debtor opened a debtor-in-possession bank account and removed his name from the joint bank accounts. Accordingly, the balance of those accounts is listed as a disbursement in Part 1 of the operating report as a household expense as the non-filing spouse paid household expenses in February 2026.