UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

Clear All Fields

Save

In Re. Mark Pearsall §
§
§
Debtor(s) §

Case No. 26-11672

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 04/30/2026

Petition Date: 02/14/2026

Months Pending: 3

Industry Classification: 0 0 0 0

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

Signature of Responsible Party

Rebecca Schore

Printed Name of Responsible Party

08/05/2026

Date

1 Harmon Meadow Blvd., Ste 201, Secaucus, NJ 07094

Address

Click "Generate PDF" to Remove Watermark

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Mark Pearsall Save Case No. 26-11672

| | Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $181 | |
| b. | Total receipts (net of transfers between accounts) | $19,906 | $26,964 |
| c. | Total disbursements (net of transfers between accounts) | $19,722 | $26,809 |
| d. | Cash balance end of month (a+b-c) | $364 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $19,722 | $26,809 |

| | Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $15 |
| e. | Total assets | $993,261 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $278,400 |
| l. | Prepetition priority debt | $205,445 |
| m. | Prepetition unsecured debt | $708,769 |
| n. | Total liabilities (debt) (j+k+l+m) | $1,192,614 |
| o. | Ending equity/net worth (e-n) | $-199,352 |

| | Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| | Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

Click "Generate PDF" to Remove Watermark

Debtor's Name Mark Pearsall | Save | Case No. 26-11672

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| Add | | Firm Name | Role | | | | |
| Delete | i | Scura | Lead Counsel | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| Add | | Firm Name | Role | | | | |
| Delete | i | Vestcorp LLC | Financial Professional | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt? (if yes, see Instructions) — Yes ○ No ◉

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) — Yes ○ No ◉

c. Were any payments made to or on behalf of insiders? — Yes ○ No ◉

d. Are you current on postpetition tax return filings? — Yes ◉ No ○

e. Are you current on postpetition estimated tax payments? — Yes ◉ No ○

f. Were all trust fund taxes remitted on a current basis? — Yes ◉ No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ○ No ◉

h. Were all payments made to or on behalf of professionals approved by the court? — Yes ○ No ○ N/A ◉

i. Do you have:

- Worker's compensation insurance? — Yes ○ No ◉
  - If yes, are your premiums current? — Yes ○ No ○ N/A ◉ (if no, see Instructions)
- Casualty/property insurance? — Yes ○ No ◉
  - If yes, are your premiums current? — Yes ○ No ○ N/A ◉ (if no, see Instructions)
- General liability insurance? — Yes ○ No ◉
  - If yes, are your premiums current? — Yes ○ No ○ N/A ◉ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? — Yes ○ No ◉

k. Has a disclosure statement been filed with the court? — Yes ○ No ◉

Click "Generate PDF" to Remove Watermark

Debtor's Name Mark Pearsall | Save | Case No. 26-11672

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? Yes ◉ No ○

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ◉ |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ◉ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

Click "Generate PDF" to Remove Watermark

| | |
|---|---|
| ______________ | Mark Pearsall |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Debtor | 07/29/2026 |
| Title | Date |

Save | Generate PDF for Court Filing and Remove Watermark

Pearsoll
Case # 26-11672
Receipts - Disbursements

| Date | Description | Debit / Withdrawl | Credit / Deposit | Amount | Category |
|---|---|---|---|---|---|
| 04/01/2026 | ACH DEPOSIT, WASTE CONNECTION PAYROLL ****39462619LVD | | $2,304.57 | $2,304.57 | Payroll Income |
| 04/01/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $14.50 | | ($14.50) | Parking/Transit |
| 04/01/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $14.50 | | ($14.50) | Parking/Transit |
| 04/02/2026 | DBCRD PUR, NY Penn Sta 01080001, New York NY | $6.15 | | ($6.15) | Parking/Transit |
| 04/02/2026 | DBCRD PUR, Newark NJ 01360007 | $6.15 | | ($6.15) | Parking/Transit |
| 04/02/2026 | DEBIT (Other Withdrawal) | $2,200.00 | | ($2,200.00) | Household Share |
| 04/03/2026 | TD ATM DEBIT, 418-428 Market Street, Newark NJ | $140.00 | | ($140.00) | ATM Cash Withdrawal |
| 04/03/2026 | DBCRD PUR, CHICK FIL A 04353, Watchung NJ | $26.24 | | ($26.24) | Dining/Restaurant |
| 04/03/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $13.25 | | ($13.25) | Parking/Transit |
| 04/03/2026 | DBCRD PUR, NY Penn Sta 01110006, New York NY | $6.15 | | ($6.15) | Parking/Transit |
| 04/03/2026 | DBCRD PUR, Newark NJ 01360007 | $6.15 | | ($6.15) | Parking/Transit |
| 04/03/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $2.00 | | ($2.00) | Parking/Transit |
| 04/06/2026 | DBCRD PUR, WEGMANS HANOVER 128, Parsippany NJ | $6.92 | | ($6.92) | Groceries |
| 04/06/2026 | DBCRD PUR, NY Penn Sta 01130004, New York NY | $6.15 | | ($6.15) | Parking/Transit |
| 04/06/2026 | DBCRD PUR, Newark NJ 01360007 | $6.15 | | ($6.15) | Parking/Transit |
| 04/06/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $4.50 | | ($4.50) | Parking/Transit |
| 04/06/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $3.00 | | ($3.00) | Parking/Transit |
| 04/07/2026 | ATM CASH DEPOSIT, 154 Liberty Corner Rd, Warren NJ | | $100.00 | $100.00 | ATM Cash Deposit |
| 04/07/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $13.25 | | ($13.25) | Parking/Transit |
| 04/07/2026 | DBCRD PUR, Newark NJ 01360007 | $6.15 | | ($6.15) | Parking/Transit |
| 04/07/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $4.00 | | ($4.00) | Parking/Transit |
| 04/08/2026 | DBCRD PUR, Newark NJ 01370006 | $6.15 | | ($6.15) | Parking/Transit |
| 04/08/2026 | DBCRD PUR, NJT PORTABL00370030002, Newark NJ | $6.15 | | ($6.15) | Parking/Transit |
| 04/09/2026 | DBCRD PUR, TST THE REFUGE FOOD AND, Melville NY | $65.24 | | ($65.24) | Dining/Restaurant |
| 04/09/2026 | DBCRD PUR, Newark NJ 01360007 | $6.15 | | ($6.15) | Parking/Transit |
| 04/09/2026 | DBCRD PUR, NY Penn Sta 00910000, New York NY | $6.15 | | ($6.15) | Parking/Transit |
| 04/10/2026 | DBCRD PUR, NJTRANSIT NEWARK, Newark NJ | $2.20 | | ($2.20) | Parking/Transit |
| 04/15/2026 | ACH DEPOSIT, WASTE CONNECTION PAYROLL ****42002624LVD | | $8,154.79 | $8,154.79 | Payroll Income |
| 04/16/2026 | ACH DEPOSIT, WASTE CONNECTION PAYROLL ****42999449H6W | | $145.00 | $145.00 | Payroll Income |
| 04/16/2026 | NONTD ATM DB, CROWN BANK, Newark NJ | $102.50 | | ($102.50) | ATM Cash Withdrawal |
| 04/16/2026 | TD ATM DEBIT, 469 7th Avenue, New York NY | $100.00 | | ($100.00) | ATM Cash Withdrawal |
| 04/16/2026 | DBCRD PUR, OMNY VENDING, New York NY | $3.50 | | ($3.50) | Parking/Transit |
| 04/16/2026 | DBCRD PUR, MTA NYCT PAYGO RECOVER, New York NY | $3.00 | | ($3.00) | Parking/Transit |
| 04/16/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $2.00 | | ($2.00) | Parking/Transit |
| 04/16/2026 | DEBIT (Other Withdrawal) | $3,000.00 | | ($3,000.00) | Home Mortgage |
| 04/17/2026 | DEBIT POS, SHOPRITE VETERANS RD S1, Staten Island NY | $259.61 | | ($259.61) | Groceries |
| 04/17/2026 | DEBIT POS, THE HOME DEPOT 1281, Staten Island NY | $78.25 | | ($78.25) | Retail/Shopping |
| 04/17/2026 | DEBIT POS, TARGET T 2006, Staten Island NY | $50.96 | | ($50.96) | Retail/Shopping |
| 04/17/2026 | DEBIT POS, SHOPRITE STIRLING S1, Stirling NJ | $29.56 | | ($29.56) | Groceries |
| 04/17/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $5.00 | | ($5.00) | Parking/Transit |
| 04/20/2026 | DBCRD PMT, VERIZON BILL PAYMENT, FL | $263.44 | | ($263.44) | Utilities |

Pearsoll
Case # 26-11672
Receipts - Disbursements

| Date | Description | Debit / Withdrawl | Credit / Deposit | Amount | Category |
|---|---|---|---|---|---|
| 04/20/2026 | TD ATM DEBIT, 418-428 Market Street, Newark NJ | $100.00 | | ($100.00) | ATM Cash Withdrawal |
| 04/20/2026 | DBCRD PUR, LING LING RESTAURANT, Basking Ridge NJ | $48.51 | | ($48.51) | Dining/Restaurant |
| 04/20/2026 | DEBIT POS, SEABRA FOODS INC CHEST, Newark NJ | $30.14 | | ($30.14) | Groceries |
| 04/20/2026 | DBCRD PUR, PATH TAPP VENDING CP, Jersey City NJ | $10.00 | | ($10.00) | Parking/Transit |
| 04/20/2026 | DBCRD PUR, PATH TAPP VENDING CP, Jersey City NJ | $5.00 | | ($5.00) | Parking/Transit |
| 04/20/2026 | DBCRD PUR, PATH TAPPPAYGO TAPDRCP, NJ | $3.00 | | ($3.00) | Parking/Transit |
| 04/20/2026 | DBCRD PUR, PATH TAPP PAYGO CP, NJ | $3.00 | | ($3.00) | Parking/Transit |
| 04/20/2026 | DBCRD PUR, MTA NYCT PAYGO, New York NY | $3.00 | | ($3.00) | Parking/Transit |
| 04/21/2026 | ACH DEPOSIT, VOYA FIN 789 RNTHG ****024886 | | $6,900.00 | $6,900.00 | Transfer for Spouse to Pay Mortgage |
| 04/22/2026 | TD ATM DEBIT, 418-428 Market Street, Newark NJ | $500.00 | | ($500.00) | ATM Cash Withdrawal |
| 04/22/2026 | DEBIT POS, TARGET T 2006, Staten Island NY | $26.77 | | ($26.77) | Retail/Shopping |
| 04/22/2026 | DEBIT POS, SHOPRITE STIRLING S1, Stirling NJ | $18.28 | | ($18.28) | Groceries |
| 04/22/2026 | DEBIT (Other Withdrawal) | $10,500.00 | | ($10,500.00) | Mortgage Payment |
| 04/23/2026 | DEBIT POS, SHOPRITE STIRLING S1, Stirling NJ | $12.86 | | ($12.86) | Groceries |
| 04/23/2026 | DBCRD PUR, WENDYS 14806, Stirling NJ | $10.70 | | ($10.70) | Dining/Restaurant |
| 04/24/2026 | ATM CASH DEPOSIT, 469 7th Avenue, New York NY | | $5.00 | $5.00 | ATM Cash Deposit |
| 04/24/2026 | DBCRD PUR, M M II RESTAURANT, Hillside NJ | $15.80 | | ($15.80) | Dining/Restaurant |
| 04/24/2026 | DBCRD PUR, PATH TAPP PAYGO CP, NJ | $3.00 | | ($3.00) | Parking/Transit |
| 04/24/2026 | DEBIT POS, NJTRANSIT NY PENN STA, New York NY | $2.85 | | ($2.85) | Parking/Transit |
| 04/27/2026 | ACH DEPOSIT, WASTE CONNECTION PAYROLL ****68405770H6W | | $136.50 | $136.50 | Payroll Income |
| 04/27/2026 | DBCRD PUR, MTA LIRR STATION TIX, Jamaica NY | $7.50 | | ($7.50) | Parking/Transit |
| 04/27/2026 | DBCRD PUR, MTA LIRR STATION TIX, Jamaica NY | $7.50 | | ($7.50) | Parking/Transit |
| 04/27/2026 | DBCRD PUR, MTA NYCT PAYGO, New York NY | $3.00 | | ($3.00) | Parking/Transit |
| 04/28/2026 | DBCRD PUR, DICKS SPORTING GOODS, Union NJ | $26.65 | | ($26.65) | Retail/Shopping |
| 04/28/2026 | DBCRD PUR, PATH TAPP PAYGO CP, NJ | $3.00 | | ($3.00) | Parking/Transit |
| 04/29/2026 | ACH DEPOSIT, WASTE CONNECTION PAYROLL ****77938295LVD | | $2,159.71 | $2,159.71 | Payroll Income |
| 04/29/2026 | DBCRD PUR, CHICK FIL A 04353, Watchung NJ | $26.95 | | ($26.95) | Dining/Restaurant |
| 04/29/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $5.00 | | ($5.00) | Parking/Transit |
| 04/29/2026 | DBCRD PUR, MTA NYCT PAYGO, New York NY | $3.00 | | ($3.00) | Parking/Transit |
| 04/29/2026 | DBCRD PUR, PATH TAPP PAYGO CP, NJ | $3.00 | | ($3.00) | Parking/Transit |
| 04/29/2026 | DBCRD PUR, PATH TAPP PAYGO CP, NJ | $3.00 | | ($3.00) | Parking/Transit |
| 04/30/2026 | DBCRD PUR, SQ L INDUSTRIE PIZZERIA, New York NY | $44.28 | | ($44.28) | Dining/Restaurant |
| 04/30/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $13.25 | | ($13.25) | Parking/Transit |
| 04/30/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $5.00 | | ($5.00) | Parking/Transit |
| 04/30/2026 | DBCRD PUR, MTA NYCT PAYGO, New York NY | $3.00 | | ($3.00) | Parking/Transit |
| 04/30/2026 | DEBIT (Other Withdrawal) | $1,800.00 | | ($1,800.00) | Tax Payment |
| | **TOTAL** | **$19,722.11** | **$19,905.57** | **$183.46** | |

**TD Bank**
America's Most Convenient Bank®

E STATEMENT OF ACCOUNT

MARK E PEARSALL
DIP CASE 26-11672 DIST NJ
39 RIVER FARM LN
FAR HILLS NJ 07931

| | |
|---|---|
| Page: | 1 of 6 |
| Statement Period: | Apr 01 2026-Apr 30 2026 |
| Cust Ref #: | [redacted]E-*** |
| Primary Account #: | [redacted]4 |

## Chapter 11 Checking

MARK E PEARSALL
DIP CASE 26-11672 DIST NJ

Account # [redacted]4

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 181.48 | Average Collected Balance | 1,624.76 |
| Electronic Deposits | 19,905.57 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 2,222.11 | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 17,500.00 | Days in Period | 30 |
| Ending Balance | 364.94 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | ACH DEPOSIT, WASTE CONNECTION PAYROLL ***[redacted] | 2,304.57 |
| 04/07 | ATM CASH DEPOSIT, *****[redacted]<br>AUT 040726 ATM CASH DEPOSIT<br>154 LIBERTY CORNER RD WARREN * NJ | 100.00 |
| 04/15 | ACH DEPOSIT, WASTE CONNECTION PAYROLL ****[redacted] | 8,154.79 |
| 04/16 | ACH DEPOSIT, WASTE CONNECTION PAYROLL ****[redacted] | 145.00 |
| 04/21 | ACH DEPOSIT, VOYA FIN 789 RNTHG ****024886 | 6,900.00 |
| 04/24 | ATM CASH DEPOSIT, ****[redacted]6<br>AUT 042426 ATM CASH DE[redacted]<br>469 7TH AVENUE NEW YORK * NY | 5.00 |
| 04/27 | ACH DEPOSIT, WASTE CONNECTION PAYROLL **[redacted] | 136.50 |
| 04/29 | ACH DEPOSIT, WASTE CONNECTION PAYROLL ****[redacted] | 2,159.71 |
| | Subtotal: | 19,905.57 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/01 | DBCRD PUR AP, *****[redacted]AUT 033126 VISA DDA PUR AP<br>NYCDOT PARKING M[redacted] LONG ISLAND C * NY | 14.50 |
| 04/01 | DBCRD PUR AP, ***[redacted]AUT 033126 VISA DDA PUR AP<br>NYCDOT PARKING METERS LONG ISLAND C * NY | 14.50 |
| 04/02 | DBCRD PUR AP, ***[redacted]AUT 040126 VISA DDA PUR AP<br>NY PENN STA 01080001 NEW YORK * NY | 6.15 |
| 04/02 | DBCRD PUR AP, ****[redacted]AUT 040126 VISA DDA PUR AP<br>NEWARK 01360007 NEWARK * NJ | 6.15 |
| 04/03 | TD ATM DEBIT AP, *****[redacted]AUT 040326 DDA WITHDRAW AP<br>418 428 MARKET STREET NEWARK * NJ | 140.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account



**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| 1 | Ending Balance | 364.94 |
| 2 | Total Deposits | + |
| 3 | Sub Total | |
| 4 | Total Withdrawals | - |
| 5 | Adjusted Balance | |

2

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | 2 |

4

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | 4 |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARK E PEARSALL
DIP CASE 26-11672 DIST NJ

Page: 3 of 6
Statement Period: Apr 01 2026-Apr 30 2026
Cust Ref #: [redacted]
Primary Account #: [redacted]

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/03 | DBCRD PUR AP, ***[redacted]UT 040126 VISA DDA PUR AP<br>CHICK FIL A 04353 WATCHUNG * NJ | 26.24 |
| 04/03 | DBCRD PUR AP, *****[redacted]AUT 040226 VISA DDA PUR AP<br>NYCDOT PARKING METERS LONG ISLAND C * NY | 13.25 |
| 04/03 | DBCRD PUR AP, ****[redacted] AUT 040226 VISA DDA PUR AP<br>NY PENN STA 01110006 NEW YORK * NY | 6.15 |
| 04/03 | DBCRD PUR AP, ****[redacted] AUT 040226 VISA DDA PUR AP<br>NEWARK 01360007 NEWARK * NJ | 6.15 |
| 04/03 | DBCRD PUR AP, ***[redacted]AUT 040226 VISA DDA PUR AP<br>NYCDOT PARKING METERS LONG ISLAND C * NY | 2.00 |
| 04/06 | DBCRD PUR AP, ***[redacted]AUT 040426 VISA DDA PUR AP<br>WEGMANS HANOVER 128 PARSIPPANY * NJ | 6.92 |
| 04/06 | DBCRD PUR AP, ****[redacted]AUT 040326 VISA DDA PUR AP<br>NY PENN STA 01130004 NEW YORK * NY | 6.15 |
| 04/06 | DBCRD PUR AP, ***[redacted] AUT 040326 VISA DDA PUR AP<br>NEWARK 01360007 NEWARK * NJ | 6.15 |
| 04/06 | DBCRD PUR AP, ****[redacted]UT 040326 VISA DDA PUR AP<br>NYCDOT PARKING M[redacted] ISLAND C * NY | 4.50 |
| 04/06 | DBCRD PUR AP, *****[redacted]AUT 040326 VISA DDA PUR AP<br>NYCDOT PARKING METERS LONG ISLAND C * NY | 3.00 |
| 04/07 | DBCRD PUR AP, *****[redacted]AUT 040626 VISA DDA PUR AP<br>NYCDOT PARKING METERS LONG ISLAND C * NY | 13.25 |
| 04/07 | DBCRD PUR AP, ****[redacted]UT 040626 VISA DDA PUR AP<br>NEWARK 01360007 NEWARK * NJ | 6.15 |
| 04/07 | DBCRD PUR AP, ***[redacted]AUT 040626 VISA DDA PUR AP<br>NYCDOT PARKING METERS LONG ISLAND C * NY | 4.00 |
| 04/08 | DBCRD PUR AP, ****[redacted]AUT 040726 VISA DDA PUR AP<br>NEWARK 01370006 NEWARK * NJ | 6.15 |
| 04/08 | DBCRD PUR AP, *****[redacted] AUT 040726 VISA DDA PUR AP<br>NJT PORTABL00370030002 NEWARK * NJ | 6.15 |
| 04/09 | DBCRD PUR AP, ****[redacted] AUT 040726 VISA DDA PUR AP<br>TST THE REFUGE FOOD AND MELVILLE * NY | 65.24 |
| 04/09 | DBCRD PUR AP, ****[redacted]UT 040826 VISA DDA PUR AP<br>NEWARK 01360007 NEWARK * NJ | 6.15 |
| 04/09 | DBCRD PUR AP, *****[redacted]AUT 040826 VISA DDA PUR AP<br>NY PENN STA 00910000 NEW YORK * NY | 6.15 |
| 04/10 | DBCRD PUR AP, ****[redacted] AUT 040926 VISA DDA PUR AP<br>NJTRANSIT NEWARK NEWARK * NJ | 2.20 |
| 04/16 | NONTD ATM DB AP, *****[redacted]AUT 041626 DDA WITHDRAW AP<br>CROWN BANK NEWARK * NJ | 102.50 |
| 04/16 | TD ATM DEBIT AP, **[redacted]UT 041626 DDA WITHDRAW AP<br>469 7TH AVENUE NEW YORK * NY | 100.00 |
| 04/16 | DBCRD PUR AP, *****[redacted]AUT 041426 VISA DDA PUR AP<br>OMNY VENDING NEW YORK * NY | 3.50 |
| 04/16 | DBCRD PUR AP, ***[redacted]AUT 041426 VISA DDA PUR AP<br>MTA NYCT PAYGO RECOVER NEW YORK * NY | 3.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARK E PEARSALL
DIP CASE 26-11672 DIST NJ

Page: 4 of 6
Statement Period: Apr 01 2026-Apr 30 2026
Cust Ref #: [redacted]-E-***
Primary Account #: [redacted]

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/16 | DBCRD PUR AP, ***[redacted]AUT 041526 VISA DDA PUR AP<br>NYCDOT PARKING METERS LONG ISLAND C * NY | 2.00 |
| 04/17 | DEBIT POS AP, ****[redacted]AUT 041726 DDA PURCHASE AP<br>SHOPRITE VETERANS RD S1 STATEN ISLAND * NY | 259.61 |
| 04/17 | DEBIT POS AP, *[redacted]AUT 041726 DDA PURCHASE AP<br>THE HOME DEPOT 1281 STATEN ISLAND * NY | 78.25 |
| 04/17 | DEBIT POS AP, *****[redacted]UT 041726 DDA PURCHASE AP<br>TARGET T 2006 STATEN ISLAND * NY | 50.96 |
| 04/17 | DEBIT POS AP, ****[redacted]AUT 041726 DDA PURCHASE AP<br>SHOPRITE STIRLING S1 STIRLING * NJ | 29.56 |
| 04/17 | DBCRD PUR AP, *****[redacted]AUT 041626 VISA DDA PUR AP<br>NYCDOT PARKING [redacted] ISLAND C * NY | 5.00 |
| 04/20 | DBCRD PMT AP, ***[redacted]UT 041826 VISA DDA PUR AP<br>VERIZON BILL PAYMENT VERIZON COM * FL | 263.44 |
| 04/20 | TD ATM DEBIT AP, **[redacted]AUT 042026 DDA WITHDRAW AP<br>418 428 MARKET STREET NEWARK * NJ | 100.00 |
| 04/20 | DBCRD PUR AP, ***[redacted]AUT 041726 VISA DDA PUR AP<br>LING LING RESTAURANT BASKING RIDGE * NJ | 48.51 |
| 04/20 | DEBIT POS AP, ***[redacted]AUT 042026 DDA PURCHASE AP<br>SEABRA FOODS INC CHEST NEWARK * NJ | 30.14 |
| 04/20 | DBCRD PUR AP, ***[redacted]AUT 041626 VISA DDA PUR AP<br>PATH TAPP VENDI[redacted]Y CITY * NJ | 10.00 |
| 04/20 | DBCRD PUR AP, ***[redacted]AUT 041626 VISA DDA PUR AP<br>PATH TAPP VENDI[redacted]Y CITY * NJ | 5.00 |
| 04/20 | DBCRD PUR AP, ****[redacted]AUT 041626 VISA DDA PUR AP<br>PATH TAPPPAYGO TAPDRCP NEW JERSEY * NJ | 3.00 |
| 04/20 | DBCRD PUR AP, *****[redacted]UT 041626 VISA DDA PUR AP<br>PATH TAPP PAYGO CP NEW JERSEY * NJ | 3.00 |
| 04/20 | DBCRD PUR AP, *[redacted]UT 041626 VISA DDA PUR AP<br>MTA NYCT PAYGO NEW YORK * NY | 3.00 |
| 04/22 | TD ATM DEBIT AP[redacted]UT 042226 DDA WITHDRAW AP<br>418 428 MARKET S[redacted] * NJ | 500.00 |
| 04/22 | DEBIT POS AP, ***[redacted]AUT 042226 DDA PURCHASE AP<br>TARGET T 2006 [redacted]LAND * NY | 26.77 |
| 04/22 | DEBIT POS AP, ****[redacted]UT 042126 DDA PURCHASE AP<br>SHOPRITE STIRLING S1 STIRLING * NJ | 18.28 |
| 04/23 | DEBIT POS AP, ****[redacted]AUT 042226 DDA PURCHASE AP<br>SHOPRITE STIRLING S1 STIRLING * NJ | 12.86 |
| 04/23 | DBCRD PUR AP, ***[redacted]AUT 042126 VISA DDA PUR AP<br>WENDYS 14806 STIRLING * NJ | 10.70 |
| 04/24 | DBCRD PUR AP, **[redacted]UT 042226 VISA DDA PUR AP<br>M M II RESTAURA[redacted] * NJ | 15.80 |
| 04/24 | DBCRD PUR AP, ***[redacted]T 042326 VISA DDA PUR AP<br>PATH TAPP PAYGO[redacted]SEY * NJ | 3.00 |
| 04/24 | DEBIT POS AP, **[redacted]UT 042426 DDA PURCHASE AP<br>NJTRANSIT NY PENN STA NEW YORK * NY | 2.85 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARK E PEARSALL
DIP CASE 26-11672 DIST NJ

| | |
|---|---|
| Page: | 5 of 6 |
| Statement Period: | Apr 01 2026-Apr 30 2026 |
| Cust Ref #: | [redacted]*** |
| Primary Account #: | [redacted] |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/27 | DBCRD PUR AP, *****[redacted]AUT 042426 VISA DDA PUR AP MTA LIRR STATION TIX JAMAICA * NY | 7.50 |
| 04/27 | DBCRD PUR AP, ***[redacted]UT 042426 VISA DDA PUR AP MTA LIRR STATION[redacted] * NY | 7.50 |
| 04/27 | DBCRD PUR AP, ***[redacted]UT 042326 VISA DDA PUR AP MTA NYCT PAYGO NEW YORK * NY | 3.00 |
| 04/28 | DBCRD PUR AP, *[redacted]UT 042726 VISA DDA PUR AP DICKS SPORTING GOODS UNION * NJ. | 26.65 |
| 04/28 | DBCRD PUR AP, ****[redacted]UT 042726 VISA DDA PUR AP PATH TAPP PAYGO CP NEW JERSEY * NJ | 3.00 |
| 04/29 | DBCRD PUR AP, **[redacted] 042726 VISA DDA PUR AP CHICK FIL A 04353 WATCHUNG * NJ | 26.95 |
| 04/29 | DBCRD PUR AP, ****[redacted]AUT 042826 VISA DDA PUR AP NYCDOT PARKING METERS LONG ISLAND C * NY | 5.00 |
| 04/29 | DBCRD PUR AP, ****[redacted]AUT 042726 VISA DDA PUR AP MTA NYCT PAYGO NEW YORK * NY | 3.00 |
| 04/29 | DBCRD PUR AP, ****[redacted]UT 042826 VISA DDA PUR AP PATH TAPP PAYGO CP NEW JERSEY * NJ | 3.00 |
| 04/29 | DBCRD PUR AP, ***[redacted]UT 042826 VISA DDA PUR AP PATH TAPP PAYGO[redacted]SEY * NJ | 3.00 |
| 04/30 | DBCRD PUR AP, ***[redacted]AUT 042926 VISA DDA PUR AP SQ L INDUSTRIE PIZZERIA NEW YORK * NY | 44.28 |
| 04/30 | DBCRD PUR AP, *[redacted]AUT 042926 VISA DDA PUR AP NYCDOT PARKING METERS LONG ISLAND C * NY | 13.25 |
| 04/30 | DBCRD PUR AP, ****[redacted]AUT 042926 VISA DDA PUR AP NYCDOT PARKING [redacted] ISLAND C * NY | 5.00 |
| 04/30 | DBCRD PUR AP, ****[redacted]UT 042826 VISA DDA PUR AP MTA NYCT PAYGO NEW YORK * NY | 3.00 |
| | Subtotal: | 2,222.11 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/02 | DEBIT | 2,200.00 |
| 04/16 | DEBIT | 3,000.00 |
| 04/22 | DEBIT | 10,500.00 |
| 04/30 | DEBIT | 1,800.00 |
| | Subtotal: | 17,500.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 03/31 | 181.48 | 04/17 | 4,674.21 |
| 04/01 | 2,457.05 | 04/20 | 4,208.12 |
| 04/02 | 244.75 | 04/21 | 11,108.12 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARK E PEARSALL
DIP CASE 26-11672 DIST NJ

Page: 6 of 6
Statement Period: Apr 01 2026-Apr 30 2026
Cust Ref #: [redacted]E-***
Primary Account #: [redacted]

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/03 | 50.96 | 04/22 | 63.07 |
| 04/06 | 24.24 | 04/23 | 39.51 |
| 04/07 | 100.84 | 04/24 | 22.86 |
| 04/08 | 88.54 | 04/27 | 141.36 |
| 04/09 | 11.00 | 04/28 | 111.71 |
| 04/10 | 8.80 | 04/29 | 2,230.47 |
| 04/15 | 8,163.59 | 04/30 | 364.94 |
| 04/16 | 5,097.59 | | |

DUANE reade
by Walgreens
#14138 333 7 AVE
NEW YORK, NY 10001
212-239-0167

202 443 0004 04/20/2026 51

WET ONES SENSITIV 20 3.29
07602804863

SUBTOTAL
SALES TAX A 8.875%

TOTAL 4.00
CASH 0.42
CHANGE

THANK YOU FOR SHOPPING AT DUANE READE
COULD HAVE EARNED ADDITIONAL WALGREENS CASH REWARDS ... MYWALGREENS ... RESTRICTIONS ... CONDITIONS, VISIT ...

NOT A MEMBER? JOIN NOW AT ANY REGISTER OR GO TO MYWALGREENS.COM ... QUICK, EASY AND FREE! ... CASH REWARDS OFF FUTURE PURCHASES.

RFN# 1413-8044-4361-2604-2003

---

ShopRite
we are here.

ShopRite of STIRLING
VALLEY RD.
(908) 604-2129

04/17/26 07:46pm 5443 R76 T126 C76

Regular Items
KNOX ORIGINAL GELA 19.99 F
SRPB SLDR BG STRG 2.99 T
SRGB SALTED BUTTER 3.49 F
On Sale You Saved 0.30
FLETSCH ACTIVE YFA 2.59 F
Valued Customer 47118661807
TAX 0.20
**** BALANCE 29.56

ShopRite Debit Receipt
Store # 443 of STIRLING , NJ
Terminal: 76 Operator: 76 Trans: 126
Date: 04/17/26 Time: 07:46pm

Purchase: $ 29.56
Acct#. ************0326 CHIP

Response : APPROVED
Approval : 084639
Reference: 177261077119661939

DEBIT 29.56
CHANGE 0.00
TOTAL NUMBER OF ITEMS SOLD = 4

ShopRite Savings
Total On Sale Savings $ 0.30

---

Staten Island - 718-701-6205
2900 Veterans Rd W
Staten Island, New York 10309-2500
04/17/2026 11:11 AM

GROCERY
210050294 GG CHICKEN NF $19.58
2 @ $9.79 ea
071201143 MadeGood NF $6.99
055021873 BUBS TF $2.99
261050549 NUT A/O SEED NF $7.39
055022323 MOUNDS TF $6.19
055020670 UNREAL TF $6.39
NON RETAIL
004100019 TARGET BAG TP $0.00
Bag Fee $0.05

SUBTOTAL $49.58
T = NY TAX 8.87500 on $15.57 $1.38
TOTAL $50.96
*0326 DEBIT TOTAL PAYMENT $50.96
AID: A0000000980840
US DEBIT
AUTH CODE: 001103

---

The Home Depot
How doers get more done.

STORE MANAGER CHRIS GRASSO
STATEN ISLAND, NY 10309 (718)984-4036

1281 00006 53817 04/17/26 09:12 AM
SALE CASHIER MARTA

030772157053 SELECT-A-SIZ <A> 26.98
BOUNTY SAS 12 DOUBLE ROLLS
627854010371 FABULOSO BDC <A> 10.98
FABULOSO 2X APC LEMON 169OZ
030772094327 DWNSHT30 <A> 9.97
DOWNY MEGA DRYER SHEETS ...
030772121016 TIDE LQ 146 <A> 19.97
TIDE LIQ DETERGENT ORIGINAL 125OZ
616136720099 4G TRASH BAG <A> 3.97
4GAL 35 COUNT SMALL TRASH BAG

SUBTOTAL 71.87
SALES TAX 6.38
TOTAL $78.25
XXXXXXXXXXXX0326 DEBIT USD$ 78.25

AUTH CODE 001162
AUTH MODE - ISSUER
Contactless Verified By PIN
AID A0000000980840 US DEBIT

1281 04/17/26 09:12 AM

---

Wegmans
Every day you get our best!

34 SYLVAN WAY
PARSIPPANY, NJ 07054
(973) 434-1500

04/04/26 OP# 95

GREEN ONION BUNCH 1.49 F
0.48 lb @ 3.49 /lb
WT PEPPER YELLOW 1.68 F
0.29 lb @ 4.49 /lb
WT GARLIC BULK 1.30 F
2.06 lb @ 1.19 /lb
WT BULK RUSSET POTATO 2.45 F
TAX 0.00

**** BALANCE 6.92

VISA PURCHASE
CARD NUMBER: ************0326 H
VISA DEBIT 07
AUTH: 071344 RCPT: 395893
CODE: 0000 Approved
AID: A0000000031010

CREDIT CARD 6.92
CHANGE 0.00

04/04/26 18:13 128 395 164 96

Every day you get our best!
Thank you!

CUSTOMER COPY

---

Wegmans
Every day you get our best!

34 SYLVAN WAY
PARSIPPANY, NJ 07054
(973) 434-1500

04/04/26 OP# 95

TULIPS 9.00 T
TULIPS 9.00 T
TAX 1.19

**** BALANCE 19.19

VISA PURCHASE
CARD NUMBER: ************1951 H
VISA CREDIT 07
AUTH: 03787D RCPT: 395...
CODE: 0000 Approved
AID: A0000000031010

CREDIT CARD 19.19
CHANGE 0.00

04/04/26 18:11 128 395 163 95

Every day you get our best!
Thank you!

CUSTOMER COPY

---

NJ TRANSIT
The Way To Go.

RECEIPT

04/24/26 17:57

NJ TRANSIT Rail
1 SR-D One Way
NYP NYP **NWK**
SERIAL NR 00528
FARE $2.85

TOTAL $2.85

PAYMENT Debit

ShopRite
we are here.

3010 Veterans Road West
STATEN ISLAND, NY 10309
* Store Phone Number 718-948-4946

Your cashier today is KELLY

04/17/26 10:50am S112 R5 T49 C165

* Regular Items *

| | | |
|---|---|---|
| | MSN CA WW BURRITO | 4.99 F |
| | FRITO LAY FVRTS MI | 6.99 F |
| On Sale You Saved 0.20 | | |
| | APL/EVE FRT HRVST | 3.99 B |
| | SRPB BATH 6-24 MEG | 4.99 T |
| | GM FLOUR UNBLEACH | 4.99 F |
| | DOM SUGAR GLDN CAN | 4.99 F |
| | WP CROUTONS SEASON | 2.99 F |
| | GM CHEERIOS MEDIUMPC | 3.99 F |
| On Sale You Saved 1.60 | | |
| SC | General Mills Oria | 2.00-F |
| | KEL FROOT LOOPS LAPC | 5.41 F |
| On Sale You Saved 0.58 | | |
| SC | Kellogg's Original | 1.42-F |
| 2 @ 2/5.00 | | |
| | TUTO TOMATO SAUCE | 5.00 F |
| | AH BAKING SODA SHA | 2.99 F |
| | DOLE NSA PEACH BWL | 3.99 F |
| | RAO SCE MARINARA PC | 7.39 F |
| On Sale You Saved 0.60 | | |
| SC | Rao's Pasta Sauce | 1.40-F |
| | SG RIGATONI #123 PC | 1.39 F |
| On Sale You Saved 0.28 | | |
| SC | San Giorgio Pasta | 0.40-F |
| | SG PENNE RIGATE PC | 1.39 F |
| On Sale You Saved 0.27 | | |
| SC | San Giorgio Pasta | 0.40-F |
| | POLAND SPRING PET PC | 1.89 B |
| On Sale You Saved 0.11 | | |
| DP | BOTTLE DEPOSIT NP | 0.05 F |
| SC | Poland Spring Wate | 0.20-B |
| | POLAND SPRING PET PC | 1.89 B |
| On Sale You Saved 0.11 | | |
| DP | BOTTLE DEPOSIT NP | 0.05 F |
| SC | Poland Spring Wate | 0.20-B |
| | NBC CHP AH NB ORE | 7.49 F |
| | KRUST PNCK MIX 8TT | 3.99 F |
| | WET ONES WP AB FRS | 1.99 T |
| 2 @ 2/1.00 | | |
| | MANNIX SR BOX BAG | 1.00 T |
| | LAYS CLSSC PRTY SZPC | 5.79 F |
| On Sale You Saved 0.40 | | |
| SC | Frito Lay Snacks | 1.59-F |
| | LAYS BBQ PRTY SZ PC | 5.79 F |
| On Sale You Saved 0.40 | | |
| | 85% LEAN GRD BEEF | 7.62 F |
| | FP MEAT LOAF MIX | 11.81 F |
| | CAB CHUCK SHORT RI | 12.39 F |
| On Sale You Saved 1.24 | | |
| | CAB CHUCK SHORT RI | 11.89 F |
| On Sale You Saved 1.19 | | |
| | B&E BNLS CKN BRAST | 19.42 F |
| | DANIM STRAWBERRY | 3.99 F |
| | YOCR SWBY MMS 4PK | 3.99 F |
| | DAISY SOUR CREAM | 2.99 F |
| | SRBB HEAVY CRM QT | 6.99 F |
| | BB MOZZ LMPS SHR P | 7.99 F |
| | EB XLRG GRADE A EG | 6.49 F |
| | TROP PREM HMSTYLE | 8.99 F |
| | SIMPLY LEMND W/RSP | 3.29 B |
| On Sale You Saved 0.20 | | |
| | SRBB 2% MILK 1/2 G | 2.89 F |
| | SRBB HVD MILK QUAR | 1.89 F |
| | SF PC ORIGINAL PS | 7.99 F |
| | SART PARM GRATED B | 6.99 F |
| 2 @ 2/5.00 | | |
| | ITL VIL LARGE CHS | 5.00 F |
| | 2LB BB 31/40 CKD | 17.98 F |
| On Sale You Saved 6.00 | | |
| | ALW INF FF SZ 4 ON | 14.79 |
| | ALWAYS LINERS THN | 1.49 Q |
| | VAGISIL ODR BLOCK | 4.29 |
| Valued Customer | | 47113661887 |
| | TAX | 1.66 |
| | **** BALANCE | 269.61 |

---

ShopRite
we are here.

ShopRite of STIRLING
VALLEY RD.
(908) 604-2129

04/21/26 09:22pm S443 R1 T174 C443364

* Regular Items *

| | |
|---|---|
| MCCLURES HONEY ORG | 11.29 F |
| CHOB YUG NF PLAIN | 6.99 F |
| TAX | 0.00 |
| **** BALANCE | 18.28 |

ShopRite Debit Receipt
Store # 443 of STIRLING , NJ
Terminal: 1 Operator: 443364 Trans: 17
Date: 04/21/26 Time: 09:21pm

Purchase: $ 18.28
Acct#: ***********0326 CHIP

Response : APPROVED
Approval : 002207
Reference: 176261117692760401

| | |
|---|---|
| DEBIT | 18.28 |
| CHANGE | 0.00 |

TOTAL NUMBER OF ITEMS SOLD = 2
04/21/26 09:22pm 443 1 174 443364

---

ShopRite
we are here.

ShopRite of STIRLING
VALLEY RD.
(908) 604-2129

04/22/26 08:19pm S443 R74 T185 C74

* Regular Items *

| | |
|---|---|
| JELLO CK&SRV CHOC | 1.69 F |
| JELLO GEL SF STRWB | 1.69 F |
| JELLO GEL SF BLK C | 1.69 F |
| MCMK EXT VANILLA | 7.79 F |
| TAX | 0.00 |
| **** BALANCE | 12.86 |

ShopRite Debit Receipt
Store # 443 of STIRLING , NJ
Terminal: 74 Operator: 74 Trans: 185
Date: 04/22/26 Time: 08:20pm

Purchase: $ 12.86
Acct#: ***********0326 CHIP

Response : APPROVED
Approval : 092025
Reference: 1762614[illegible]7322606094

| | |
|---|---|
| DEBIT | 12.86 |
| CHANGE | 0.00 |

---

SCAN FOR LOCAL

ShopRite
we are here.

ShopRite of STIRLING
VALLEY RD.
(908) 604-2129

04/29/26 08:26pm S443 R75 T164 C75

* Regular Items *

| | |
|---|---|
| PEETS COFF FRENCH | 12.99 F |
| TAX | 0.00 |
| **** BALANCE | 12.99 |

ShopRite Debit Receipt
Store # 443 of STIRLING , NJ
Terminal: 75 Operator: 75 Trans: 164
Date: 04/29/26 Time: 08:28pm

Purchase: $ 12.99
Acct#: ***********6832 CHIP

Response : APPROVED
Approval : 306917
Reference: 17626117[illegible]70718068

| | |
|---|---|
| DEBIT | 12.99 |
| CHANGE | 0.00 |

---

Welcome [illegible]
Edison [illegible]
[illegible] NJ
[illegible]2 743-7123
[illegible] Flamenbaum

GUEST COPY
[illegible]/2026 2:21:52 PM
[illegible]

| | | |
|---|---|---|
| 1 | Nugget | 20.85 |
| 1 | Fries LG | 6.78 |
| | CFA Sauce | 0.00 |
| | [illegible] | 3.09 |

[illegible] Total:

| | |
|---|---|
| Change | |
| Visa: | $32. |

Register:5 Tran Seq No: 2527570
Cashier:Madisyn
It was a pleasure serving you!
Have a wonderful day.

Mar 28 2026 2:21 pm

| | |
|---|---|
| Card Number | : ***********0326 |
| Card Type | : VISA |
| Approval | : 032151 |
| AID | : A0000000031010 |

---

New Yorker [illegible]
Margherita [illegible]
$4.25 [illegible]
BOX [illegible]

Total

---

tapp
Friday [illegible]
6:51:13 AM
Newark [illegible]
Device Name: NKBM[illegible]
NOT FOR TRAVEL
Reload
Order #: 00000
TAPP Card #: **
Transit Account #:
100056
Initial Stored Val
Balance:
Reload/TAPP Ca
Stored Value:
Total price:
Current Stored Val
Balance:
Payment method:
Cash entered:
Change returned:
Questions? Cont
customer service
1-800-234-728
THANK YO

12:36PM 04/30/26 *7264 CK WDRL $1,800.00 4575

Verizon
State Farm
State Farm
[illegible]

Download our mobile app.

TD Bank
America's Most Convenient Bank®
1-888-751-9000 | tdbank.com

We're your biggest fan & cheerleader. *\o/*

Member FDIC, TD Bank, N.A. | Deposits may not be available for immediate withdrawal. If you are a new Customer to TD Bank, special funds availability rules may apply within the first thirty (30) days your account is open. All items are received subject to verification, collection and the provisions of any applicable collection agreement. 50-0178 (02/22)

10:14AM 04/02/26 *7264 CK WDRL $2,200.00 4575

Household

Download our mobile app.

TD Bank
America's Most Convenient Bank®
1-888-751-9000 | tdbank.com

Being your receipt is the best part of my day.

Member FDIC, TD Bank, N.A. | Deposits may not be available for immediate withdrawal. If you are a new Customer to TD Bank, special funds availability rules may apply within the first thirty (30) days your account is open. All items are received subject to verification, collection and the provisions of any applicable collection agreement. 50-0178 (02/22)

12:26PM 04/16/26 *7264 CK WDRL $3,000.00 4575

Mortgage
Household

Download our mobile app.

TD Bank
America's Most Convenient Bank®
1-888-751-9000 | td.com

Member FDIC, ©2025, TD Bank, N.A. and/or its affiliates. All rights reserved. Loans subject to credit approval. | Equal Housing Lender 50-0178 (04/25)

**Cash in on convenience.** You'll find Santander branches and 2,000+ ATMs across the Northeast and in Miami, Florida, including over 1,000 in many CVS Pharmacy® locations.

Santander®

CUSTOMER RECEIPT

DATE: 04/22/2026 12:56 REFERENCE: 0317-2203-837-38DHX84

CUSTOMER PRESENTS: Cash In: $10,500.00

DEPOSIT/PAYMENT:
SIMPLY RIGHT CHECKING **9860: $10,500.00

Mortgage
Deposit

**Bank online or on your device** at santanderbank.com or by downloading our Mobile Banking App.

Member FDIC ©2022 Santander Bank, N.A.
ATG014 738401 08/2022

Notes to Monthly Operating Report

1. The values used in Part 2 are based on the Amended Schedules filed on March 20, 2026 (Docket No. 22). For the value of the Debtor's real estate at 39 River Farm Lane (the "Property"), the value listed is 50% of the $1,950,000 scheduled value of the property because the Debtor holds title to the property with his wife through a tenancy by the entireties. The Property is scheduled without a secured claim because the Debtor is not liable for the promissory note that is secured by a mortgage against the property. Northpointe Bank filed a motion for relief from the automatic stay on June 16, 2026, and asserted that the unpaid amount due on the Note was $2,016,958.25. (Docket No. 53-2).

2. On the petition date, the Debtor had bank accounts with a value of $195 that were jointly held with his non-filing spouse. After the filing, the Debtor opened a debtor-in-possession bank account and removed his name from the joint bank accounts. Accordingly, the balance of those accounts is listed as a disbursement in Part 1 of the operating report as a household expense as the non-filing spouse paid household expenses in February 2026.