UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

Clear All Fields

Save

In Re. Mark Pearsall §

§

§

Debtor(s) §

Case No. 26-11672

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 05/31/2026

Petition Date: 02/14/2026

Months Pending: 4

Industry Classification: 0 0 0 0

Reporting Method: Accrual Basis ○ Cash Basis ◉

Debtor's Full-Time Employees (current): 0

Debtor's Full-Time Employees (as of date of order for relief): 0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☐ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

Signature of Responsible Party

Rebecca Schore

Printed Name of Responsible Party

08/05/2026

Date

1 Harmon Meadow Blvd., Ste 201, Secaucus, NJ 07094

Address

Click "Generate PDF" to Remove Watermark

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Mark Pearsall | Save | Case No. 26-11672

| Part 1: Cash Receipts and Disbursements | | Current Month | Cumulative |
|---|---|---|---|
| a. | Cash balance beginning of month | $364 | |
| b. | Total receipts (net of transfers between accounts) | $6,164 | $33,128 |
| c. | Total disbursements (net of transfers between accounts) | $5,124 | $31,933 |
| d. | Cash balance end of month (a+b-c) | $1,405 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $5,124 | $31,933 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month |
|---|---|---|
| a. | Accounts receivable (total net of allowance) | $0 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. | Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d | Total current assets | $15 |
| e. | Total assets | $993,261 |
| f. | Postpetition payables (excluding taxes) | $0 |
| g. | Postpetition payables past due (excluding taxes) | $0 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $0 |
| k. | Prepetition secured debt | $278,400 |
| l. | Prepetition priority debt | $205,445 |
| m. | Prepetition unsecured debt | $708,769 |
| n. | Total liabilities (debt) (j+k+l+m) | $1,192,614 |
| o. | Ending equity/net worth (e-n) | $-199,352 |

| Part 3: Assets Sold or Transferred | | Current Month | Cumulative |
|---|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | | Current Month | Cumulative |
|---|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $0 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. | Gross profit (a-b) | $0 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $0 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $0 | $0 |

Click "Generate PDF" to Remove Watermark

Debtor's Name Mark Pearsall Save Case No. 26-11672

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| Add | | Firm Name | Role | | | | |
| Delete | i | Scura | Lead Counsel | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| Add | | Firm Name | Role | | | | |
| Delete | i | Vestcorp LLC | Financial Professional | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

## Part 6: Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt? (if yes, see Instructions) Yes ○ No ◉

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) Yes ○ No ◉

c. Were any payments made to or on behalf of insiders? Yes ○ No ◉

d. Are you current on postpetition tax return filings? Yes ◉ No ○

e. Are you current on postpetition estimated tax payments? Yes ◉ No ○

f. Were all trust fund taxes remitted on a current basis? Yes ◉ No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) Yes ○ No ◉

h. Were all payments made to or on behalf of professionals approved by the court? Yes ○ No ○ N/A ◉

i. Do you have:
- Worker's compensation insurance? Yes ○ No ◉
  - If yes, are your premiums current? Yes ○ No ○ N/A ◉ (if no, see Instructions)
- Casualty/property insurance? Yes ○ No ◉
  - If yes, are your premiums current? Yes ○ No ○ N/A ◉ (if no, see Instructions)
- General liability insurance? Yes ○ No ◉
  - If yes, are your premiums current? Yes ○ No ○ N/A ◉ (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? Yes ○ No ◉

k. Has a disclosure statement been filed with the court? Yes ○ No ◉

Click "Generate PDF" to Remove Watermark

Debtor's Name Mark Pearsall Save Case No. 26-11672

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? Yes (•) No ( )

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ( ) No (•) |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ( ) No ( ) N/A (•) |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

Click "Generate PDF" to Remove Watermark

Signature of Responsible Party — Mark Pearsall, Printed Name of Responsible Party

Debtor — Title

07/29/2026 — Date

Save

Generate PDF for Court Filing and Remove Watermark

Pearsoll
Case # 26-11672
Receipts - Disbursements

| Date | Description | Debit / Withdrawl | Credit / Deposit | Amount | Category |
|---|---|---|---|---|---|
| 05/01/2026 | DEBIT POS, 7 ELEVEN, Basking Ridge NJ | $31.98 | | ($31.98) | Retail/Shopping |
| 05/01/2026 | DBCRD PUR, NJTRANSIT NY PENN STA, New York NY | $6.15 | | ($6.15) | Parking/Transit |
| 05/01/2026 | DBCRD PUR, PATH TAPP PAYGO CP, NJ | $3.00 | | ($3.00) | Parking/Transit |
| 05/01/2026 | DBCRD PUR, PATH TAPP PAYGO CP, NJ | $3.00 | | ($3.00) | Parking/Transit |
| 05/01/2026 | DBCRD PUR, NJTRANSIT NEWARK, Newark NJ | $2.85 | | ($2.85) | Parking/Transit |
| 05/04/2026 | DBCRD PUR, EXXON SOMERSET HILLS E, Basking Ridge NJ | $25.00 | | ($25.00) | Gas/Travel |
| 05/05/2026 | ATM CASH DEPOSIT, 469 7th Avenue, New York NY | | $10.00 | $10.00 | ATM Cash Deposit |
| 05/05/2026 | DBCRD PUR, MCDONALD S F2534, Carle Place NY | $18.01 | | ($18.01) | Dining/Restaurant |
| 05/05/2026 | DBCRD PUR, PATH TAPP PAYGO CP, NJ | $3.25 | | ($3.25) | Parking/Transit |
| 05/05/2026 | DBCRD PUR, PATH TAPP PAYGO CP, NJ | $3.25 | | ($3.25) | Parking/Transit |
| 05/06/2026 | DBCRD PUR, JERSEY MIKES 34020, Carle Place NY | $21.37 | | ($21.37) | Dining/Restaurant |
| 05/06/2026 | DBCRD PUR, PATH TAPP PAYGO CP, NJ | $3.25 | | ($3.25) | Parking/Transit |
| 05/07/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $13.25 | | ($13.25) | Parking/Transit |
| 05/07/2026 | DBCRD PUR, DUANE READE 21437, New York NY | $6.84 | | ($6.84) | Retail/Shopping |
| 05/08/2026 | ATM CASH DEPOSIT, 154 Liberty Corner Rd, Warren NJ | | $70.00 | $70.00 | ATM Cash Deposit |
| 05/08/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $8.50 | | ($8.50) | Parking/Transit |
| 05/11/2026 | CHECK #102 - MTA Bridges and Tunnels | $83.50 | | ($83.50) | Check Payment |
| 05/11/2026 | DEBIT POS, ACME 2675, Warren NJ | $145.31 | | ($145.31) | Groceries |
| 05/11/2026 | DEBIT POS, SHOPRITE STIRLING S1, Stirling NJ | $19.35 | | ($19.35) | Groceries |
| 05/11/2026 | DBCRD PUR, M M II RESTAURANT, Hillside NJ | $15.80 | | ($15.80) | Dining/Restaurant |
| 05/11/2026 | DBCRD PUR, JERSEY MIKES 1057, New Providence NJ | $13.87 | | ($13.87) | Dining/Restaurant |
| 05/11/2026 | DEBIT POS, ACME 2675, Warren NJ | $7.99 | | ($7.99) | Groceries |
| 05/11/2026 | DBCRD PUR, EMPORIUM112 SUPERMARKET, Newark NJ | $5.95 | | ($5.95) | Groceries |
| 05/11/2026 | DBCRD PUR, PATH TAPP PAYGO CP, NJ | $3.25 | | ($3.25) | Parking/Transit |
| 05/11/2026 | DBCRD PUR, PATH TAPP PAYGO CP, NJ | $3.25 | | ($3.25) | Parking/Transit |
| 05/11/2026 | DBCRD PUR, MTA NYCT PAYGO, New York NY | $3.00 | | ($3.00) | Parking/Transit |
| 05/12/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $5.00 | | ($5.00) | Parking/Transit |
| 05/12/2026 | DBCRD PUR, PATH TAPP PAYGO CP, NJ | $3.25 | | ($3.25) | Parking/Transit |
| 05/12/2026 | DBCRD PUR, PATH TAPP PAYGO CP, NJ | $3.25 | | ($3.25) | Parking/Transit |
| 05/13/2026 | ACH DEPOSIT, WASTE CONNECTION PAYROLL ****43885389LVD | | $2,159.71 | $2,159.71 | Payroll Income |
| 05/13/2026 | ATM CASH DEPOSIT, 154 Liberty Corner Rd, Warren NJ | | $200.00 | $200.00 | ATM Cash Deposit |
| 05/13/2026 | DBCRD PUR, PANERA BREAD 601500 K, Basking Ridge NJ | $10.47 | | ($10.47) | Dining/Restaurant |
| 05/13/2026 | DBCRD PUR, NASTO S OLD WORLD DESSER, NJ | $4.63 | | ($4.63) | Dining/Restaurant |
| 05/14/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $13.25 | | ($13.25) | Parking/Transit |
| 05/14/2026 | DBCRD PUR, PATH TAPPPAYGO SSDRCNP, NJ | $3.25 | | ($3.25) | Parking/Transit |

Pearsoll
Case # 26-11672
Receipts - Disbursements

| Date | Description | Debit / Withdrawl | Credit / Deposit | Amount | Category |
|---|---|---|---|---|---|
| 05/14/2026 | DEBIT (Other Withdrawal) | $2,100.00 | | ($2,100.00) | Household Share |
| 05/15/2026 | DEBIT POS, PETCO 3794, Staten Island NY | $29.39 | | ($29.39) | Pet |
| 05/15/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $13.25 | | ($13.25) | Parking/Transit |
| 05/15/2026 | DBCRD PUR, MCDONALD S F6978, Newark NJ | $8.40 | | ($8.40) | Dining/Restaurant |
| 05/15/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $4.00 | | ($4.00) | Parking/Transit |
| 05/18/2026 | TD ATM DEBIT, 418-428 Market Street, Newark NJ | $100.00 | | ($100.00) | ATM Cash Withdrawal |
| 05/18/2026 | DBCRD PUR, MTA LIRR STATION TIX, Jamaica NY | $27.50 | | ($27.50) | Parking/Transit |
| 05/18/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $13.25 | | ($13.25) | Parking/Transit |
| 05/18/2026 | DBCRD PUR, MTA NYCT PAYGO, New York NY | $3.00 | | ($3.00) | Parking/Transit |
| 05/19/2026 | ATM CASH DEPOSIT, 154 Liberty Corner Rd, Warren NJ | | $250.00 | $250.00 | ATM Cash Deposit |
| 05/19/2026 | ATM CASH DEPOSIT, 154 Liberty Corner Rd, Warren NJ | | $20.00 | $20.00 | ATM Cash Deposit |
| 05/19/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $9.00 | | ($9.00) | Parking/Transit |
| 05/20/2026 | ELECTRONIC PMT-WEB, QUARTERLY FEE PAYMENT | $250.00 | | ($250.00) | Bank Fees/Checks |
| 05/20/2026 | DBCRD PUR, NYCDOT PARKING METERS, Long Island City NY | $11.50 | | ($11.50) | Parking/Transit |
| 05/27/2026 | ACH DEPOSIT, WASTE CONNECTION PAYROLL ****41887472LVD | | $2,159.71 | $2,159.71 | Payroll Income |
| 05/27/2026 | DBCRD PUR, PATH TAPP PAYGO CP, NJ | $3.25 | | ($3.25) | Parking/Transit |
| 05/28/2026 | TD ATM DEBIT, 154 Liberty Corner Rd, Warren NJ | $1,000.00 | | ($1,000.00) | Household Expenses |
| 05/28/2026 | DBCRD PUR, OMNY VENDING, New York NY | $4.00 | | ($4.00) | Parking/Transit |
| 05/29/2026 | DEPOSIT | | $1,295.00 | $1,295.00 | Spouse |
| 05/29/2026 | DBCRD PUR, PETRO HOME SERVICES | $1,000.00 | | ($1,000.00) | Home Services |
| 05/29/2026 | DBCRD PUR, SHOPRITE BOUNDBROOK S1, Bound Brook NJ | $53.09 | | ($53.09) | Groceries |
| | **TOTAL** | **$5,123.70** | **$6,164.42** | **$1,040.72** | |

TD

E STATEMENT OF ACCOUNT

MARK E PEARSALL
DIP CASE 26-11672 DIST NJ
39 RIVER FARM LN
FAR HILLS NJ 07931

Page: 1 of 7
Statement Period: May 01 2026-May 31 2026
Cust Ref #: [redacted]
Primary Account #: [redacted]

## Chapter 11 Checking

MARK E PEARSALL
DIP CASE 26-11672 DIST NJ

Account # [redacted]

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 364.94 | Average Collected Balance | 329.23 |
| Deposits | 1,295.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 4,869.42 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Checks Paid | 83.50 | Days in Period | 31 |
| Electronic Payments | 2,940.20 | | |
| Other Withdrawals | 2,100.00 | | |
| Ending Balance | 1,405.66 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

If you would like written communication in an alternative accessible format, please contact us at 1-866-610-8501 Ext 2030 or dial 711 for TTY, Mon-Fri 9-6 EST. We offer Large Print, Accessible PDF, Braille (uncontracted or contracted) or Audio CD.

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/29 | DEPOSIT | 1,295.00 |
| | Subtotal: | 1,295.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/05 | ATM CASH DEPOSIT, **[redacted]<br>AUT 050526 ATM CASH DEPOSIT<br>469 7TH AVENUE NEW YORK * NY | 10.00 |
| 05/08 | ATM CASH DEPOSIT, ****[redacted]<br>AUT 050826 ATM CASH DEPOSIT<br>154 LIBERTY CORNER RD WARREN * NJ | 70.00 |
| 05/13 | ACH DEPOSIT, WASTE CONNECTION PAYROLL ***[redacted] | 2,159.71 |
| 05/13 | ATM CASH DEPOSIT, ****[redacted]<br>AUT 051226 ATM CASH DEPOSIT<br>154 LIBERTY CORNER RD WARREN * NJ | 200.00 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account



**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| 1 | Ending Balance | 1,405.66 |
| 2 | Total Deposits | + |
| 3 | Sub Total | |
| 4 | Total Withdrawals | - |
| 5 | Adjusted Balance | |

2

| DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | 2 |

4

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | 4 |

## FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

## INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

## FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

TD

STATEMENT OF ACCOUNT

MARK E PEARSALL
DIP CASE 26-11672 DIST NJ

Page: 3 of 7
Statement Period: May 01 2026-May 31 2026
Cust Ref #: [redacted]
Primary Account #: [redacted]

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/19 | ATM CASH DEPOSIT, *****[redacted] AUT 051926 ATM CASH DEPOSIT 154 LIBERTY CORNER RD WARREN * NJ | 250.00 |
| 05/19 | ATM CASH DEPOSIT, ****[redacted] AUT 051926 ATM CASH DEPOSIT 154 LIBERTY CORNER RD WARREN * NJ | 20.00 |
| 05/27 | ACH DEPOSIT, WASTE CONNECTION PAYROLL ***[redacted] | 2,159.71 |
| | Subtotal: | 4,869.42 |

### Checks Paid

No. Checks: 1

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 05/11 | 102 | 83.50 |

Subtotal: 83.50

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/01 | DEBIT POS AP, *****[redacted]UT 050126 DDA PURCHASE AP 7 ELEVEN BASKING RIDGE * NJ | 31.98 |
| 05/01 | DBCRD PUR AP, ***[redacted]UT 043026 VISA DDA PUR AP NJTRANSIT NY PENN STA NEW YORK * NY | 6.15 |
| 05/01 | DBCRD PUR AP, ***[redacted]AUT 043026 VISA DDA PUR AP PATH TAPP PAYGO CP NEW JERSEY * NJ | 3.00 |
| 05/01 | DBCRD PUR AP, ****[redacted]UT 043026 VISA DDA PUR AP PATH TAPP PAYGO CP NEW JERSEY * NJ | 3.00 |
| 05/01 | DBCRD PUR AP, *****[redacted]AUT 043026 VISA DDA PUR AP NJTRANSIT NEWARK NEWARK * NJ | 2.85 |
| 05/04 | DBCRD PUR AP, ****[redacted] AUT 050126 VISA DDA PUR AP EXXON SOMERSET HILLS E BASKING RIDGE * NJ | 25.00 |
| 05/05 | DBCRD PUR AP, **[redacted]UT 050426 VISA DDA PUR AP MCDONALD S F2534 CARLE PLACE * NY | 18.01 |
| 05/05 | DBCRD PUR AP, ***[redacted]AUT 050426 VISA DDA PUR AP PATH TAPP PAYGO CP NEW JERSEY * NJ | 3.25 |
| 05/05 | DBCRD PUR AP, ***[redacted]UT 050426 VISA DDA PUR AP PATH TAPP PAYGO CP NEW JERSEY * NJ | 3.25 |
| 05/06 | DBCRD PUR AP, ****[redacted]AUT 050426 VISA DDA PUR AP JERSEY MIKES 34020 CARLE PLACE * NY | 21.37 |
| 05/06 | DBCRD PUR AP, ****[redacted]UT 050526 VISA DDA PUR AP PATH TAPP PAYGO CP NEW JERSEY * NJ | 3.25 |
| 05/07 | DBCRD PUR AP, ***[redacted]UT 050626 VISA DDA PUR AP NYCDOT PARKING METERS LONG ISLAND C * NY | 13.25 |
| 05/07 | DBCRD PUR AP, ***[redacted]UT 050626 VISA DDA PUR AP DUANE READE 21437 NEW YORK * NY | 6.84 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

STATEMENT OF ACCOUNT

MARK E PEARSALL
DIP CASE 26-11672 DIST NJ


Statement Period: May 01 2026-May 31 2026
Cust Ref #: [redacted]
Primary Account #: [redacted]

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/08 | DBCRD PUR AP, *****[redacted]AUT 050726 VISA DDA PUR AP NYCDOT PARKING METERS LONG ISLAND C * NY | 8.50 |
| 05/11 | DEBIT POS AP, ****[redacted]AUT 051026 DDA PURCHASE AP ACME 2675 WARREN * NJ | 145.31 |
| 05/11 | DEBIT POS AP, ****[redacted]AUT 051026 DDA PURCHASE AP SHOPRITE STIRLING S1 STIRLING * NJ | 19.35 |
| 05/11 | DBCRD PUR AP, ***[redacted]UT 050826 VISA DDA PUR AP M M II RESTAURANT HILLSIDE * NJ | 15.80 |
| 05/11 | DBCRD PUR AP, ***[redacted]AUT 050926 VISA DDA PUR AP JERSEY MIKES 1057 NEW PROVIDENC * NJ | 13.87 |
| 05/11 | DEBIT POS AP, ****[redacted]AUT 051026 DDA PURCHASE AP ACME 2675 WARREN * NJ | 7.99 |
| 05/11 | DBCRD PUR AP, ***[redacted]AUT 050826 VISA DDA PUR AP EMPORIUM112 SUPERMARKET NEWARK * NJ | 5.95 |
| 05/11 | DBCRD PUR AP, *****[redacted]AUT 050826 VISA DDA PUR AP PATH TAPP PAYGO CP NEW JERSEY * NJ | 3.25 |
| 05/11 | DBCRD PUR AP, *****[redacted]AUT 050826 VISA DDA PUR AP PATH TAPP PAYGO CP NEW JERSEY * NJ | 3.25 |
| 05/11 | DBCRD PUR AP, ****[redacted]AUT 050826 VISA DDA PUR AP MTA NYCT PAYGO NEW YORK * NY | 3.00 |
| 05/12 | DBCRD PUR AP, ****[redacted]AUT 051126 VISA DDA PUR AP NYCDOT PARKING METERS LONG ISLAND C * NY | 5.00 |
| 05/12 | DBCRD PUR AP, ***[redacted]AUT 051126 VISA DDA PUR AP PATH TAPP PAYGO CP NEW JERSEY * NJ | 3.25 |
| 05/12 | DBCRD PUR AP, ****[redacted]UT 051126 VISA DDA PUR AP PATH TAPP PAYGO CP NEW JERSEY * NJ | 3.25 |
| 05/13 | DBCRD PUR AP, **[redacted]UT 051226 VISA DDA PUR AP PANERA BREAD 601500 K BASKING RIDGE * NJ | 10.47 |
| 05/13 | DBCRD PUR AP, *****[redacted]AUT 051126 VISA DDA PUR AP NASTO S OLD WORLD DESSER 973 5893333 * NJ | 4.63 |
| 05/14 | DBCRD PUR AP, ***[redacted]AUT 051326 VISA DDA PUR AP NYCDOT PARKING METERS LONG ISLAND C * NY | 13.25 |
| 05/14 | DBCRD PUR AP, ****[redacted]AUT 051326 VISA DDA PUR AP PATH TAPPPAYGO SSDRCNP 800 234 7284 * NJ | 3.25 |
| 05/15 | DEBIT POS AP, ***[redacted]UT 051526 DDA PURCHASE AP PETCO 3794 STATEN ISLAND * NY | 29.39 |
| 05/15 | DBCRD PUR AP, ****[redacted]AUT 051426 VISA DDA PUR AP NYCDOT PARKING METERS LONG ISLAND C * NY | 13.25 |
| 05/15 | DBCRD PUR AP, ****[redacted]AUT 051426 VISA DDA PUR AP MCDONALD S F6978 NEWARK * NJ | 8.40 |
| 05/15 | DBCRD PUR AP, ****[redacted]UT 051426 VISA DDA PUR AP NYCDOT PARKING METERS LONG ISLAND C * NY | 4.00 |

Call 1-888-751-9000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

TD

STATEMENT OF ACCOUNT

MARK E PEARSALL
DIP CASE 26-11672 DIST NJ


Statement Period: May 01 2026-May 31 2026
Cust Ref #: [redacted]-***
Primary Account #: [redacted]4

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/18 | TD ATM DEBIT AP, **[redacted],AUT 051826 DDA WITHDRAW AP<br>418 428 MARKET STREET NEWARK * NJ | 100.00 |
| 05/18 | DBCRD PUR AP, **[redacted],AUT 051426 VISA DDA PUR AP<br>MTA LIRR STATION TIX JAMAICA * NY | 27.50 |
| 05/18 | DBCRD PUR AP, *****[redacted]AUT 051526 VISA DDA PUR AP<br>NYCDOT PARKING [redacted] LONG ISLAND C * NY | 13.25 |
| 05/18 | DBCRD PUR AP, **[redacted]UT 051426 VISA DDA PUR AP<br>MTA NYCT PAYG[redacted]K * NY | 3.00 |
| 05/19 | DBCRD PUR AP, *[redacted]AUT 051826 VISA DDA PUR AP<br>NYCDOT PARKING METERS LONG ISLAND C * NY | 9.00 |
| 05/20 | ELECTRONIC PMT-WEB, QUARTERLY FEE PAYMENT 6RUP69I1571 | 250.00 |
| 05/20 | DBCRD PUR AP, ***[redacted], AUT 051926 VISA DDA PUR AP<br>NYCDOT PARKING METERS LONG ISLAND C * NY | 11.50 |
| 05/27 | DBCRD PUR AP, ****[redacted]AUT 052626 VISA DDA PUR AP<br>PATH TAPP PAYGO [redacted] NEW JERSEY * NJ | 3.25 |
| 05/28 | TD ATM DEBIT AP, *****[redacted]UT 052826 DDA WITHDRAW AP<br>154 LIBERTY CORNER RD WARREN * NJ | 1,000.00 |
| 05/28 | DBCRD PUR AP, ****[redacted]AUT 052626 VISA DDA PUR AP<br>OMNY VENDING NEW YORK * NY | 4.00 |
| 05/29 | DBCRD PUR AP, ****[redacted]AUT 052826 VISA DDA PUR AP<br>PETRO HOME SERVICES 800 645 4328 * NY | 1,000.00 |
| 05/29 | DBCRD PUR AP, ****[redacted]AUT 052826 VISA DDA PUR AP<br>SHOPRITE BOUNDBROOK S1 BOUND BROOK * NJ | 53.09 |
| | Subtotal: | 2,940.20 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/14 | DEBIT | 2,100.00 |
| | Subtotal: | 2,100.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 04/30 | 364.94 | 05/13 | 2,327.08 |
| 05/01 | 317.96 | 05/14 | 210.58 |
| 05/04 | 292.96 | 05/15 | 155.54 |
| 05/05 | 278.45 | 05/18 | 11.79 |
| 05/06 | 253.83 | 05/19 | 272.79 |
| 05/07 | 233.74 | 05/20 | 11.29 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

STATEMENT OF ACCOUNT

MARK E PEARSALL
DIP CASE 26-11672 DIST NJ


Statement Period: May 01 2026-May 31 2026
Cust Ref #: [redacted]-E-***
Primary Account #: [redacted]4

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 05/08 | 295.24 | 05/27 | 2,167.75 |
| 05/11 | -6.03 | 05/28 | 1,163.75 |
| 05/12 | -17.53 | 05/29 | 1,405.66 |



Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**STATEMENT OF ACCOUNT**

MARK E PEARSALL
DIP CASE 26-11672 DIST NJ

| | |
|---|---|
| Page: | 7 of 7 |
| Statement Period: | May 01 2026-May 31 2026 |
| Cust Ref #: | [redacted] |
| Primary Account #: | |




#102 05/11 $83.50

LING LING RESTAURANT
665 MARTINSVILLE ROAD
BASKING RIDGE, NJ 07920
908 580 9588

Transaction 400008

| | |
|---|---|
| Total | $68.2 |
| DEBIT CARD SALE VISA 4726 | $68. |

Retain this copy for statement validation

21-May-2026 7:21:57P
$68.24 | Method: EMV
US DEBIT XXXXXXXXXXXX4726
SALINITY HOLDINGS CORP
Reference ID: 614100711844
Auth ID: 521409
MID: ********8888
AID: A0000000980840
AthNtwkNm: VISA
Rtind:CREDIT

Clover ID: DNK398NM4FZSW
Payment 6H11CAQ8D3YQW

Clover Privacy Policy
https://clover.com/privacy

---

TD Bank
America's Most Convenient Bank®
05/28/26 06:14 TW04B144
[redacted]
154 LIBERTY CORNER RD
WARREN, NJ USA
Application ID A0000000980840
US DEBIT

| | |
|---|---|
| RECORD NO. | 3356 |
| WITHDRAWAL | $1,000.00 |
| FROM Checking | XXXXXX64 |
| AVAIL BAL: | $1,163.76 |

Page 1 of 1

Thank you for banking with TD

---

TD Bank
America's Most Convenient Bank®
[redacted]
154 LIBERTY CORNER RD
WARREN, NJ USA
Application ID A0000000980840
US DEBIT

| | |
|---|---|
| RECORD NO. | 3577 |
| WITHDRAWAL | $1,000.00 |
| FROM Checking | XXXXXX64 |
| AVAIL BAL: | $389.41 |

MT

Page 1 of 1

Thank you for banking with TD

---

WELCOME
HILLSIDE
1399 CHESTNUT AVE
HILLSIDE NJ
07205

DATE 5/26/26 6:19
TRAN#9038851
PUMP# 03
SERVICE LEVEL: FULL
PRODUCT: REGULAR
PRICE/G: $4.419
FUEL SALE $20.00
CREDIT $20.00

ENTRY: Insert
VISA Acct: 4726
$20.00
CARD TYPE : DEBIT
AUTH: 00-313592
Batch: 40 Seq: 001
STAN #:061819
Account Type:
Network Name: ACCEL
Terminal Seq Num: 31
3592
INVOICE: 061819
EMV STAN#: 006989299
9
APP NAME: US DEBIT
AID: A0000000980840
APP CRYPTOGRAM:
AROC D9CB38C0160EF27
1

Learn how to save 30 cents/gal on your first fill-up and 15 cents/gal on future fill-ups when using the Fuel Forward App to pay with your Phillips 66 Card. Limited time offer See myphillips66card.com for details By using this offer potential savings would be $1.33

Tell us about your visit for a chance to win a fuel gift card gasfeedback.com
THANK YOU
HAVE A NICE DAY

---

FOGO DE CHAO
fogo.com
400 Commons Way Suite 279
Bridgewater, NJ 08807
(908) 280 1777

Server: Alene
04:47 PM
Table 7/1
DOB: 05/23/2026
05/23/2026
2/20184

Sale

VISA
Card #: ************4726
Card Entry Method: CHIP
***** EMV PURCHASE
App Label: *****
Mode: VISA DEBIT
AID: A0000000031010 Issuer
TVR: 8000008000
TSI: E800
IAD: 06011203600000
ARC: 00

Approval: 930540

Amount:: USD $186.33
+ Tip:: 31.00
= Total:: 217.33

SALINITY HOLDINGS CORP/

For your convenience:
18% Gratuity = 31.46
20% Gratuity = 34.95
22% Gratuity = 38.44
Reservations at fogo.com!

GUEST COPY Fogo de Chao

---

Dine In

Mike's Subs 1167
515 ... Blvd
Jackson, New Jersey 08527 53..
Phone: 732-276-1777

Ticket: 01-003560-01-014420
Server: Michael 05/22/26 5:43 PM

| | |
|---|---|
| Giant #8 | 18.85 T |
| Mini Pack COOKIE | 4.25 T |
| Sub Total | $23.10 |
| Taxable | $23.10 |
| Tax | $1.53 |
| Total | $24.63 |
| Added tips: | $2.31 |
| Paid Visa 4726 | $26.94 |

Items sold: 2

DUPLICATE

As a valued customer, your experience matters to us. Please fill out our survey to help us keep your experience A Sub Above. Scan the QR code above or visit https://jerseymikeslistens.com/?s=001167 to get started.

---

ShopRite
we are here.

ShopRite of STIRLING
VALLEY RD
(908) 580-2129

05/21/26 ... 141 C72

Regular Items
ORCHID IN CLAY POT 18.99
6X12 US HAND FLAG 1.29
On Sale You Saved 1.00
TAX 1.26
**** BALANCE 21.54

DECLINED
Purchase 21.54
Acct#: ************4726
Response: INVALID PIN

ShopRite Credit Receipt
Store # 442 of STIRLING NJ
Terminal: 72 Operator: 72 Trans: 14
Date: 05/21/26 Time: 06:20pm

Purchase: $ 21.54
Acct#: ************4726 CHIP

Response : APPROVED
Approval : 935298
Prepaid Card Balance: 0.00

---

Trattoria Bolu

| | |
|---|---|
| Date: | 5/30/26, 7:50 pm |
| Card Type: | VISA |
| Acct #: | XXXXXXXXXXXX0326 |
| Customer: | MARK PEARSALL |
| Card Entry: | SWIPED |
| Auth Code: | 085057 |
| Check: | 3191 |
| To Go: | Mark at 7:30 |
| Server: | OUT T. |
| Amount: | $217.45 |

+TIP_______________

=TOTAL_______________

I agree to pay the above total amount pursuant to the card Issuer agreement.

EATA

1200 Morris Turnp.
Short Hills, NJ 07
(862) 424-9100

| | | | |
|---|---|---|---|
| 5/25/26 | 4:07 PM | Receipt #: | |
| Clerk: | CLAUDALENA S. | Store: | |
| | | Terminal: | |

| | | |
|---|---|---|
| 33623 | Margherita Slice | 8.90NJT |
| 34054 | Funghi?Slice | 11.90NJT |
| | Tipping via Pinpad | 1.00 |
| | SUBTOTAL | 21.80 |
| | NJ SALES TAX 6.625% | 1.38 |
| | TOTAL | 23.18 |
| | Credit Card | 23.18 |
| | TOTAL TENDERED | 23.18 |
| | Change | 0.00 |

CARD INFORMATION:

| | |
|---|---|
| Name: | CARDHOLDER/VISA |
| Card Type: | Visa |
| Account: | 4726 |
| Amount: | USD $23.18 |
| Approval #: | 800666 |
| Date: | 5/25/26 |
| Reference #: | 419170746001 |
| MID: | **0360 |
| MODE: | Issuer |
| Card Name: | US DEBIT |
| AID: | A0000000980840 |

BOOK YOUR TABLE:

Thank you for shopping at Eataly! We take great care and pride in selecting the highest quality products for you. If you are not satisfied with your purchase, please bring it back with a receipt, within 14 days of your purchase, for an exchange, store credit or refund. Eataly reserves the right to permit or refuse any refund. Gift cards are non-refundable. Please call our Guest Relations Team at 212-937-4018 if you have any questions.

>E5AUAA492F

---

TACO BELL REWARDS
JOIN & EARN FREE FOOD

Points are earned on qualifying purchases. Subject to terms at tacobell.com.

Taco Bell 037083
515 Monmouth Road, Building #120
Jackson, NJ 08527
+18482498718

| | |
|---|---|
| 05/2026 | 05:45 PM |
| | Cashier Mayvelin G |
| ...eese NLT | $13.56 |
| Subtotal | $13.56 |
| Tax | $0.90 |
| Total | $14.46 |
| Card Type: | VISA |
| Acct: | ***********4726 |
| Auth Code: | 842112 |
| | 307743 |
| | 285263 |
| | $14.46 |
| EMV AID: | A0000000031010 |
| | ...0000 |
| | ...00 |

Order Number 153
Total Items in Order: 4

... rewards now.
... Taco Bell app &
... below to get your points.
Terms and exclusions apply.

900148785722569

---

ShopRite
we are here.

Welcome to ShopRite
of Bound Brook

05/28/26 09:22pm S466 R9 T210 C865145

*************************************
* Regular Items *
*************************************

| | | |
|---|---|---|
| 4 @ 0.49 | | |
| | LEMONS 115 | 1.96 F |
| On Sale You Saved | 0.80 | |
| | FLEISCH ACTIVE YEA | 2.49 F |
| | FARMLAND HEAVY CRE | 8.99 F |
| | TH PREM HOMEMADE PC | 4.89 F |
| On Sale You Saved | 0.10 | |
| SC | Turkey Hill Ice Cr | 1.89-F |
| | SLMN PRY NOR 2PK 9 | 9.98 F |
| On Sale You Saved | 2.00 | |
| | * FILLET OF SALMON | 11.39 F |
| On Sale You Saved | 1.14 | |
| | CHKN FRIED RICE 9 | 6.29 |
| | SESAME CHICKEN 9 | 8.43 T |
| Valued Customer | | 47113661887 |
| | TAX | 0.56 |
| | **** BALANCE | 53.09 |

*************************************

ShopRite Credit Receipt
Store # 466 of Bound Brook , NJ
Terminal: 9 Operator: 865145 Trans: 21
Date: 05/28/26 Time: 09:22pm

**Purchase: $ 53.09**
Acct#: ***********0326 CHIP

---

ACME
YOUR Favorite Local Supermarket®

Store 2675 Dir Kevin Brown
Main: (732) 764-3800 Rx:
177 Washington Valley Road
Warren NJ 07059

00267517603142605102154

YOUR CASHIER TODAY WAS SELF

| GROCERY | | Price | You Pay |
|---|---|---|---|
| 7630172212 | APPLE EVE NAT APPL | 4.29 | 3.99 S |
| | Sale Savings -0.30 | | |
| 7630184512 | APPLE & EVE JUICE | 4.99 | 3.99 S |
| | Sale Savings -1.00 | | |
| 78616241099 | GLACEAU SMARTWATER | 26.99 | 24.99 S |
| | Sale Savings -2.00 | | |
| GROC NONEDIBLE | | | |
| 1920099467 | RESOLVE URINE | 10.99 | 10.99 T |
| 1980000233 | DRANO HAIR BUSTER | 7.49 | 7.49 T |
| 3077212110 | TIDE HE LIQ DET | 14.99 | 13.99 T |
| | Sale Savings -1.00 | | |
| 4118500700 | SOLO PLATE 10IN | 11.49 | 9.99 |
| | Sale Savings -1.50 | | |
| REFRIG/FROZEN | | | |
| 1630016576 | FL NTRL JC ORANGE | 9.89 | 8.29 S |
| | Sale Savings -1.60 | | |
| 2073516174 | TURKEY HILL IC CRM | 4.49 | 4.00 S |
| | Sale Savings -0.49 | | |
| 4657501312 | YOCRUNCH STRAWBERR | 4.89 | 4.29 S |
| | Sale Savings -0.60 | | |
| 7104006556 | POLLY-O STRING | 11.49 | 8.99 S |
| | Sale Savings -2.50 | | |
| 74236526502 | HORIZON MILK WHOLE | 8.69 | 7.99 S |
| | Sale Savings -0.70 | | |
| PRODUCE | | | |
| 2113025073 | SIG BLUEBERRIES | 7.99 | 6.99 S |
| | Sale Savings -1.00 | | |
| 4069 | GREEN CABBAGE | 7.03 | 7.03 S |
| WT | 5.45 lb @ $1.29 /lb | | |
| 64312694011 | BANANAS ORGANIC | 1.97 | 1.97 S |
| WT | 1.99 lb @ $0.99 /lb | | |
| 79162804012 | 3# LRG NAVEL ORANGES | 3.75 | 2.97 S |
| | Sale Savings -0.78 | | |
| 8015303283 | APPLES HONEYCRISP | 10.97 | 8.22 S |
| WT | 2.75 lb @ $2.99 /lb | | |
| | Sale Savings -2.75 | | |
| 81133402019 | STRAWBERRIES 2 LB | 7.99 | 6.99 S |
| | Sale Savings -1.00 | | |
| | TAX | | 2.15 |
| | **** BALANCE | | 145.31 |

---

***************
* CLOSED CHECK *
***************

ZITA'S
ICE CREAM
1790 SPRINGFIELD AVE,
NEW PROVIDENCE, NJ
(908)464-1511

Check#: 367360 Guests: 1
Date: 05/24/26 Time: 06:30pm
Table: Server:Mihaly

| [Seat 1] | |
|---|---|
| 1 SMALL SOFT | $4. |
| 1 COOKIE DOUGH | $1.00 |
| 2 SM HARD/YOG | $10. |
| 1 SPRINKLES | $0. |
| 1 REG FLOAT | .75 |
| 1 EXTRA HARD | |
| Amt Due: | $21.00 |
| Credit Card EMV | $21.00 |
| Tips: | |

Thank You!!

REPRINT

...200

Accuracy ...
Our order ... every time.
If it ... away,
and ... for your
trouble ... let an associate know.

05/25/2026 ... PM
Order Number: 4728 ... N

26AM 05/14/26 *7264 CK WDRL $2,100.00 9413

Download our mobile app.

$500. maintenance fee
$1500. mortgage payment)
payment

1-888-751-9000 | td.com

TD Bank, N.A., Member FDIC
©2026 TD Bank, N.A. and/or its affiliates. All rights reserved.Loans subject to credit approval. | Equal Housing Lender 50-0178 (02/26)

:12PM 05/29/26 *7264 CK DEPOSIT $1,295.00 608

Download our mobile app.

1-888-751-9000 | td.com

TD Bank, N.A., Member FDIC
©2026 TD Bank, N.A. and/or its affiliates. All rights reserved.Loans subject to credit approval. | Equal Housing Lender 50-0178 (02/26)

**in on convenience.** You'll find Santander branches and
)+ ATMs across the Northeast and in Miami, Florida,
ding over 1,000 in many CVS Pharmacy® locations.

Santander®

CUSTOMER RECEIPT

05/14/2026 14:06 REFERENCE: 0317-2203-837-3BDP060

ER PRESENTS: Cash In: $2,000.00

| T/PAYMENT: | PREV DAY CLOSE: | CURRENT: | AVAILABLE: |
|---|---|---|---|
| Y RIGHT CHECKING **9860: $2,000.00 | $99.02 | $4,727.04 | $2,164.19 |

$500 maintenance fee
$1500 mortgage payment)

**online or on your device** at santanderbank.com
downloading our Mobile Banking App.

Member FDIC ©2022 Santander Bank, N.A.
AT0014 738401 08/2022

TOWNSHIP OF BERNARDS
RETAIN FOR YOUR RECORDS

NO. 147498

| DESCRIPTION | AMOUNT |
|---|---|
| PO: 26001045 DESC: INSP FEE ESCROW 39 RIVER FARM<br>INV: ESCROW REFUND AMT: 1,295.00<br>PRJ: IF00203010 | 1,295.00 |

| VENDOR | | CHECK DATE | CHECK AMOUNT |
|---|---|---|---|
| PEARSALL, MARK | | 05/12/26 | 1,295.00 |

REMOVE DOCUMENT ALONG THIS PERFORATION

Notes to Monthly Operating Report

1. The values used in Part 2 are based on the Amended Schedules filed on March 20, 2026 (Docket No. 22). For the value of the Debtor's real estate at 39 River Farm Lane (the "Property"), the value listed is 50% of the $1,950,000 scheduled value of the property because the Debtor holds title to the property with his wife through a tenancy by the entireties. The Property is scheduled without a secured claim because the Debtor is not liable for the promissory note that is secured by a mortgage against the property. Northpointe Bank filed a motion for relief from the automatic stay on June 16, 2026, and asserted that the unpaid amount due on the Note was $2,016,958.25. (Docket No. 53-2).

2. On the petition date, the Debtor had bank accounts with a value of $195 that were jointly held with his non-filing spouse. After the filing, the Debtor opened a debtor-in-possession bank account and removed his name from the joint bank accounts. Accordingly, the balance of those accounts is listed as a disbursement in Part 1 of the operating report as a household expense as the non-filing spouse paid household expenses in February 2026.